IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| WOODBOLT HOLDINGS, LLC, a Delaware Limited Liability Company, and WOODBOLT DISTRIBUTION, LLC d/b/a NUTRABOLT, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KYLE THOMAS, individually, TERRENCE MOORE, JR., individually, MADISON MATHEWS, individually, and DRINK RECESS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:26-cv-01669<br><br>**PLAINTIFFS' WOODBOLT HOLDINGS, LLC AND WOODBOLT DISTRIBUTION, LLC NOTICE OF JOINT STIPULATION**<br><br><br>Judge:  Hon. Keith P. Ellison<br>Date Action Filed: February 27, 2026 |

## JOINT STIPULATION

Plaintiffs Woodbolt Holdings, LLC and Woodbolt Distribution, LLC (collectively "Plaintiffs") and Defendants Kyle Thomas, Terrence Moore, Jr., Madison Mathews, and Drink Recess, Inc., by and through their respective undersigned counsel file this Joint Stipulation.  The parties have met and conferred and hereby stipulate and agree as follows:

The Parties jointly agree to proceed with the April 15, 2026 hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. No. 22] based on written submissions and oral argument of counsel; and

Plaintiffs withdraw their Motion for Expedited Discovery [Dkt. No. 23] with prejudice.

AGREED:

**Counsel for Plaintiffs Woodbolt Holdings, LLC and Woodbolt Distribution, LLC**

By:*/s/ Mary Goodrich Nix*
Mary Goodrich Nix
Texas Bar No. 24002694
Southern District of Texas Bar No. 595797
mnix@lynnllp.com
Sara Hollan Chelette
Texas Bar No. 24046091
schelette@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800

*-and-*

Koray J. Bulut (*Pro Hac Vice*)
Hayes P. Hyde (*Pro Hac Vice*)
GOODWIN PROCTER LLP
525 Market Street
San Francisco, California 94105
Telephone: (415) 733-6000

**Counsel for Defendants Kyle Thomas, Terrence Moore, Jr., and Madison Mathews**

By:*/s/Weining Bai (with permissio*n)
Joseph Y. Ahmad
Texas Bar No. 00941100
Fed ID No. 11604
joeahmad@azalaw.com
Weining Bai
Texas Bar No. 24101477
Fed ID No. 2996450
wbai@azalaw.com
Hailey Pulman
Texas Bar No. 24121469
Fed ID No. 3835977
hpulman@azalaw.com
AHMAD, ZAVITSANOS & MENSING PLLC
1221 McKinney, Suite 2500
Houston, Texas 77010

- 2 -

**Counsel for Defendant Drink Recess, Inc.**

By:*/s/ Stephanie S. McGraw (with permission)*
Stephanie S. McGraw
Texas Bar No. 24097257
Southern District of Texas Bar No. 2525862
smcgraw@shb.com
Shook, Hardy & Bacon L.L.P.
JPMorgan Chase Building
600 Travis St., Suite 3400
Houston, Texas 77002
Tel: (713) 227-8008
Fax: (713) 227-9503

*-and-*

Julie Simeone *(pro hac vice)*
Patterson Belknap Webb & Tyler LLC
jsimeone@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Tel. (212) 336-2086