IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| WOODBOLT HOLDINGS, LLC, a Delaware Limited Liability Company, and WOODBOLT DISTRIBUTION, LLC d/b/a NUTRABOLT, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>KYLE THOMAS, individually, TERRENCE MOORE, JR., individually, MADISON MATHEWS, individually, and DRINK RECESS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:26-cv-01669<br><br>**PLAINTIFFS' WOODBOLT HOLDINGS, LLC AND WOODBOLT DISTRIBUTION, LLC OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**<br><br>Date:<br>Time:<br>Location:<br>Judge:  Hon. Keith P. Ellison<br>Date Action Filed: February 27, 2026 |

**[PROPOSED] ORDER DENYING INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**

Before the Court is the Motion to Dismiss (the "Motion") [Doc. 47] filed by Defendants Kyle Thomas, Terrence Moore, Jr., and Madison Mathews (collectively, the "Individual Defendants"). Having considered the Motion, the Response in Opposition filed by Plaintiffs Woodbolt Holdings, LLC and Woodbolt Distribution, LLC (together, "Plaintiffs") and the arguments of counsel, the Court finds that the Motion should be and hereby is DENIED.

**SO ORDERED.**

Dated: _____, 2026

By:_____
Hon. Keith Ellison
United States District Court Judge

---

ORDER DENYING INDIVIDUAL DEFENDANTS' MOTION TO DISMISS                    SOLO PAGE