**Exhibit**

**1**

exhibitsticker.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WOODBOLT HOLDINGS, LLC, a          4:26-cv-01669
Delaware Limited Liability
Company, and WOODBOLT
DISTRIBUTION, LLC d/b/a
NUTRABOLT, a Delaware Limited
Liability Company,

      *Plaintiffs,*

VS.                                HOUSTON, TEXAS

KYLE THOMAS, individually,
TERRENCE MOORE, JR.,
individually, MADISON
MATHEWS, individually, and
DRINK RECESS, INC., a
Delaware Corporation,

      *Defendants.*          APRIL 15, 2026

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRANSCRIPT OF MOTION HEARING PROCEEDINGS HELD TELEPHONICALLY
HEARD BEFORE THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>APPEARANCES:</u>

FOR THE PLAINTIFFS:              MR. KORAY J. BULUT
                                 GOODWIN PROCTER LLP
                                 525 Market Street
                                 San Francisco, California 94105

      Proceedings recorded by mechanical stenography,
transcript produced via computer.

FOR THE DEFENDANT          MR. JOSEPH Y. AHMAD
KYLE THOMAS, ET AL.:       MS. GRACE MAUREEN DARRAH
                           MR. WEINING BAI
                           Ahmad Zavitsanos &
                              Mensing, PLLC
                           1221 McKinney Street
                           Suite 2500
                           Houston, Texas 77010


FOR THE DEFENDANT          MS. RACHEL BETH SHERMAN
DRINK RECESS, INC.:        Patterson Belknap
                              Webb & Tyler LLP
                           1133 Avenue of the Americas
                           New York, NY 10036


Official Court Reporter:   David S. Smith, CSR, RPR, CRR
                           Official Court Reporter
                           United States District Court
                           Southern District of Texas
                           515 Rusk
                           Room 8004
                           Houston, Texas 77002

P R O C E E D I N G S

THE COURT:  Good afternoon and welcome.  This is Keith Ellison.  We're here in Woodbolt Distribution versus Thomas and others.

I know you've been through it for the court reporter.  For my benefit, let's go through appearances of counsel, simply of those counsel who plan to speak during the phone conference.

Let's start with plaintiff.

MR. BULUT:  Good afternoon, Your Honor.  Koray Bulut from Goodwin Proctor on behalf of plaintiff.

THE COURT:  One more time.  I didn't catch all that.

MR. BULUT:  Koray Bulut from Goodwin Proctor on behalf of plaintiff.

THE COURT:  Welcome Mr. Bulut.

MR. AHMAD:  Your Honor, this is Joe Ahmad for the individual defendants.  With me --

THE COURT:  Thank you, Mr. Ahmad.  Welcome.

MR. AHMAD:  Yes.  Thank you.

With me are Weining Bai and Grace Darrah, who will also be presenting --

THE COURT:  Okay.  It's good --

MR. AHMAD:  -- arguments for defendants.

THE COURT:  -- to have you.

MS. SHERMAN:  This is Rachel Sherman with Patterson

Belknap on behalf of the defendant, Drink Recess.

THE COURT:  One more time, please.

MS. SHERMAN:  Rachel Sherman on behalf of the defendant --

THE COURT:  Okay.  I've got you, Ms. Sherman.  Thank you.

MS. SHERMAN:  Thank you.

THE COURT:  Have you talked among yourselves how you wish to proceed?

MR. BULUT:  Your Honor, this is Koray Bulut.  We have not in advance.  My intention was --

THE COURT:  Who is speaking, please?  Who is speaking?

MR. BULUT:  This is Koray Bulut on behalf of plaintiff.

THE COURT:  All right.

MR. BULUT:  We have not discussed in advance.  If the Court has set aside two hours, my intention was if the Court would allow it, I have about 30 minutes of presentation where I'll take breaks for the Court -- in different sections if the Court had questions on those.

I'm happy to proceed if you'd like.

THE COURT:  You say you want to start with 30 minutes each side?  Did you say you want to start with 30 minutes each side?

MR. BULUT:  That was my intention.

THE COURT:  I must have misheard.  I thought you were

saying 30 minutes per side.

MR. BULUT:  That's correct.

THE COURT:  Is that agreeable to everybody?

Okay.  Let's go ahead.  You can start, Mr. Bulut.

MR. BULUT:  All right.

THE COURT:  You may proceed.

MR. BULUT:  Thank you.

Your Honor, this case presents a straightforward, important question.  What happens when senior executives take confidential information, build a strategic road map from it and then walk over to a competitor with that knowledge?

Under well established law the answer is equally straightforward.  The Court intervened before that information is used, not after the damage is done.

Here while still employed at Plaintiff Nutrabolt, defendants forwarded confidential materials outside of the company.  Defendant Thomas organized those materials into a strategic presentation to the CEO of his new employer, Recess.  That information was brought into a competitor environment; and defendants, through their filings, have confirmed that it was shared with Recess personnel.

This is not a close call factually.  The defense has argued a few core arguments in opposition.  The companies are not competitors, that Nutrabolt cannot show that it has been harmed, that Recess's after-the-fact remediation somehow

fixes the problem and negates the need for an injunction.  None of those efforts to reframe the issue answers the core problem. The individual defendants took Nutrabolt's confidential, commercially-sensitive information and are now sitting in a position at the apex of the organization at Recess to use it. This is exactly the situation where courts regularly grant injunctive relief.

As a road map, Your Honor, I'll address three points and pause at the end of each one in case the Court has questions, the first being the harm here is irreparable and ongoing; the second being that the merits are established by defendants' own conduct and largely are not disputed; and, third, the equities favor the narrow appropriate relief that the plaintiff are requesting.

Irreparable harm.  The first principle here is irreparable harm exists where the injury cannot be undone and damages cannot adequately compensate for the loss.  Trade secret cases are a textbook example of that principle, because once confidential information is used to shape strategy, the competitive advantage of that cannot be unwound.

Let's apply that to the facts of this case.  This is not a case where an employee left and might remember some general experience or might have that information in their head or where an employee unwittingly or carelessly retained possession of confidential materials or even where there's

speculation as to what might happen or the former employee's motive.

Instead, here the record shows Nutrabolt's confidential information was forwarded outside of the company while these individuals were still employed by plaintiff, in some cases directly onto Recess's email system.

THE COURT:  When had you found out about these disclosures?

MR. BULUT:  We found out about those disclosures in mid to late January of 2026.

THE COURT:  So it is the disclosures that are the key factor, not the departures themselves?

MR. BULUT:  Correct.  Correct.  And in this discussion on irreparable harm I'll get to the arguments regarding the plaintiff -- sorry -- the defendants have made to regarding delay --

THE COURT:  What was the last part?

MR. BULUT:  In addition -- pardon?

THE COURT:  Who's speaking first?  Who's speaking?

MR. BULUT:  This is Koray Bulut on behalf of plaintiffs.

THE COURT:  Okay.  Have you finished that part of your argument, Mr. Bulut?

MR. BULUT:  I was getting through irreparable harm.

THE COURT:  Let me get the other sides' response.

Go ahead, sir.

MR. BULUT:  Your Honor, I don't think anyone else was speaking besides me.

THE COURT:  I'm sorry.  I thought somebody started to say something.  I beg your pardon.

MR. BULUT:  No problem.

So the record here shows that the confidential information was forwarded outside of the company, sometimes directly on to Recess's email system.  Defendant Thomas assembled that information into a strategic road map to present on how he was going to execute on his mandate as a new co-CEO of Recess.  The individual defendants entered into a competitive environment with that road map in hand.  This is not a hypothetical risk.  This is actual extraction, actual synthesis, actual transfer into a competitive setting.  The fact that the materials were found in the possession of and with the co-CEO of Recess indisputably shows that there was unlawful disclosure and intent to use.  This is not former employees who once had access to this information retaining it, but we actually have confirmation that it was shared outside of those three former employees to the CEO of a competitive company.

There is no unringing the bell here.  Once confidential information, trade secret information, informs how a company formulates its marketing strategy, what it

prioritizes, how it competes in the marketplace, it cannot be separated back out. Texas law and Fifth Circuit law specifically states that a plaintiff does not need to show actual use of trade secrets. It simply must show that the nonmoving party is in a position to use trade secrets in order to secure an injunction. It also states that as a matter of law the threatened disclosure of trade secrets constitutes irreparable injury. Even if every document were returned tomorrow, the knowledge, the strategy and the advantage remains; and this is why courts act before use is proven, not after.

Defendants have already advanced a few arguments. One is we're not competitors. We have some problems with that and we'll discuss it further in the merits section, but Nutrabolt is not just an energy drink company. Bloom Pop has no energy benefits and it is a simply a better-for-you soda with prebiotics. So a continued discussion about how Nutrabolt is just an energy drink company is oversimplified. Also, Recess's marketing includes tag lines that make the consumer, quote, tired not wired, and gives it a, quote, uplifting feeling. That doesn't match their supplication that their product is a relaxing beverage, not an energy beverage. It also artificially narrows the market.

Mr. Thomas offers objectionable declaration testimony about how the products that are placed on shelves by

retailers should demonstrate how they're not competitors.

Well, two can play that game.  In our reply we submitted counter-evidence that demonstrates that there are instances where indeed their product is right next to Olipop and Poppi, which Recess's counsel has already conceded are Bloom Pop's, plaintiffs', competitors.  If anything, that negates the utility of their argument.

The evidence also shows an overlap in the functional beverage space.  More importantly, though, even if these two companies are not found to be competitors, there would be no reason to take that information in the first place.  An injunction should be granted even if the Court is not persuaded or wants to see the record developed further on the issue of competitiveness.  For threatened misappropriation, the test is simply whether or not confidential information could be used for an unfair advantage.

Another defense that defendants have advanced is to say, "We remediated this information.  You don't need to issue an injunction."

Defendants say, "The devices were wiped and any materials that we have identified were sequestered."

Well, first, the remediation process was half-hearted.  Individual defendants' personal emails and cloud storage accounts were not searched on any of their Recess-issued laptops.  Only the four devices -- only the

devices and computers of those individuals were searched, not across all of the company and they only searched for the file names that we specified in the complaint and in our PI motion, so simply changing a file name and saving it to the system would not have captured or ring-fenced that material.

But remediation addresses possession only.  It does not address knowledge, strategy, competitive positioning. You cannot wipe what's in someone's head or imbedded in a company's planning.  Thomas went and did the New York presentation on strategy.  Even if that slide deck is purged from Recess's system, it still lives in heads.  It can be executed on.  Thomas in particular has demonstrated a ready willingness to use and disclose trade secret information. Keeping him at the helm of Recess charged with the strategy where he'll likely allow his insider knowledge from his successors launching Bloom Pop cannot be cured with simply remediation.

Lastly, defendants have argued delay.  Delay weighs against irreparable harm.  Defendants place significant weight on the argument that we waited too long.  This is not a case where plaintiffs slept on their rights.  It's a case where plaintiffs were told there was nothing to worry about and then discovered that there was.  The delay argument misstates both the law and the facts of this case.

First, as a matter of law, delay is not

dispositive of irreparable harm.  It's simply one factor, and it's only meaningful if there's a lack of urgency that undermines the claimed risk.  Courts routinely reject delay arguments where a plaintiff was investigating misconduct, a plaintiff was mislead about compliance or the full scope of the harm was not yet known.

All three of those factors are here.

What the timeline actually shows is not inaction.  It shows escalation based on newly uncovered facts.  At the outset Ms. Sherman, representing Recess and, at the time, Mr. Thomas, represented that there had been no breaches of contractual obligation and that Mr. Thomas had complied with his duties.  Your Honor, those assurances don't matter.  They shaped how plaintiff initially approached the situation, but those assurances were later contradicted by forensic evidence which revealed that Mr. Thomas had repeatedly breached his confidentiality obligations.  But when defendants label it delay, it's actually the time it took to uncover the truth behind those false assurances; and once that truth was established, plaintiff acted.

Shortly after discovering that, we drafted a complaint and filed; and two weeks after that we filed a PI motion.

THE COURT:  Thank you.  Does that conclude your remarks?

MR. BULUT:  On irreparable harm, yes, Your Honor.

THE COURT:  Okay.  Let me hear from the other side.

MR. AHMAD:  Yes, Your Honor, this is Joe Ahmad.

First of all, we certainly take issue with the fact that these are competitive brands, and in fact we'll address that later on when it comes to likelihood of success on the merits.

But I do want to address the imminent harm as well as the irreparable harm.  First of all, on the delay, let's be very clear.  We're conflating two types of injunctive relief and they are important to distinguish because on one we don't really have a core issue with it and the other we very much do.  For example, they are seeking not only an injunction for alleged trade secret theft and breach of confidentiality, but they are also seeking an injunction based on their covenant not to compete.  Now, they have known -- you know, for example, with respect to Mr. Thomas, they have known since September 18th of 2025 that he was going to leave and come to Recess.  They didn't have any issue with it.  They congratulated him.  They never thought that this was a competitor where he could do any type of competitive harm, and in fact even in later letters by the lawyers they merely asked that Mr. Moore and Ms. Matthews not work there and that we didn't solicit any other Nutrabolt employees.  They mentioned nothing about a noncompete with respect to Mr. Thomas and,

again, they've known about the leaving for now seven months and there has been a -- the delay is indicative of lack of imminent harm.  They cannot show any harm.  In our last call with Your Honor at the end of the month, they conceded that they hadn't suffered any harm as of yet.  The truth is business is booming for Nutrabolt.  It's going up quite a bit and there hasn't been any sign of a loss of a sale, not a loss of a customer, not a loss of market share or any other reputational damage; and I think that's why they delayed, because they didn't have any harm.  Now they have alleged that there is some hypothetical harm if we execute on some hypothetical plan.  They have never specified what that plan is.

In any event, when we get to the trade secret part, that's -- that's all stuff -- first of all, the discussion was about, you know, certain organizational designs and market strategies that frankly both Mr. Thomas and the current CEO have discussed publicly in other venues.  This is not a secret.  Be that as it may, it's important to note that we don't have direct access to these documents before, because of remediation.  We thought it was important to do the remediation because we don't need or want their information and frankly if they have issues with our remediation, we're more than happy to talk to the other side and see what we can do to address those concerns, because we don't want their information and in many ways we don't really have an issue with an order

about that information.  We don't intend to use it; and, therefore, it really doesn't bother us at all if we can't.

When it comes to the noncompete, however, which I believe they may be trying to conflate and use trade secret facts to get a noncompete injunction that we very much have an issue with, especially since we don't think they're competitors because of the delay, the fact that there hasn't been any harm and that they never had an issue with the noncompete and that's never what the case was about until more recently.

So with that, Your Honor, I'm more than happy to address any of your questions, more than happy to talk more about the lack of competition between a relaxation beverage and an energy beverage or a prebiotic beverage.  And I want to be very clear about this, Your Honor.  Recess contains ingredients designed to calm the mind, and in fact on its can it talks about being able to unwind and release tension.  It does not talk about gut health.  It does not talk about prebiotics or probiotics and it certainly doesn't talk about energy and it is hard to imagine that somebody who is wanting or reaching for an energy drink or a prebiotic soda would instead reach for an unwinding and relaxation beverage and, in fact, there is no evidence that anybody has done so.  Even in --

THE COURT:  Why were plaintiff employees attracted to defendant if there is such a differentiation in markets?

MR. AHMAD:  Well, because they thought they could do a

similar growth plan in terms of what Recess is doing.  And I want to be clear.  Recess existed before any of the defendants went to Recess.  It was an existing beverage, but they had -- you know, they had fairly low sales and obviously, you know, in the case of Mr. Thomas especially, but, you know, Mr. Moore and Ms. Matthews, they certainly had experience in, you know, starting a product platform, bringing certain organizational changes and making a beverage that had large growth in sales.  And those growth in sales, of course, for Nutrabolt have continued.  And so the thought was they could grow the sales for Recess, hopefully like they did for Bloom; but this wasn't going to be a carve-out where they were competing.  The beverage industry in general is a fairly large market and a growing market and so this is just another area of the whole, you know, pie, of the beverage market and not one that digs into at all, not one iota, into the market that Nutrabolt is into.

THE COURT:  That's one of the key questions, isn't it?

MR. AHMAD:  I believe it is; and I'm happy to have, you know, Ms. Darrah, my colleague, address it further, but --

THE COURT:  I don't understand why -- there's several things I don't understand; but one of them is if your new employees are not any threat to plaintiff, if they're not going to make any difference on that division of market share, why does plaintiff want to pursue this?

Are y'all still there?

MR. BULUT:  Your Honor, who is that question directed to?

THE COURT:  Who is speaking, please?

MR. BULUT:  Your Honor, I think we're --

MR. BAI:  Your Honor, this is Weining Bai for the individual defendants.

THE COURT:  Go ahead, please.

MR. BAI:  And I'm happy to give our position on why this has been directed.  I think, you know, there's two aspects.  One, to the extent there's a legitimate interest in protecting the documents, the 15 documents that are identified in the Gwen Greene and Jason Cantelli declarations, which Nutrabolt contends to be confidential information and trade secrets, we have no issue with that.  We are -- we have, we think, already done work to stop any of these files from being used, from being disclosed.  They no longer have -- my clients no longer have access to them.

On the other hand, we do believe that the pattern of correspondence from September and December of last year that are --

THE COURT:  You're breaking up.

MR. BAI:  -- to our response to our --

THE COURT:  There's static --

MR. BAI:  -- shows a pattern.  Nutrabolt originally had

no issue with Mr. Thomas leaving to go to Recess, because they recognized that it was not a true competitor; but they took issue with two people following him out the door.

Now, we contend voluntarily.  In the declaration of Ms. Matthews and Mr. Moore, the two other individual defendants, they explain in detail their personal problems with the person Nutrabolt put in as Mr. Thomas's replacement.  That has been uncontested in reply by anyone from Nutrabolt.

THE COURT:  Okay.  I'm having some -- hold on.  Hold on.  I'm having some static.  You need to go back about a paragraph.

Those of you who are not speaking, maybe you could put your phones on mute.

Please go ahead.

MR. BAI:  And I'm happy to rewind.

So with Mr. Matthews and Mr. Moore, to finish answering your question, their motivation for departure was because, as they state clearly in their declarations, a conflict with the person who was put in place to replace Mr. Thomas as their supervisor.

In their reply Nutrabolt did not contest that version of events.  So all three of these individuals left for different reasons, but there's nothing in the record that shows any motive to take anything away from Nutrabolt, nor has there been anything to suggest that anything has been taken away from

Nutrabolt, whether it be customers, market share for either Bloom Pop or Bloom Energy or anything else that the law defines as irreparable harm.

So if we are back to not conflating the issue of departure of employees versus exposure of information, on the exposure of information, legitimate causes of actions for trade secret -- to protect trade secrets, we, we think, have done what needed to be done. But on the other hand, as far as why they chose to join, that motive and that timeline of events shows that this is really a punitive exercise against more junior employees choosing to leave Nutrabolt to follow Mr. Thomas.

MS. SHERMAN:  Your Honor, may I be heard briefly?  This is Rachel Sherman on behalf of Recess.

I only wanted to respond to Mr. Bulut's argument about the scope of the remediation that we've undertaken and to correct the record on that point, because I believe he said that our efforts have been half-hearted and he noted a couple of critiques.  He said that the personal email and cloud storage have not been searched, that we did not search across the entire company and that we only searched for the file name.

Each of those statements is absolutely untrue; and as set forth in the declarations that we submitted with our opposition, which are unrebutted -- plaintiff do not put in any response on this point -- we made it clear that we searched the

personal devices, including the personal iPhones and personal laptops of the custodians, including their iCloud.  We also searched their personal email.  We searched across the entire Google workspace of Recess.  So what that means is that if there is a document that is saved anywhere on Recess's servers, that document would have been identified and sequestered and not be accessible to anyone.

And then on the last point he said we only searched the file name, and again that is not correct.  We took the file names that plaintiff identified in their motion and searched both the name and what's called the hash value, which, in essence, looks for any other version of that same document that may have a different name and it relies on a mathematically derived fingerprint of the exact content to identify every instance where that document may exist.

So, again, this was not limited to -- you know, it was not limited to, say, the Outlook folder of a single custodian, but, rather, was an extremely broad and extremely extensive remediation effort that we undertook because we have no use for Nutrabolt's information for all of the reasons that -- all of the reasons that the individual defendants' counsel have articulated.  But I wanted to make clear that we have, you know, taken very significant steps to ensure that there could be no possible use by anyone at the company and, like Mr. Ahmad said, if there is something else that plaintiffs

believe should be done at this point, we are happy to talk to them about it; but in terms of what they have raised, we have taken, you know, very extreme steps to ensure that none of that information is accessible any longer.

THE COURT:  I've heard arguments from your side of the case that the transfer of the men from one employer to another is not significant and that whatever information that was taken is not significant.  How do you explain plaintiffs' keen interest in pursuing this, then?

MS. SHERMAN:  Your Honor, again this is Rachel Sherman; and frankly we're hard-pressed to understand that ourselves. Again, these companies operate in different segments of the market.  They have products that are entirely distinct and, you know, Recess is a tiny startup company compared to Nutrabolt as a large energy conglomerate and, you know, we also have trouble understanding their motivations here.

THE COURT:  Is there some abnormal litigation process or protocol in the beverage industry that is not generally applicable in other industries?  Is there an expectation that any change of employment is going to produce a lawsuit?

MS. SHERMAN:  No, Your Honor.  And in fact, Nutrabolt -- Mr. Thomas, before he went to Nutrabolt, he was at Coca-Cola for many years and he had a very extensive career there and, you know, I believe as the individual defendants have made clear, they also were looking -- at least Mr. Moore

was looking at other positions within the beverage industry. So I think it's fairly common for individuals to go from one company to another, and I think many other people have left Nutrabolt to go work at beverage companies without these issues.

THE COURT:  What is the motivation?  Is it the individual or the information?

MR. BAI:  Your Honor, this is Weining Bai on behalf of the individual defendants.

THE COURT:  Who is it?

MR. BAI:  Weining Bai on behalf of the individual defendants.  May I ask you to repeat that question, Your Honor?

THE COURT:  What is the problem that motivates this lawsuit?  Is it the individuals left, or do you think the information was stolen?

MR. BAI:  So we certainly think those are two separate and distinct issues and the portion of the injunctive relief that we are primarily here to combat is a request -- and you can see this in their proposed order -- to force them to seize their employment period.  That is what we're primarily contesting here.  They don't have likelihood of success, certainly no harm or imminent harm tied to these individuals' actual employment at Recess separate and apart from either access to or use of any files that they -- these 15 files that they contend to be --

THE COURT:  I'm hearing some background noise.  What is that?

MR. AHMAD:  Not on our end, Your Honor.  This is Joe Ahmed, who is with Weining Bai.

MR. BAI:  We heard the same noise, Your Honor; and I will just continue.

So in terms of why the plaintiff is pursuing this, we do think if Your Honor looks at Document 55-1 --

THE COURT:  You're cutting out a lot.  If you can -- if you can do something different --

COURT REPORTER:  Mr. Bai, I suggest you move closer to your microphone.  You're cutting out and difficult to hear.

MR. BAI:  Okay.  This will be Document 55-1, being Exhibit 5 to the individual defendants' April 8th, 2026, response to the motion for preliminary injunction; and if you look at Page 3 and some of the -- what Nutrabolt's counsel at the time characterizes as "remedial steps," to the extent that we can answer a question about their motive for bringing the lawsuit, it does seem like they wanted to make an example of Mr. Moore and Ms. Matthews, who you've not heard a lot about today or at all today from plaintiffs' counsel about anything they did wrong; but they wanted them to be suspended for a whole year and they asked for numerous excessive restrictions around what Mr. Thomas is allowed to say in public or in private about current or prospective employment at Nutrabolt.

So we think there is a record from which one can very reasonably infer that it was that this lawsuit is a public effort to discourage anyone from having the same thought as Mr. Moore and Ms. Matthews did, which was they are no longer happy at Nutrabolt and they want to leave.  And that's Page 3 of Exhibit 5 of our response.

MR. BULUT:  Your Honor, this is Koray Bulut on behalf of the plaintiff.

The defendants have been speaking for quite a bit now; and as the moving party, I'd like an opportunity to be heard on a number of the misstatements that they just made to you.

One is Ms. Sherman has misstated what the declaration states.  The declarations from their forensic experts specifically state that the Recess laptops were searched, each of their personal iPhones, each of their iCloud accounts and the Recess Google Workspace accounts.  It does not state that their personal email accounts were searched.  It does not state that emails that were utilized, and file names that were renamed -- completely renamed -- "mom's apple pie recipe"; but yet it's all of the documents that we have were being captured.

Secondly, there's some issue about waiver.  The letters that they have presented to the Court, Mr. Thomas's last day is October 17th.  On the 23rd he's getting a letter

saying, "You have a noncompete obligation."

There was no sleeping at the switch.  Immediately at that point in time they were informing him "You have a noncompete obligation that we intend to pursue."

There is repeated conflation -- we're accused of conflation, but we heard a lot of discussion about a noncompete.  No discussion about threatened misappropriation, which is a clear basis for this Court to grant injunctive relief and to force these individual defendants, particularly Mr. Thomas, to sit on the sidelines.  He has demonstrated an inability to comply with his contractual confidentiality obligations.  There has been no explanation at oral argument here or in the papers as to why he took this information.  It's like a shoplifter getting caught with the candy bar in their hand and a backpack and saying, "Here.  Take the candy bar back.  It's not my problem.  I don't want that information."

Well, then why did you take it?  If you didn't want it, you shouldn't have taken it in the first place.  We've got him red-handed, and now we want to look in his backpack.  He's not leaving the building because he presumably has a propensity to take further things and utilize them.  The same thing is happening here.

The Court has a strong basis to issue on the basis of threatened misappropriations, both under the Texas Uniform Trade Secret Act and under the federal Trade Secret Act

to have Mr. Thomas sit on the sidelines because he cannot comply with his obligations, there's threatened misappropriation here, there's a propensity on his part to continue to use -- even if he's returned all the materials he took, he has it in his head; and he's demonstrated he can't stop himself from utilizing it his strategy role moving forward.

THE COURT:  Well, why are you -- if the key point was the information, why did you delay as long as you did?  Why was the CEO at one time congratulatory in his attitude toward the departure?

MR. BULUT:  Your Honor, any noncompete needs to have a protectable interest.  In Texas the protectable interest would be our confidential information.  That would be the basis of having a noncompete.  And in this instance, as an employer is free to do, it can from time to time waive a noncompete if it thinks that that person might actually not violate the spirit of what that protectable interest is.

Are you a good actor?  Can we trust you to go and take on a CEO role that we would be pleased to see you advance in your career?  Sure.

Then we find out, no, you're not a good actor. Now our concern as to why we implemented the noncompete in the first place is all the more important.  You have demonstrated, while you were still under our employ, that you continued to

forward stuff to your new Recess email account.  There's been no explanation today as to why he had a Recess email account, why he was sending information to Recess while he was still employed with us.

I would also like to hear from Ms. Sherman, you know, their discussion about delay.  Categorical statements in her letters:  "Mr. Thomas has and will comply with his obligations."

How do we explain that?  He certainly did not comply with his obligations.  We've got him dead to rights that he was violating his confidentiality and nondisclosure obligations.  So either counsel was lulling us into complacency or not conducting a good-faith search.  We don't have a good explanation as to why the materials were taken.  We don't have an explanation as to why we were lulled into complacency with assurances from counsel that there was compliance with contractual obligations.  That doesn't require the Court or counsel to determine whether or not this is trade secret information or anything else.  All it needs to show is this is confidential information that was being sent outside of the company in violation of contractual obligations.

THE COURT:  Does your client have a history of either suing people who departed the company or considered suing and then not doing it?  Is there any history there?

MR. BULUT:  Opposing counsel has actually demonstrated

in letters and some of the exhibits that the company has from time to time waived it, allowed people to leave.  In this instance it's going to insist on compliance because the very concerns that motivate a noncompete, use and disclosure of confidential and trade secret information, is all the more important.  We need to enforce these noncompetes.  We need to have an injunction for threatened misappropriation, because they cannot be trusted.  Assurances are not necessary.  We need an injunction from this Court.

THE COURT:  Well, you anticipated my next question.  Why couldn't we fix all this with damages?

MR. BULUT:  Pardon me?

THE COURT:  Why couldn't we --

MR. BULUT:  I'm sorry, Your Honor.

THE COURT:  Why couldn't we just assess damages that are owed your client and proceed that way rather than by entering an injunction?

MR. BULUT:  Your Honor, that's the purpose of the injunction under both of the trade secret statutes.  We don't need to wait until, you know, the damage has been done.  The purpose is to stop it before the damage and the trade secrets continue to be utilized and weaponized against us on the marketplace.  You can't put that genie back in the bottle.

MS. SHERMAN:  Your Honor, may I briefly respond?  This is Ms. Sherman on behalf of Recess.

I think it's important -- Mr. Ahmad said this earlier, but I think it's important to distinguish between the trade secret claims and the contract claims.  So under --

THE COURT:  Yeah, I --

MS. SHERMAN:  -- the trade secrets -- under the trade secrets claims there is no basis to prevent the individuals from working at Recess.  In fact both the federal and the state statute are very clear that the appropriate remedy -- there could be a remedy, there could be an injunction for misappropriation; but the injunction is only as to the use of the information and in fact the two statutes both say that it does not allow -- it does not allow an injunction to enjoin an individual from working or using general knowledge, skill and experience at a new employer.

So Mr. Bulut argued that because of the threatened misappropriation, these three individuals need to be sidelined; but that is not a remedy available under the Trade Secrets Act.  The injunction to prevent the individuals from working at Recess is only available based on the contract claims; and in order to prevail on their contract claims, they have to show -- you know, this is the plaintiffs' motion, the plaintiffs' burden that they have to support with evidence. They have to show likelihood of success on the contract claims as well as irreparable harm and they have not established that Recess is a competitive company.  As a matter of fact they have

not -- we have put in extensive evidence showing that there are allegations that the companies have the -- the products have the same function are not true, their allegations that they are sold by the same stores on the same aisles are not true and their allegation that they are kind of targeted to the same consumers is not true.  That evidence is unrebutted.

In reply they came back with a lawyer declaration with a number of photos that outside counsel took at various stores which only proved our point.  Nutrabolt's products do not sit on the shelf next to Recess's; so as a factual matter there is no evidence of competition and this is, again, their burden on a preliminary injunction motion.

And then if you look at the contracts themselves, the contracts only preclude employment in a few enumerated -- you know, in a business that actually competes with the business of Nutrabolt and that is defined as a business that sells dietary or sports nutrition supplements; protein powders, bars or drinks; other products related to the fitness industry; or convention food and drink products, including energy drinks.

Those are the only categories listed in the plain terms of the contracts themselves and there is not a single allegation or shred of evidence that Recess makes any of those products, because it does not.

So on these contract claims they cannot -- and that's even setting aside the irreparable harm and the fact

that they've known about these people working there for five, six months and did nothing.

And in fact when Mr. Thomas gave notice, they congratulated him; and in their first cease and desist didn't even ask for him not to work at Recess.  They focused solely on the two lower-level employees and asked that they not be permitted to work there.

So the -- you know, there is no basis to prevent the individuals from working at Recess under the contract claim or the trade secrets claim; and as for the threatened misappropriation, that has been mooted by all of the remediation efforts that Recess has undertaken.

So Your Honor is exactly correct that all of the -- all of the arguments that Mr. Bulut has made about what happened in the past or past disclosures, that is all in the past.  An injunction is only appropriate if they can establish that there is either actual and ongoing or imminent irreparable harm.  Neither of those two -- neither of those two standards is met on the record here and in fact -- and in fact we don't think they can establish any of the elements of a preliminary injunction, much less meet all of them with admissible evidence that is conclusive.  They simply have not produced the evidence of harm or shown a likelihood of success on the merits.

MR. BULUT:  Your Honor, I would -- this is Koray Bulut on behalf of plaintiffs.

I would dispute the characterization that the DTSA or the Texas Uniform Trade Secrets Act do not allow this Court to issue and craft injunctive relief that would ensure there is not continued misappropriation of trade secrets or threatened trade secret -- misappropriation of trade secrets.

We can provide ample supplemental briefing, long string cites of Fifth Circuit and Texas federal court cases that specifically state in the instances, not simply because you go and work for a competitor, but when there's enough smoke around you that is demonstrated, you cannot be trusted in that role because you have misappropriated and you will continue to do so, that is certainly injunctive relief that this Court can craft.  Again, it's --

MS. DARRAH:  Your Honor --

MR. BULUT:  -- a smokescreen between the noncompete and the threatened misappropriation.  There's still -- today I've not yet heard an explanation as to why these files were taken.  It's simply "You caught me.  Let me return it, and we all should go about our way."

And that cannot be.  This guy is sitting in a strategic role, and he's going to continue to utilize the trade secret information even if the 14 files that we have learned about are returned to us.  We don't know what else he took, and he certainly has all that information in his head and he's going to continue to make strategic decisions on a day-to-day

basis as a co-CEO.

THE COURT:  Does your client own a formula or a chemical composition that is unique to it, something like a Coca-Cola formula?

MR. BULUT:  Your Honor, the files that we have specified in the -- in our moving papers include things like our -- the plaintiffs' CEO's three-year vision plan for going forward three years, discussions about a go-to-market plan.  There was discussion earlier regarding why Recess is interested in these folks; and they said, "Well, they know how to craft a growth strategy."

That was our growth strategy.  They took literally a 90-day launch plan, how to bring a new product to the market, how you integrate employees, how to get momentum in the market, marketing and how you're supposed to market to major retailers.  There's financial reporting decks regarding return on investment, which marketing changes and channels are more productive than others.  Those can all be repurposed for another company.  Whether or not they're direct competitors or not, they all have value.  They have taken not this high-level stuff, this is very long-term and in terms of our growth-forward plan, like 90 days and three years.  And for them to basically repurpose it so that they, too, can replicate the success plaintiffs had with Bloom Pop for their product, they got a head start.  They just basically had a whole

strategy road map that they could repurpose for their -- for their new product.

MS. DARRAH:  Your Honor, Grace Darrah --

THE COURT:  Do we have financials -- do the financials for the relevant time period show a significant increase in plaintiffs' business -- revenues, I mean?

MR. BULUT:  Certainly Bloom Pop in particular, the product that we're talking about the most, has continued to show growth; and I don't think anyone will denigrate the individual defendants' contributions to that.  Part of the success that Bloom Pop has enjoyed is Mr. Thomas's strategy that he has then taken, literally the document itself, and incorporated it into a slide deck saying, "Hey, I'm going to do exactly the same thing that I took time and effort to develop while I was there and we can do it -- we can -- we can hit lightning twice and replicate all of those efforts."

That's not starting from scratch.  That's starting with our strategic marketing product road map.

THE COURT:  Okay.  Well, is defendants' -- do we have analyses showing defendants' advertising and marketing strategy has changed since the alleged theft of documents or can we show a sharp uptick of defendants' revenues since the alleged theft?  What's our proof of harm here?

MR. BULUT:  Your Honor, at --

MS. DARRAH:  Your Honor --

MR. BULUT: -- this point in time, I don't have to have proof of harm. Actual harm is not required for threatened misappropriation.

MS. SHERMAN: Your Honor, Grace Darrah on behalf of --

THE COURT: Let plaintiff finish, and you can have as long as you want.

Go ahead, plaintiff.

MR. BULUT: Sure. My point simply is that's the purpose of a preliminary injunction, not to sit around and wait until the harm is created. Even if the two products aren't, you know, eating each other's market share, the fact of the matter is that trade secret information that was developed on our dime over the course of years is being repurposed and utilized there unfairly.

Secondly, we think that they are competitive. Our -- that road map moving forward is what flavors we're going to launch, how we're going to spend the time meeting up with major retailers to get more shelf space, how we're going to dedicate our marketing dollars to social media versus other promotions, what successes we've had in the past. That all has value to a company like Recess who doesn't have to learn about all of that, but rather it can just be dusted off and repurposed.

THE COURT: Okay. Somebody else was trying to speak.

MS. DARRAH: Yes, Your Honor. Grace Darrah on behalf

of the individual defendants.

So first you asked whether or not this case involves, like, the Coca-Cola formula.  No.  In terms of the strategies that Mr. Bulut discussed, these are strategies that Mr. Thomas learned and developed during his time at Coca-Cola during the 25 years he spent there.  These are publicly available.  Mr. Thomas has spoken about them publicly at BevNet during the course of his employment at Nutrabolt.  These are publicly posted on social media pages, in podcast interviews, on LinkedIn.  On various different mediums a lot of these strategies, these processes -- for example, launching a new beverage -- are readily available, advertised publicly by Bloom and by Nutrabolt.

And again, Mr. Bulut conflates the noncompete obligation or the noncompete claims with trade secrets. Looking at the text of this noncompete, it only prohibits employment within certain five discrete categories of products. And if you want -- if Your Honor wants to look at the text of the NDAs, they're located at Document Number 22-2 and 22-5.

But -- so looking at the text there, there are five enumerated categories where Nutrabolt restricts employment at companies that develop, manufacture or distribute dietary sports supplements, protein powders, products in the fitness industry, convention beverages and energy drinks.  Nutrabolt has not alleged and has not presented any evidence that Recess

produces, manufactures or sells products in any of these categories. Instead, what Nutrabolt is now claiming is that Recess operates in the functional beverage industry.

However, the agreements here just don't preclude the individuals from working in that -- in functional beverage spaces. It doesn't mention the words "functional beverage" at any point in time and so there's simply no basis and no likelihood of success on the noncompete claims here. Looking at the text of those agreements, which, you know, we contend are unenforceably broad, but just going off of the five categories that they enumerate and prohibit employment in, employment at Recess is not a violation of those agreements. So by asking the Court to enjoin Mr. Thomas, Mr. Moore and Ms. Matthews from working at Recess because they're in the functional beverage space allegedly, Nutrabolt is asking the Court to effectively add in a new category to these noncompetes in order to prevent these employees from working for the next 12 months. And, again, we're halfway through the noncompete period. It's been more than six months or six months since Mr. Thomas, Mr. Moore and Ms. Matthews left Nutrabolt; and we still do not have any evidence of any harm that Nutrabolt has suffered. To the contrary, Bloom Pop and Bloom Energy have increased their sales substantially in the past six months and have increased their market share.

So there's simply no evidence of any harm more

than half -- almost halfway through or halfway through this noncompete period.  So there's simply no basis to say that we should be issuing an injunction to restrain and prevent the individuals from continuing to work at Recess for the next year.

MR. BULUT:  Your Honor, again, I -- this is --

THE COURT:  I agree.  To deprive somebody of their job is a lot steeper penalty than simply forbidding use of trade secrets.  I don't think there's enough evidence here to take away these people's employment.

But maybe plaintiff has something he wants to say about that.

MR. BULUT:  Your Honor, I keep getting accused of conflating issues, but then every time I hear them talking about things, it's about the noncompete.  I don't ever hear -- again, have you heard any explanation as to why these files were taken, what their intent was to do with them, why -- if it was such a "No, we don't want it," well, then why did you take it in the first place?  And there's no discussion as to why the Court is permitted, the statutes permit the Court to craft injunctive relief for threatened misappropriation.  We have to put value on that statutory language.  This is commonly done in trade secret cases where the threat of having a person continue to utilize trade secrets after they've demonstrated from their past conduct that they cannot comply with their obligations

needs to be crafted here, particularly with Mr. Thomas. Separate and apart from whether or not the Court feels there's sufficient evidence or there's questions about the two companies being competitive, I have not heard an explanation, nor should we have any confidence that this individual, left in his seat at the very apex of the organization, will not continue to utilize trade secret information.  He needs to be put off on the sidelines while the case is pending because he cannot comply and he is -- it's a smoking gun.  This isn't "I accidentally retained something.  Here, let me give it back."

It was intended to be utilized.  He cannibalized our own strategy slide decks with the branding still on them. It says "Nutrabolt" on it, but he just dropped it into a Recess slide deck for strategy as he launches into his new role at this company?

I encourage you to look at the submissions that we provided.  I have not filed a PI motion with this much evidence of smoking guns.  Printed out it is almost, I would say, 9 inches of materials that were taken, of which these are not just generalized categories.  If counsel is to be believed that everything is publicly available, I'm not sure why, then, it would have been taken and steps would have been taken to be secretive about it.

But nonetheless we think that there's sufficient information, there's sufficient amounts of trade secret

information there for this Court to feel that there's threatened misappropriation and that injunctive relief needs to be crafted to ensure that there is not going to be continued use of that trade secret information.

MS. SHERMAN:  Your Honor, if I may draw your attention, this is *Anadarko Petroleum Corporation v. Davis*, 2006 U.S. District Lexis 93594 at Pages 68 to 69 from the Southern District of Texas.

Quote:  When a former employee misappropriates his employer's trade secrets, the appropriate remedy is to enjoin use and disclosure of those secrets, not to enjoin work in competition with the former employer.

And I also draw your attention to the terms of the Defend Trade Secrets Act, which says:  "A court may grant an injunction to prevent any actual or threatened misappropriation on such terms as the Court deems reasonable provided the order does not prevent a person from entering into an employment relationship."

So there is no legal basis for what Mr. Bulut is asking for.  What he is asking for is to use the risk of threatened misappropriation on a trade secrets claim as a basis to enjoin these individuals from working at Recess, but there are two separate legal causes of action and there is different relief that may be applied to each of them and on -- on the -- we've discussed -- I won't go back over the noncompete issues

which plaintiffs don't even really seem to be contesting at this point; but as to the trade secrets -- the trade secrets misappropriation, an injunction as to the employees is not -- is not an appropriate remedy; but moreover there is no risk of threatened misappropriation because all of the documents have been sequestered and ring-fenced.

So there is no -- there is no threat any longer. And we've cited cases in our brief, Your Honor; and plaintiff has not cited any case where there was this type of remediation efforts and a court still entered an injunction. To the contrary, in the cases where there was this type of remediation effort, like the *Embarcadero* case, the court denied the injunction because there was no longer a threat of irreparable harm and we would submit the Court should do the same here and deny the requested injunction on -- as to those claims.

MR. BULUT:  Your Honor, this is Koray Bulut.

A number of things here.  If counsel, while I'm speaking, is going to conduct research and introduce new cases that weren't previously cited, I'd request an opportunity to provide supplemental briefing --

THE COURT:  Slow down.  Whoa, whoa, whoa.  Slow down. You're going way too fast for me.

Start over, please.

MR. BULUT:  Sure.  I would just request an opportunity to provide supplemental briefing to counter whatever counsel

has brought in at oral argument for the first time.

THE COURT:  Slow down.  I can't keep up with you.  Slow down.  Slow down.

MR. BULUT:  Sure.

THE COURT:  Okay.  Go ahead.

MR. BULUT:  Secondly, Ms. Sherman is saying that the Court can't unilaterally -- the Court can't blanket say, "You can't work there."

Fine.  The Court could also craft an injunction that says, "You can continue to work at Recess.  You can't touch any of these trade secrets and you can't be in certain areas regarding strategy."

That wouldn't be violative of a statute.  There can be parameters around the limits of their utility of the company to ensure that the trade secret information that's in his head and the documents that we don't know that he has kept, because they have only remediated the 14 files that we have found; but if he has other materials, there could be a Court order that still enjoins him and limits his functions as a CEO of the company in a way that makes sure that trade secret information is not continuing to be utilized and disclosed.

So even if I was to accept, which I do not yet, I need to conduct further research and provide the Court with counter data points regarding threatened misappropriation.  By the very argument that was made, the Court can still craft

something that does not bar him from employment, but certainly puts large guardrails around what he can and cannot do at recess during the pendency of this action.

MR. BAI:  Your Honor, this is --

THE COURT:  What would proof --

MR. BAI:  -- Weining Bai on behalf of the --

THE COURT:  Let me finish.  Let me finish.

MR. BAI:  Oh, I'm sorry.

THE COURT:  What would proof of damage look like on the trade secrets?

MR. BULUT:  Your Honor, it would depend.  We don't know what the --

THE COURT:  Who is speaking, please?  Who is speaking?

MR. BULUT:  This is Koray Bulut on behalf of plaintiff.

THE COURT:  Okay.  Go ahead.

MR. BULUT:  It would depend.  Between now and the trial, we're not aware; but if Recess is going to launch a new product that in some way impairs additional product lines of the company, that could be an issue.  Even without that, there could be a value placed on how much time and effort, how much resources of Nutrabolt was put into the trade secrets that were taken.  What is the value and what is the head start or the savings that Recess enjoyed by repurposing those trade secrets, those strategy and marketing plans and road maps, et cetera, and put dollars on it as well.  But it will be much more

difficult than if the Court issued an injunction now to ensure that that damage didn't occur.

MR. BAI:  Your Honor, this is Weining Bai on behalf of the individual defendants.

To pick up where counsel left off, that does sound like it's quantifiable if this speculative harm of head start occurs to go back to a point that's been made several times as in saying that Nutrabolt has not heard any explanation for why those files were taken.  That is simply incorrect.

In Mr. Thomas's declaration, Docket 55-2, beginning at Paragraph 27, he lists the several categories of reasons; and it goes through essentially Paragraph 32.  I'll just begin with the main one before I address Mr. Moore and Ms. Matthews.

But the main one is Mr. Thomas was owed a prorated bonus that the CEO of Nutrabolt promised.  That is an undenied fact in the record.  So he kept company financials, not to help Recess but so that he could continue his negotiations on how to prorate a bonus.

And then there was some issues about him forwarding emails to his wife.  They pointed to one.  He supplied all three of them to show essentially in a 24-hour period, he was giving his wife updates about the announcement of his resignation and his transition going to a new job opportunity.

Mr. Moore kept documents -- three emails -- to show the way he was being treated by Jason Cantelli, the person Nutrabolt put in charge of Ms. Matthews and Mr. Moore after Mr. Thomas's resignation, to justify his reasons for departure.

Ms. Matthews, I have not heard her name mentioned at all; but there's been no effort, there's been no evidence of her sending anything to herself, a personal email, or to Recess that Nutrabolt has put in evidence.  All they said is she forwarded a couple of documents to Mr. Thomas while they were both still Nutrabolt employees using their Nutrabolt accounts. So there have been explanations.  Counsel has seen it.  It is simply not true that we have not addressed why these things were taken; but to finish this where we started, to not conflate the two causes of action, all 15 of these documents and their derivatives if Nutrabolt wants to use a -- to say it that way, we have no problem not using and not disclosing them and we have gone through the efforts -- I won't repeat what Ms. Sherman said -- to make sure that does not happen.  The injunction they want is already being done.

MR. BULUT:  Your Honor, this is Koray Bulut on behalf of plaintiff.

No explanation provided as to the 51-slide deck that incorporated our strategy and where Mr. Thomas was saying, "Here's what I'm going to do with you."

Literally the slides still have our branding on

them and yet he's presenting them to his new co-CEO.  No explanation provided in his declaration for that.

Secondly, we're getting back to the conflation. The fact of the matter is there's threatened misappropriation here and the courts have frequently said, look, we're not talking about inevitable disclosure, right?  That's not the doctrine that we're trying to -- and no one should be confusing that.  What we've got is actual evidence and access to.  Them providing assurances that they've ring-fenced and gathered up the 15 documents that we have been able to identify to date doesn't mean that there aren't further documents out there and that the information that was in those documents that has now been digested and is already in the mix on strategy, how do we unwind that, how do we ensure that the documents that have been in their possession now until counsel on the eve on the PI hearing finally decides to start ring-fencing despite the fact that the complaint was filed a month before.  That's all in the works, right?  Even in the documents are put back, thank you. I've already started to implement that in various other ways. How do we take care of that?

THE COURT:  There are several points of differentiation here.

In most jobs that I have left, I have taken documents with me.  I think that's fairly standard.  It's work you did and work you know about, work that is sometimes

referred to, but generally sits in a closet.

I think just the fact that they took information is not sufficient to justify damages or injunction. If there's evidence of they were putting such documents to nefarious purposes, that would resonate, but I'm not hearing of any --

MR. BULUT: That's the exact argument --

THE COURT: -- new products that came out of the defendants or any new sales pitches that came out of the defendants. I'm not -- I'm not hearing that. I think just taking documents is pretty commonplace these days. I'm not saying I broke any laws when I took them, but I think it's generally not an act by itself that has a whole lot of consequence.

MR. BULUT: Your Honor, as an employment lawyer, every day I'm sending letters to employees saying you have retained stuff unknowingly, return it, et cetera. That's not this instance. This isn't an instance where someone -- "Oh, I didn't know I had that in my home office or I had sent that to my Gmail a while back."

In the weeks prior to his departure, he is sending those emails and those files to a Recess email account that has already been created for him because he's now wearing two hats and serving two masters. So this isn't an issue of retaining materials, it's sending it to your new employer's system. And it's not simply, "Oh, this is a kudos, good-job

email and I want to keep that around," it is really detailed information.

I invite the Court to really spend some time on the documents that we submitted in support of the preliminary injunction and see how detailed regarding the strategy, et cetera. This is not high-level stuff. This is road maps and a lot of effort that was done and there's just no simple way. You know, this isn't negotiating your bonus. You don't need to have the strategy road map and the three-year plan for your former company in order to negotiate a bonus. This is not an instance of somebody accidentally retaining some information or thinking better of it. The materials that were found -- the materials that were taken has been admittedly already shared with and were found in Ben Witte's email and systems. They searched his email and his systems and he had access to it. So it's already been disclosed outside of these three individuals to people at Recess, people at Recess leadership. So it's been used and digested simply by the fact that they opened it up and utilized it and will develop in the course of discovery even more evidence of that.

MS. SHERMAN: Your Honor, this is Rachel --

THE COURT: How does this hurt your company?

MR. BULUT: I'm sorry, Your Honor. What are you saying?

THE COURT: How has this hurt your company?

MR. BULUT:  We are hoping that the Court will issue an injunction before it hurts and there's harm.  That's the purpose of the preliminary injunction.  We're trying to get in front of this.  If the Court is going to allow it to play out, then we'll see how the damage is done; but certainly with regard to the trade secrets that were taken, there's going to be a value on them and there was a savings on the other side in terms of what they -- they were able to skip of bunch of steps in their own product road map that we would have a value to. There would be various other aspects of that that we could go to; but the purpose of this preliminary injunction is let's not get there.  Let's take steps now before that harm is done, that it's impossible to put the genie back in the bottle when it's talking about trade secrets.

MS. SHERMAN:  Your Honor, this is Rachel Sherman for Recess.

The fact of the matter is that plaintiffs have had six months to come up with evidence of harm, and they have submitted nothing.  Mr. Bulut has acknowledged multiple times on this call today they have not seen a decline in sales; in fact, they have seen an increase in sales.  They have not seen any harm.  They are trying to get in front of harm.

If they are trying to get in front of harm, there has to be a real threat.  Here there is none because all of the documents have been sequestered and moved.  So there is no risk

of future harm and there has not been an establishment of any actual or ongoing harm and it is black letter law that they have to show that in order to get an injunction and they have not met their burden.

MR. BULUT:  Your Honor, that's totally not true.  I can provide you with ample case law that does not say you need to show actual harm when it comes to threatened misappropriation.  Fifth Circuit case law specifically states that.  Threatened disclosure of trade secrets constitutes an irreparable injury as a matter of law.  You do not need to show actual harm.

THE COURT:  We're gong to take a short break, please.  Don't go away.

(Court is in recess.)

THE COURT:  Okay.  This is Ellison.  I'm back.

Before I say anything, does anyone else want to add to what's been said already?

MS. SHERMAN:  No, thank you, Your Honor.

THE COURT:  It seems to me that we all -- that we've shifted viewpoints a bit during the course of our discussion; but I'm not clear if the collective view is the documents were taken, great damage was done, the horse is outside of the barn or whether we're saying there's still time with a preliminary injunction to stop the harm being done.

Does anybody want to speak to that?

MR. BULUT:  Your Honor, this is Koray Bulut on behalf

of plaintiffs.

We would state that there's some -- the strategy meeting in the slide deck that's been created, that's obviously been shared with third parties, the CEO of Recess, for example; but to the extent that those documents are sequestered and returned, it doesn't mean that they aren't already then being utilized by these three individuals in furtherance of their strategy role.  Like, they're brought over to basically help launch a product.  They're going to continue to utilize it or continue to execute on what they previewed that was in that slide deck.

THE COURT:  If that's what's being said, that the damage has already been done, then I don't know how an injunction fixes that.

MR. BULUT:  Because there would continue to be new damages every day that they make decisions.

THE COURT:  What's the measure of those damages?

MR. BULUT:  They're not going to be measurable, right? The purpose of a preliminary injunction is that they're irreparable.  If I could --

THE COURT:  I'm not seeing irreparable harm here at all.

MR. BULUT:  Fifth Circuit case law would say that as a matter of law threatened misappropriation is irreparable harm.

THE COURT:  So every case of trade secrets deserves an

injunction?

MR. BULUT:  Every case of trade secrets where the person who then has utilized the trade secrets is sitting in an apex role at a strategy role where they can continue to utilize the information that they either have elsewhere or in their head to execute and they have demonstrated their inability to keep their confidentiality obligations whole, yes, that should be granted.

THE COURT:  What's the primary reason the documents are so sensitive?  Is it that they reveal marketing strategies or they describe products yet to come to market or because it says something about how personnel are to be used and recruited?  What's the particular sensitivity to these documents?  Most documents -- I think we all know in the age of emails and copying machines, most documents are not very sensitive.

MR. BULUT:  Your Honor, again, I would encourage you and I would be alarmed if the Court is going to make a ruling without reviewing those materials.  It's 9 inches of materials --

THE COURT:  I'll review them, but I want your explanation first.

MR. BULUT:  Sure.

THE COURT:  What is particularly sensitive about the documents?

MR. BULUT:  Yes.  It includes the company's

go-to-market plan for Bloom Pop; it includes its beverage assortment plans for the future year, right, what we're going to release to the market in terms of product and where we're going to release it; product placement strategy and design; pricing strategies; how to negotiate with various retailers; promo pricing and retailer margins, what you need to do for various retailers and the margins that they're going to require.  All of that is confidential information that is not publicly available and certainly has economic value to a company like Recess that's trying to get its efforts motivated and increase its market share.

THE COURT:  So if we're talking about marketing plans and growth plans, we're talking about damages unspooling over years and years, right?

MR. BULUT:  Potentially.

THE COURT:  So if I order the documents not to be used since they're already being implemented, how is that going to work?

MR. BULUT:  Your Honor, at minimum if you're not going to order Mr. Thomas to sit on the sidelines, there should be huge guardrails put around him.  He shouldn't be sitting in on strategy meetings where he's going to participate on the marketing plan moving forward and the beverage assortment plan and the product placement plan and the promo pricing and the retailer margins and all of these things that he's had access

to and he's demonstrated that he intends to utilize.  So there could also be parameters put around what he can and cannot participate in to ensure that he does not continue to disclose his confidential and trade secret information.

THE COURT:  Now, on that point, the parties seem not terribly far apart.  Do you want to take a run at the parties agreeing as to what Mr. Thomas can do or not do, what Moore and Matthews can do and can't do?  Can y'all work out an agreement to that effect?

MR. BULUT:  Your Honor, we stand on our submission.  I've articulated -- this is plaintiff.

I've articulated that the Court can craft injunctive relief.  We believe that both of the statutes provide and would allow you to order Mr. Thomas in particular to sit on the sidelines given the threatened misappropriation; but if you want to craft something that's less than that that ensures that he's not participating in all of the things that he had access to and has demonstrated he intends to utilize, then so be it.

THE COURT:  I thought the problem with that approach is you say we're closing the door after the horse has escaped the barn.

MR. BULUT:  What I'm saying is that there's a herd of horses.  A few of them have gotten out.  I'm trying to keep the rest of them in.  He has information with him and I don't know

what else he has taken.  We've only been able to find -- we found 14 emails.  Opposing counsel has disclosed two additional ones that we found that had been -- or that they had identified had been shared that we weren't aware of, but there could be more in addition to, again, all of the information.  He was sitting there at the top of our organization with regard to strategy and these are his two lieutenants and so he needs to be restrained from participating in those discussions that would allow him to continue to utilize -- allow additional horses out of the barn.

Additionally, it's not just an all-or-none proposition; and there's a number of other requests in our injunctive relief.  There's a number of things on there that should not be controversial, right?  It simply shouldn't be --

THE COURT:  That's why I thought we could agree.

MR. BULUT:  You identified 14 documents; we returned the 14 documents.

Did you search for more?  Did you search for "Nutrabolt" or other search terms to ensure that there aren't more that we aren't aware of that you aren't continuing to access and utilize?

THE COURT:  Would defendants like to respond?

MR. BAI:  Yes, Your Honor.  This is Weining Bai on behalf of the individual defendants.

We actually are willing to confer with counsel

for Nutrabolt over appropriate parameters around the potential use or disclosures of any additional documents or these ones that they contend to be confidential or trade secrets.

When counsel says Nutrabolt is standing on its submission, its submission is one sentence that says Mr. Thomas and Mr. Moore and Ms. Matthews, who you've not heard about at all today, just can't work anymore.  That's the submission they're standing on.

We are very much willing to talk about additional forensic protocols as well as any sort of agreed parameters around use, disclosure, access to certain types of documents. But I want to zoom out a little bit about this issue of Mr. Thomas cannot talk about strategy, period.  He has been in this industry for 25 years.  He worked for over 20 years at Coca-Cola where he developed his expertise in growing and scaling beverage brands that he brought to Nutrabolt, not the other way around.  He didn't show up to Nutrabolt and learn things from Nutrabolt.  It's exactly the other way around.  So this idea that because of four out of 25 years of his career Nutrabolt now owns and has some proprietary interest in stopping him from working and using 20-plus years of completely non-Nutrabolt-related expertise, there's no record for it, there's no law in support of it and that's where we would have an issue with it.  But narrowly tailored parameters around, Number 1, not being able to use, disclose, access documents,

files, nonpublic Nutrabolt-specific data, we are fine with those. We can talk to them about it.

Number 2, additional forensic protocol. "We think there are other documents he might have."

Tell us what those are. We'll come up with some parameters that may work for both sides. We're also okay with that.

But I think, Your Honor, it's telling that we are willing to have that conversation about reasonable parameters, but it seems like counsel for Nutrabolt is not and they're standing on nothing less than fire all three of them now. And we don't -- we just don't think, one, that's reasonable; and two, they don't have the evidence for it.

MS. SHERMAN: Your Honor, briefly on behalf of Recess, I would agree that we are willing to confer with plaintiffs about possible -- any other possible forensic review that they would -- they believe we should undertake; but I think, you know, it is -- Mr. Bulut keeps saying we've only searched for these documents. This is their case, their motion, their claim that they have trade secrets that were taken; so this is not something that we could do in a vacuum.

So if they believe that there is another document that was taken, then we would be willing to undertake the same exercise or if they believe there was -- I don't know -- some other way that something should have been searched, we're

certainly willing to confer with them about that.

But, you know, in terms of -- there's no basis to have us go on some broad search for the term "Nutrabolt" when that's not -- you know, that's not an alleged trade secret in any way.  So it has to start with their motion, their burden, and we would be willing to work with them on that.

MR. BULUT:  Your Honor, what I hear defendants saying is they will stipulate to an order that requires them to comply with the law.

Thank you.

We already have contracts that say that you have to do those things; we already have statutes -- trade secret statutes that say, "You may not use or disclose trade secret information."

That doesn't get us there.  We've already been caught.  We're past that now, and now we need to craft remedies to ensure that this does not continue to happen.

Additionally, to say, "Oh, it's your burden," we're supposed to know what your guy took completely throughout the course?  If these companies aren't competitors, Nutrabolt shouldn't show up too much on your servers at all.  But that's not even the offer that's being made.  Simply it is at this point at the end of all of this briefing, I guess we'll agree to comply with the law.  That doesn't really get me anywhere. That's no different than what I had before I spent hundreds of

thousands of dollars on a PI hearing and a motion and gathering up all of this evidence.  We've got evidence of wrongdoing.  There's been no evidence contrary that this stuff wasn't taken and utilized and we need to figure out how to prevent it from continuing to happen.

THE COURT:  I agree that would be the goal.  I don't know if there's potential for that.  You know better than I do what the interpersonal relationships are and the clients' sensitivities are, but I'm kind of stuck on harm.  I don't know that I see irreparable harm unfolding in the next few months before we get the case to trial and I'm not sure I can define damages that accrue henceforth.  It's very hard for me to say irreparable harm is occurring.

We need for sure a trial in this case.  We need to see what damages can be shown at trial, but that will require expert witnesses and a whole lot of expense which I hope you can find a way to avoid.  But I just don't think I can find it here.

I'm going to give you a week to see if you can come to some consensual agreement.  And if you need more than a week, you can ask for more time.  But I'd like you to try that first.  I think it's more likely to succeed than my just trying to craft an order that satisfies all the constituencies.  I'm really not inclined at all to deprive these people of their jobs.  I don't think I've heard enough on that.  They may end

up having to pay damages, but I don't think -- I don't think that we know enough to say they can't work anymore.

So take some time and try to work out an agreement that is user-friendly to both sides and I'll be here if you need to come back at me and we can try again but -- I'll read -- I got a lot of paper yesterday late so I'm not -- I'm not claiming I've gone through all that yet.

In the future, if we're going to have a hearing, it would help if you submitted it a little bit earlier.

Okay.  Any questions?

MS. SHERMAN:  No, Your Honor.

MR. BULUT:  No, Your Honor.

MR. AHMAD:  None from the individual defendants.

(The proceedings were adjourned.)

*  *  *  *  *

REPORTER'S CERTIFICATE

I, David S. Smith, CSR, RPR, CRR, Official Court Reporter, United States District Court, Southern District of Texas, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.


                        ___/s/ David S. Smith___
                        Official Court Reporter

1

## /

**/s** [1] - 60:21

## 1

**1** [1] - 56:25
**10036** [1] - 2:8
**1133** [1] - 2:8
**12** [1] - 37:18
**1221** [1] - 2:3
**14** [5] - 32:22, 42:17, 55:2, 55:16, 55:17
**15** [5] - 1:14, 17:12, 22:24, 45:14, 46:10
**17th** [1] - 24:25
**18th** [1] - 13:18

## 2

**2** [1] - 57:3
**20** [1] - 56:14
**20-plus** [1] - 56:21
**2006** [1] - 40:6
**2025** [1] - 13:18
**2026** [3] - 1:14, 7:10, 23:14
**22-2** [1] - 36:19
**22-5** [1] - 36:19
**23rd** [1] - 24:25
**24-hour** [1] - 44:22
**25** [3] - 36:6, 56:14, 56:19
**2500** [1] - 2:4
**27** [1] - 44:11

## 3

**3** [2] - 23:16, 24:5
**30** [4] - 4:17, 4:21, 4:22, 5:1
**32** [1] - 44:12

## 4

**4:26-CV-01669** [1] - 1:4

## 5

**5** [2] - 23:14, 24:6
**51-slide** [1] - 45:22
**515** [1] - 2:12
**525** [1] - 1:22
**55-1** [2] - 23:8, 23:13
**55-2** [1] - 44:10

## 6

**68** [1] - 40:7
**69** [1] - 40:7

## 7

**77002** [1] - 2:13
**77010** [1] - 2:4

## 8

**8004** [1] - 2:13
**8th** [1] - 23:14

## 9

**9** [2] - 39:19, 52:18
**90** [1] - 33:22
**90-day** [1] - 33:13
**93594** [1] - 40:7
**94105** [1] - 1:22

## A

**a** [216] - 1:4, 1:6, 1:12, 5:8, 5:10, 5:11, 5:17, 5:19, 5:22, 5:23, 6:4, 6:8, 6:18, 6:22, 8:10, 8:11, 8:12, 8:14, 8:15, 8:21, 8:25, 9:3, 9:5, 9:6, 9:12, 9:16, 9:17, 9:20, 9:22, 11:4, 11:8, 11:12, 11:20, 11:21, 11:25, 12:2, 12:4, 12:21, 12:22, 13:12, 13:20, 13:25, 14:2, 14:6, 14:7, 14:18, 15:5, 15:12, 15:13, 15:20, 15:24, 15:25, 16:7, 16:8, 16:12, 16:13, 17:11, 17:25, 18:2, 18:10, 18:18, 19:10, 19:18, 20:5, 20:13, 20:17, 21:14, 21:15, 21:20, 21:23, 22:18, 23:9, 23:18, 23:20, 23:22, 24:1, 24:2, 24:9, 24:11, 24:25, 25:1, 25:3, 25:6, 25:8, 25:14, 25:15, 25:20, 25:23, 26:3, 26:12, 26:15, 26:16, 26:19, 26:20, 26:22, 27:2, 27:13, 27:22, 28:4, 29:9, 29:14, 29:17, 29:25, 30:7, 30:8, 30:10, 30:12, 30:14, 30:15, 30:16, 30:21, 31:20, 31:23, 32:9, 32:15, 32:20, 32:25, 33:1, 33:2, 33:3, 33:8, 33:11, 33:13, 33:25, 34:5, 34:13, 34:22, 35:9, 35:21, 36:10, 36:11, 37:12, 37:16, 38:8, 38:18, 38:23, 39:9, 39:13, 39:17, 40:9, 40:14, 40:17, 40:21, 41:10, 41:13, 41:17, 42:13, 42:18, 42:19, 42:20, 43:17, 43:20, 44:7, 44:15, 44:19, 44:22, 44:24, 45:7, 45:9, 45:15, 46:17, 47:1, 47:12, 47:19, 47:21, 47:25, 48:7, 48:10, 49:7, 49:9, 49:20, 49:24, 50:10, 50:11, 50:19, 50:22, 51:9, 51:19, 51:23, 52:4, 52:17, 53:9, 54:6, 54:23, 54:24, 55:12, 55:13, 56:12, 57:21, 59:1, 59:14, 59:16, 59:17, 59:19, 59:20, 60:6, 60:8, 60:9, 60:18
**ability** [1] - 60:18
**able** [5] - 15:16, 46:10, 49:8, 55:1, 56:25
**abnormal** [1] - 21:17
**about** [59] - 4:17, 7:7, 7:9, 9:17, 9:25, 11:22, 12:5, 13:25, 14:1, 14:15, 15:1, 15:9, 15:12, 15:14, 15:16, 15:17, 15:18, 18:10, 19:16, 21:2, 23:18, 23:20, 23:21, 23:25, 24:23, 25:6, 25:7, 27:6, 31:1, 31:14, 32:19, 32:23, 33:8, 34:8, 35:21, 36:7, 38:12, 38:15, 39:3, 39:23, 44:20, 44:23, 46:6, 46:25, 49:14, 52:12, 52:23, 53:12, 53:13, 56:6, 56:9, 56:12, 56:13, 57:2, 57:9, 57:16, 58:1
**above** [1] - 60:19
**above-entitled** [1] - 60:19
**absolutely** [1] - 19:22
**accept** [1] - 42:22
**access** [11] - 8:19, 14:19, 17:18, 22:24, 46:8, 48:15, 53:25, 54:18, 55:21, 56:11, 56:25
**accessible** [2] - 20:7, 21:4
**accidentally** [2] - 39:10, 48:11
**account** [3] - 27:1, 27:2, 47:21
**accounts** [5] - 10:24, 24:17, 24:18, 45:10
**accrue** [1] - 59:12
**accused** [2] - 25:5, 38:13
**acknowledged** [1] - 49:19
**across** [3] - 11:2, 19:20, 20:3
**act** [2] - 9:10, 47:12
**Act** [5] - 25:25, 29:18, 32:2, 40:14
**acted** [1] - 12:20
**action** [3] - 40:23, 43:3, 45:14
**actions** [1] - 19:6
**actor** [2] - 26:19, 26:22
**actual** [12] - 8:14, 8:15, 9:4, 22:23, 31:17, 35:2, 40:15, 46:8, 50:2, 50:7, 50:10
**actually** [7] - 8:20, 12:8, 12:18, 26:17, 27:25, 30:15,

55:25
**add** [2] - 37:16, 50:16
**addition** [2] - 7:18, 55:5
**additional** [6] - 43:18, 55:2, 55:9, 56:2, 56:9, 57:3
**additionally** [2] - 55:11, 58:18
**address** [8] - 6:8, 11:7, 13:6, 13:8, 14:24, 15:11, 16:20, 44:13
**addressed** [1] - 45:12
**addresses** [1] - 11:6
**adequately** [1] - 6:17
**adjourned** [1] - 60:14
**admissible** [1] - 31:21
**admittedly** [1] - 48:13
**advance** [3] - 4:11, 4:15, 26:20
**advanced** [2] - 9:12, 10:17
**advantage** [3] - 6:20, 9:9, 10:16
**advertised** [1] - 36:12
**advertising** [1] - 34:20
**after** [8] - 5:14, 5:25, 9:11, 12:21, 12:22, 38:24, 45:3, 54:21
**after-the-fact** [1] - 5:25
**afternoon** [2] - 3:2, 3:10
**again** [14] - 14:1, 20:9, 20:16, 21:10, 21:12, 30:11, 32:13, 36:14, 37:18, 38:6, 38:16, 52:16, 55:5, 60:5
**against** [3] - 11:19, 19:10, 28:22
**age** [1] - 52:14
**agree** [5] - 38:7, 55:15, 57:15, 58:23, 59:6
**agreeable** [1] - 5:3
**agreed** [1] - 56:10
**agreeing** [1] - 54:7
**agreement** [3] - 54:8, 59:20, 60:4
**agreements** [3] - 37:4, 37:9, 37:12
**ahead** [7] - 5:4, 8:1, 17:8, 18:14, 35:7, 42:5, 43:15
**AHMAD** [9] - 2:1, 3:16, 3:19, 3:23, 13:3, 15:25, 16:19, 23:3, 60:13
**Ahmad** [6] - 2:2, 3:16, 3:18, 13:3, 20:25, 29:1
**Ahmed** [1] - 23:4
**aisles** [1] - 30:4
**AL** [1] - 2:1
**alarmed** [1] - 52:17
**all** [56] - 3:12, 4:14, 5:5, 11:2, 12:7, 13:4, 13:9, 14:14, 15:2, 16:16, 18:22, 20:20, 20:21, 23:21, 24:21, 26:4, 26:24, 27:19, 28:5, 28:11,

31:11, 31:13, 31:14, 31:15, 31:21, 32:18, 32:24, 33:18, 33:20, 34:16, 35:20, 35:22, 41:5, 44:22, 45:6, 45:8, 45:14, 46:17, 49:24, 50:18, 51:22, 52:14, 53:8, 53:25, 54:17, 55:5, 55:11, 56:7, 57:11, 58:21, 58:23, 59:2, 59:23, 59:24, 60:7

**all-or-none** [1] - 55:11
**allegation** [2] - 30:5, 30:22
**allegations** [2] - 30:2, 30:3
**alleged** [6] - 13:14, 14:10, 34:21, 34:22, 36:25, 58:4
**allegedly** [1] - 37:15
**allow** [9] - 4:17, 11:15, 29:12, 32:2, 49:4, 54:14, 55:9
**allowed** [2] - 23:24, 28:2
**almost** [2] - 38:1, 39:18
**already** [16] - 9:12, 10:5, 17:16, 45:19, 46:13, 46:19, 47:22, 48:13, 48:16, 50:16, 51:6, 51:13, 53:17, 58:11, 58:12, 58:15
**also** [14] - 3:21, 9:6, 9:18, 9:23, 10:8, 13:15, 20:2, 21:15, 21:25, 27:5, 40:13, 42:9, 54:2, 57:6
**Americas** [1] - 2:8
**among** [1] - 4:8
**amounts** [1] - 39:25
**ample** [2] - 32:6, 50:6
**an** [69] - 6:1, 6:22, 6:24, 9:6, 9:15, 9:18, 9:22, 10:8, 10:12, 10:16, 10:19, 13:13, 13:15, 14:25, 15:5, 15:8, 15:13, 15:19, 15:20, 16:3, 20:18, 21:19, 23:19, 24:10, 25:10, 26:15, 27:15, 28:7, 28:9, 28:17, 29:9, 29:12, 31:16, 32:17, 38:3, 39:4, 40:15, 40:18, 41:3, 41:4, 41:10, 41:19, 41:24, 42:9, 43:19, 44:1, 44:16, 47:12, 47:14, 47:17, 47:23, 48:11, 49:1, 49:21, 50:1, 50:3, 50:9, 51:13, 51:25, 52:3, 54:8, 55:11, 56:24, 58:4, 58:8, 59:23, 60:3
**Anadarko** [1] - 40:6
**analyses** [1] - 34:20
**and** [334] - 1:5, 1:12, 3:2, 3:4, 3:20, 5:11, 5:19, 6:1, 6:4, 6:9, 6:10, 6:12, 6:16, 6:22, 7:13, 8:16, 8:18, 9:2, 9:9, 9:10, 9:14, 9:16, 9:20, 10:5, 10:20, 10:23, 11:1, 11:2, 11:3, 11:4, 11:9, 11:13, 11:22, 11:24, 12:1, 12:10,

12:12, 12:19, 12:22, 13:5, 13:11, 13:12, 13:14, 13:18, 13:21, 13:23, 13:25, 14:1, 14:6, 14:8, 14:16, 14:21, 14:23, 14:25, 15:1, 15:4, 15:8, 15:12, 15:13, 15:15, 15:16, 15:18, 15:21, 16:1, 16:4, 16:5, 16:8, 16:9, 16:10, 16:13, 16:14, 16:15, 16:19, 17:9, 17:13, 17:14, 17:20, 18:5, 18:15, 18:16, 19:9, 19:16, 19:18, 19:19, 19:21, 19:23, 20:1, 20:6, 20:8, 20:9, 20:10, 20:11, 20:13, 20:18, 20:24, 21:7, 21:11, 21:13, 21:15, 21:21, 21:23, 21:24, 22:3, 22:17, 22:18, 22:23, 23:5, 23:12, 23:15, 23:16, 23:20, 23:23, 24:4, 24:5, 24:10, 24:17, 24:19, 25:9, 25:15, 25:19, 25:21, 25:25, 26:5, 26:15, 26:19, 27:7, 27:11, 27:23, 28:1, 28:4, 28:5, 28:16, 28:21, 28:22, 29:3, 29:7, 29:11, 29:13, 29:20, 29:24, 30:4, 30:11, 30:13, 30:16, 30:19, 30:21, 30:24, 30:25, 31:2, 31:3, 31:4, 31:6, 31:10, 31:17, 31:19, 32:3, 32:7, 32:9, 32:11, 32:15, 32:18, 32:20, 32:21, 32:23, 32:24, 33:10, 33:15, 33:17, 33:21, 33:22, 34:9, 34:12, 34:14, 34:15, 34:16, 34:20, 35:5, 35:9, 35:13, 35:22, 36:5, 36:13, 36:14, 36:18, 36:19, 36:24, 36:25, 37:7, 37:11, 37:13, 37:18, 37:20, 37:22, 37:23, 38:3, 38:19, 39:2, 39:9, 39:22, 40:2, 40:11, 40:13, 40:23, 40:24, 41:6, 41:8, 41:10, 41:14, 41:18, 42:11, 42:16, 42:19, 42:21, 42:23, 43:2, 43:16, 43:20, 43:22, 43:24, 43:25, 44:12, 44:13, 44:20, 44:24, 45:3, 45:15, 45:16, 45:17, 45:23, 46:1, 46:5, 46:7, 46:8, 46:9, 46:11, 46:13, 46:25, 47:21, 47:23, 47:25, 48:1, 48:5, 48:7, 48:9, 48:14, 48:15, 48:18, 48:19, 49:2, 49:7, 49:18, 49:25, 50:1, 50:2, 50:3, 51:5, 52:6, 52:12, 52:14, 52:17, 53:3, 53:4, 53:6, 53:7, 53:9, 53:11, 53:13, 53:14, 53:23, 53:24, 53:25, 54:1, 54:2, 54:4, 54:7, 54:8, 54:14, 54:18, 54:25, 55:7, 55:12, 55:21, 56:6, 56:15, 56:17, 56:20, 56:21,

56:23, 57:10, 57:11, 57:12, 58:6, 58:16, 59:1, 59:4, 59:8, 59:11, 59:16, 59:20, 60:3, 60:4, 60:5, 60:18, 60:18, 60:19

**announcement** [1] - 44:23
**another** [6] - 10:17, 16:14, 21:6, 22:3, 33:19, 57:22
**answer** [2] - 5:12, 23:18
**answering** [1] - 18:17
**answers** [1] - 6:2
**anticipated** [1] - 28:10
**any** [50] - 10:20, 10:24, 13:19, 13:21, 13:24, 14:3, 14:5, 14:7, 14:8, 14:9, 14:13, 15:7, 15:11, 16:2, 16:23, 16:24, 17:16, 18:24, 19:24, 20:12, 21:4, 21:20, 22:24, 26:12, 27:24, 30:22, 31:20, 36:25, 37:1, 37:7, 37:21, 37:25, 38:16, 39:5, 40:15, 41:7, 41:9, 42:11, 44:8, 47:5, 47:8, 47:11, 49:22, 50:1, 56:2, 56:10, 57:16, 58:5, 60:10
**anybody** [2] - 15:22, 50:24
**anymore** [2] - 56:7, 60:2
**anyone** [7] - 8:2, 18:8, 20:7, 20:24, 24:3, 34:9, 50:15
**anything** [9] - 10:6, 18:24, 18:25, 19:2, 23:21, 27:19, 45:7, 50:15
**anywhere** [2] - 20:5, 58:24
**apart** [3] - 22:23, 39:2, 54:6
**apex** [3] - 6:5, 39:6, 52:4
**appearances** [1] - 3:6
**APPEARANCES** [1] - 1:20
**apple** [1] - 24:20
**applicable** [1] - 21:19
**applied** [1] - 40:24
**apply** [1] - 6:21
**approach** [1] - 54:20
**approached** [1] - 12:14
**appropriate** [6] - 6:13, 29:8, 31:16, 40:10, 41:4, 56:1
**APRIL** [1] - 1:14
**April** [1] - 23:14
**are** [72] - 3:20, 5:24, 6:4, 6:11, 6:12, 6:14, 6:18, 7:11, 9:25, 10:3, 10:5, 10:10, 12:7, 13:5, 13:11, 13:13, 13:15, 16:23, 17:1, 17:12, 17:15, 17:21, 18:12, 19:4, 19:24, 21:1, 21:13, 22:16, 22:18, 24:4, 26:8, 26:19, 28:8, 28:16, 29:8, 30:1, 30:3, 30:4, 30:5, 30:20, 32:23, 33:17, 35:15, 36:4, 36:6, 36:8, 36:12, 36:20, 37:10, 39:19, 40:23, 46:18, 46:21, 48:23,

49:1, 49:22, 49:23, 51:5, 52:9, 52:12, 52:15, 55:7, 55:25, 56:9, 57:1, 57:4, 57:5, 57:8, 57:15, 59:8, 59:9
**area** [1] - 16:14
**areas** [1] - 42:12
**aren't** [7] - 35:10, 46:11, 51:6, 55:19, 55:20, 58:20
**argued** [3] - 5:23, 11:18, 29:15
**argument** [9] - 7:23, 10:7, 11:20, 11:23, 19:15, 25:12, 42:1, 42:25, 47:6
**arguments** [7] - 3:23, 5:23, 7:14, 9:12, 12:4, 21:5, 31:14
**around** [13] - 23:24, 32:10, 35:9, 42:14, 43:2, 48:1, 53:21, 54:2, 56:1, 56:11, 56:17, 56:18, 56:24
**articulated** [3] - 20:22, 54:11, 54:12
**artificially** [1] - 9:23
**as** [58] - 6:8, 7:1, 8:11, 9:6, 11:25, 13:8, 13:9, 14:5, 14:18, 18:7, 18:18, 18:20, 19:3, 19:8, 19:23, 21:14, 21:24, 23:17, 24:3, 24:10, 25:13, 26:9, 26:15, 26:23, 27:2, 27:14, 27:15, 29:10, 29:24, 29:25, 30:10, 30:16, 31:10, 32:17, 33:1, 35:5, 35:6, 38:16, 38:19, 39:14, 40:16, 40:21, 41:2, 41:3, 41:15, 42:19, 43:25, 44:8, 45:22, 47:14, 50:10, 51:23, 54:7, 56:10
**aside** [2] - 4:16, 30:25
**ask** [3] - 22:12, 31:5, 59:21
**asked** [4] - 13:22, 23:23, 31:6, 36:2
**asking** [4] - 37:13, 37:15, 40:20
**aspects** [2] - 17:11, 49:10
**assembled** [1] - 8:10
**assess** [1] - 28:15
**assortment** [2] - 53:2, 53:23
**assurances** [6] - 12:13, 12:15, 12:19, 27:16, 28:8, 46:9
**at** [74] - 5:15, 6:5, 6:9, 11:14, 12:9, 12:10, 14:4, 15:2, 16:16, 20:24, 21:1, 21:22, 21:25, 22:1, 22:4, 22:23, 23:8, 23:16, 23:21, 23:25, 24:5, 25:2, 25:3, 25:12, 26:10, 29:7, 29:14, 29:19, 30:8, 30:13, 31:5, 31:9, 34:24, 36:5, 36:7, 36:8, 36:16, 36:18, 36:19, 36:20,

36:22, 37:6, 37:9, 37:12, 37:14, 38:4, 39:6, 39:14, 39:16, 40:7, 40:22, 41:1, 42:1, 42:10, 43:2, 44:11, 45:6, 48:17, 51:21, 52:4, 53:19, 54:6, 55:6, 56:6, 56:14, 58:21, 58:22, 58:23, 59:15, 59:24, 60:5

**attention** [2] - 40:5, 40:13
**attitude** [1] - 26:10
**attracted** [1] - 15:23
**available** [6] - 29:17, 29:19, 36:7, 36:12, 39:21, 53:9
**Avenue** [1] - 2:8
**avoid** [1] - 59:17
**aware** [3] - 43:17, 55:4, 55:20
**away** [4] - 18:24, 18:25, 38:10, 50:12

## B

**back** [15] - 9:2, 18:10, 19:4, 25:16, 28:23, 30:7, 39:10, 40:25, 44:7, 46:3, 46:18, 47:19, 49:13, 50:14, 60:5
**background** [1] - 23:1
**backpack** [2] - 25:15, 25:19
**Bai** [9] - 3:20, 17:6, 22:8, 22:11, 23:4, 23:11, 43:6, 44:3, 55:23
**bAI** [1] - 17:6
**BAI** [15] - 2:2, 17:9, 17:23, 17:25, 18:15, 22:8, 22:11, 22:16, 23:5, 23:13, 43:4, 43:6, 43:8, 44:3, 55:23
**bar** [3] - 25:14, 25:15, 43:1
**barn** [3] - 50:21, 54:22, 55:10
**bars** [1] - 30:18
**based** [3] - 12:9, 13:15, 29:19
**basically** [3] - 33:23, 33:25, 51:8
**basis** [12] - 25:8, 25:23, 25:24, 26:14, 29:6, 31:8, 33:1, 37:7, 38:2, 40:19, 40:21, 58:2
**be** [82] - 3:21, 6:16, 6:20, 9:1, 10:10, 10:11, 10:12, 10:15, 11:11, 11:16, 13:10, 14:18, 15:4, 15:13, 16:2, 16:12, 17:14, 19:1, 19:8, 19:13, 20:7, 20:24, 21:1, 22:25, 23:13, 23:22, 24:10, 26:14, 26:20, 28:8, 28:22, 29:9, 29:16, 31:6, 32:10, 32:20, 33:18, 35:22, 38:3, 39:1, 39:7, 39:11, 39:20, 39:22, 40:3, 40:24, 41:1,

42:11, 42:13, 42:14, 42:18, 42:21, 43:19, 43:20, 43:25, 46:7, 49:7, 49:10, 49:24, 51:15, 51:18, 52:8, 52:12, 52:17, 53:16, 53:20, 53:21, 54:2, 54:19, 55:4, 55:8, 55:14, 56:3, 57:23, 58:6, 59:6, 59:15, 60:4
**because** [30] - 6:18, 13:11, 14:9, 14:19, 14:21, 14:24, 15:7, 15:25, 18:1, 18:18, 19:17, 20:19, 25:20, 26:1, 28:3, 28:7, 29:15, 30:23, 32:8, 32:11, 37:14, 39:8, 41:5, 41:13, 42:17, 47:22, 49:24, 51:15, 52:11, 56:19
**been** [46] - 3:5, 5:25, 12:11, 14:2, 14:6, 15:7, 17:10, 18:8, 18:25, 19:18, 19:20, 20:6, 24:9, 25:12, 27:1, 28:20, 31:11, 37:19, 39:22, 41:6, 44:7, 45:6, 45:11, 46:10, 46:13, 46:14, 47:22, 48:13, 48:16, 48:17, 49:25, 50:1, 50:16, 51:3, 51:4, 51:13, 55:1, 55:3, 55:4, 56:13, 57:25, 58:15, 59:3
**Before** [1] - 50:15
**before** [12] - 5:13, 9:10, 14:19, 16:2, 21:22, 28:21, 44:13, 46:17, 49:2, 49:12, 58:25, 59:11
**BEFORE** [1] - 1:17
**beg** [1] - 8:5
**begin** [1] - 44:13
**beginning** [1] - 44:11
**behalf** [21] - 3:11, 3:13, 4:1, 4:3, 4:13, 7:20, 19:14, 22:8, 22:11, 24:7, 28:25, 31:25, 35:4, 35:25, 43:6, 43:14, 44:3, 45:20, 50:25, 55:24, 57:14
**behind** [1] - 12:19
**being** [18] - 6:10, 6:11, 15:16, 17:16, 17:17, 23:13, 24:22, 27:20, 35:13, 39:4, 45:2, 45:19, 50:23, 51:6, 51:12, 53:17, 56:25, 58:22
**believe** [10] - 15:4, 16:19, 17:19, 19:17, 21:1, 21:24, 54:13, 57:17, 57:22, 57:24
**believed** [1] - 39:20
**Belknap** [2] - 2:7, 4:1
**bell** [1] - 8:23
**Ben** [1] - 48:14
**benefit** [1] - 3:6
**benefits** [1] - 9:16
**besides** [1] - 8:3
**best** [1] - 60:18
**BETH** [1] - 2:6

**better** [3] - 9:16, 48:12, 59:7
**better-for-you** [1] - 9:16
**between** [4] - 15:12, 29:2, 32:15, 43:16
**beverage** [22] - 9:22, 10:9, 15:12, 15:13, 15:21, 16:3, 16:8, 16:13, 16:15, 21:18, 22:1, 22:4, 36:12, 37:3, 37:5, 37:6, 37:15, 53:1, 53:23, 56:16
**beverages** [1] - 36:24
**BevNet** [1] - 36:7
**bit** [5] - 14:6, 24:9, 50:19, 56:12, 60:9
**black** [1] - 50:2
**blanket** [1] - 42:7
**Bloom** [13] - 9:15, 10:6, 11:16, 16:11, 19:2, 33:24, 34:7, 34:11, 36:12, 37:22, 53:1
**bonus** [4] - 44:16, 44:19, 48:8, 48:10
**booming** [1] - 14:5
**both** [11] - 11:23, 14:16, 20:11, 25:24, 28:19, 29:7, 29:11, 45:10, 54:13, 57:6, 60:4
**bother** [1] - 15:2
**bottle** [2] - 28:23, 49:13
**branding** [2] - 39:12, 45:25
**brands** [2] - 13:5, 56:16
**breach** [1] - 13:14
**breached** [1] - 12:16
**breaches** [1] - 12:11
**break** [1] - 50:11
**breaking** [1] - 17:22
**breaks** [1] - 4:18
**brief** [1] - 41:8
**briefing** [4] - 32:6, 41:20, 41:25, 58:23
**briefly** [3] - 19:13, 28:24, 57:14
**bring** [1] - 33:13
**bringing** [2] - 16:7, 23:18
**broad** [3] - 20:18, 37:10, 58:3
**broke** [1] - 47:11
**brought** [4] - 5:19, 42:1, 51:8, 56:16
**build** [1] - 5:10
**building** [1] - 25:20
**BULUT** [63] - 1:21, 3:10, 3:13, 4:10, 4:13, 4:15, 4:24, 5:2, 5:5, 5:7, 7:9, 7:13, 7:18, 7:20, 7:24, 8:2, 8:6, 13:1, 17:2, 17:5, 24:7, 26:12, 27:25, 28:12, 28:14, 28:18, 31:24, 32:15, 33:5, 34:7, 34:24, 35:1, 35:8, 38:6,

38:13, 41:16, 41:24, 42:4, 42:6, 43:11, 43:14, 43:16, 45:20, 47:6, 47:14, 48:23, 49:1, 50:5, 50:25, 51:15, 51:18, 51:23, 52:2, 52:16, 52:22, 52:25, 53:15, 53:19, 54:10, 54:23, 55:16, 58:7, 60:12
**Bulut** [21] - 3:10, 3:13, 3:15, 4:10, 4:13, 5:4, 7:20, 7:23, 24:7, 29:15, 31:14, 31:24, 36:4, 36:14, 40:19, 41:16, 43:14, 45:20, 49:19, 50:25, 57:18
**Bulut's** [1] - 19:15
**bunch** [1] - 49:8
**burden** [5] - 29:22, 30:12, 50:4, 58:5, 58:18
**business** [5] - 14:5, 30:15, 30:16, 34:6
**but** [66] - 8:20, 9:14, 11:6, 12:14, 12:17, 13:8, 13:15, 16:3, 16:5, 16:11, 16:20, 16:22, 18:2, 18:23, 19:8, 20:18, 20:22, 21:2, 23:22, 24:21, 25:6, 29:2, 29:10, 29:17, 32:9, 35:22, 36:20, 37:10, 38:11, 38:14, 39:13, 39:24, 40:22, 41:2, 41:4, 42:18, 43:1, 43:17, 43:25, 44:15, 44:18, 45:6, 45:13, 47:1, 47:5, 47:11, 49:5, 49:11, 50:20, 51:5, 52:20, 54:16, 55:4, 56:12, 56:24, 57:8, 57:10, 57:17, 58:2, 58:21, 59:9, 59:15, 59:17, 59:21, 60:1, 60:5
**by** [20] - 1:24, 6:11, 7:5, 9:25, 12:15, 13:22, 18:8, 20:24, 28:16, 30:4, 31:11, 36:12, 36:13, 37:13, 42:24, 43:23, 45:2, 47:12, 48:18, 51:7

## C

**C** [1] - 3:1
**California** [1] - 1:22
**call** [3] - 5:22, 14:3, 49:20
**called** [1] - 20:11
**calm** [1] - 15:15
**came** [3] - 30:7, 47:7, 47:8
**can** [43] - 5:4, 10:2, 11:11, 14:23, 15:15, 22:19, 23:9, 23:10, 23:18, 24:1, 26:16, 26:19, 31:16, 31:20, 32:6, 32:12, 33:18, 33:23, 34:15, 34:21, 35:5, 35:22, 42:10, 42:14, 42:25, 43:2, 50:5, 52:4, 54:2, 54:7, 54:8, 54:12,

57:2, 59:11, 59:15, 59:17, 59:19, 59:21, 60:5

**can't** [12] - 15:2, 26:5, 28:23, 42:2, 42:7, 42:8, 42:10, 42:11, 54:8, 56:7, 60:2

**candy** [2] - 25:14, 25:15

**cannibalized** [1] - 39:11

**cannot** [18] - 5:24, 6:16, 6:17, 6:20, 9:1, 11:8, 11:16, 14:3, 26:1, 28:8, 30:24, 32:10, 32:20, 38:25, 39:9, 43:2, 54:2, 56:13

**Cantelli** [2] - 17:13, 45:2

**captured** [2] - 11:5, 24:22

**care** [1] - 46:20

**career** [3] - 21:23, 26:21, 56:19

**carelessly** [1] - 6:24

**carve** [1] - 16:12

**carve-out** [1] - 16:12

**case** [22] - 5:8, 6:9, 6:21, 6:22, 11:21, 11:24, 15:9, 16:5, 21:6, 36:2, 39:8, 41:9, 41:12, 50:6, 50:8, 51:23, 51:25, 52:2, 57:19, 59:11, 59:14

**cases** [7] - 6:18, 7:6, 32:7, 38:23, 41:8, 41:11, 41:18

**catch** [1] - 3:12

**categorical** [1] - 27:6

**categories** [7] - 30:20, 36:17, 36:21, 37:2, 37:11, 39:20, 44:11

**category** [1] - 37:16

**caught** [3] - 25:14, 32:18, 58:16

**causes** [3] - 19:6, 40:23, 45:14

**cease** [1] - 31:4

**CEO** [12] - 5:18, 8:11, 8:17, 8:21, 14:17, 26:10, 26:20, 33:1, 42:19, 44:16, 46:1, 51:4

**CEO's** [1] - 33:7

**certain** [5] - 14:15, 16:7, 36:17, 42:11, 56:11

**certainly** [13] - 13:4, 15:18, 16:6, 22:16, 22:22, 27:9, 32:12, 32:24, 34:7, 43:1, 49:5, 53:9, 58:1

**CERTIFICATE** [1] - 60:16

**certify** [1] - 60:18

**cetera** [3] - 43:24, 47:16, 48:6

**change** [1] - 21:20

**changed** [1] - 34:21

**changes** [2] - 16:8, 33:17

**changing** [1] - 11:4

**channels** [1] - 33:17

**characterization** [1] - 32:1

**characterizes** [1] - 23:17

**charge** [1] - 45:3

**charged** [1] - 11:14

**chemical** [1] - 33:3

**choosing** [1] - 19:11

**chose** [1] - 19:9

**Circuit** [4] - 9:2, 32:7, 50:8, 51:23

**cited** [3] - 41:8, 41:9, 41:19

**cites** [1] - 32:7

**claim** [4] - 31:9, 31:10, 40:21, 57:19

**claimed** [1] - 12:3

**claiming** [2] - 37:2, 60:7

**claims** [10] - 29:3, 29:6, 29:20, 29:23, 30:24, 36:15, 37:8, 41:15

**clear** [9] - 13:10, 15:14, 16:2, 19:25, 20:22, 21:25, 25:8, 29:8, 50:20

**clearly** [1] - 18:18

**client** [3] - 27:22, 28:16, 33:2

**clients** [1] - 17:17

**clients'** [1] - 59:8

**close** [1] - 5:22

**closer** [1] - 23:11

**closet** [1] - 47:1

**closing** [1] - 54:21

**cloud** [2] - 10:23, 19:19

**co** [4] - 8:11, 8:17, 33:1, 46:1

**co-CEO** [4] - 8:11, 8:17, 33:1, 46:1

**Coca** [5] - 21:23, 33:4, 36:3, 36:5, 56:15

**Coca-Cola** [5] - 21:23, 33:4, 36:3, 36:5, 56:15

**Cola** [5] - 21:23, 33:4, 36:3, 36:5, 56:15

**colleague** [1] - 16:20

**collective** [1] - 50:20

**combat** [1] - 22:18

**come** [6] - 13:18, 49:18, 52:11, 57:5, 59:20, 60:5

**comes** [3] - 13:6, 15:3, 50:7

**commercially** [1] - 6:4

**commercially-sensitive** [1] - 6:4

**common** [1] - 22:2

**commonly** [1] - 38:22

**commonplace** [1] - 47:10

**companies** [8] - 5:23, 10:10, 21:12, 22:4, 30:2, 36:22, 39:4, 58:20

**Company** [2] - 1:5, 1:6

**company** [27] - 5:17, 7:4, 8:8, 8:22, 8:25, 9:15, 9:18,

11:2, 19:21, 20:24, 21:14, 22:3, 27:21, 27:23, 28:1, 29:25, 33:19, 35:21, 39:15, 42:15, 42:20, 43:19, 44:17, 48:10, 48:22, 48:25, 53:10

**company's** [2] - 11:9, 52:25

**compared** [1] - 21:14

**compensate** [1] - 6:17

**compete** [1] - 13:16

**competes** [2] - 9:1, 30:15

**competing** [1] - 16:12

**competition** [3] - 15:12, 30:11, 40:12

**competitive** [10] - 6:20, 8:13, 8:15, 8:21, 11:7, 13:5, 13:21, 29:25, 35:15, 39:4

**competitiveness** [1] - 10:14

**competitor** [5] - 5:11, 5:19, 13:21, 18:2, 32:9

**competitors** [8] - 5:24, 9:13, 10:1, 10:6, 10:10, 15:6, 33:19, 58:20

**complacency** [2] - 27:12, 27:15

**complaint** [3] - 11:3, 12:22, 46:17

**completely** [3] - 24:20, 56:21, 58:19

**compliance** [3] - 12:5, 27:16, 28:3

**complied** [1] - 12:12

**comply** [8] - 25:11, 26:2, 27:7, 27:10, 38:25, 39:9, 58:8, 58:24

**composition** [1] - 33:3

**computer** [1] - 1:25

**computers** [1] - 11:1

**conceded** [2] - 10:5, 14:4

**concern** [1] - 26:23

**concerns** [2] - 14:24, 28:4

**conclude** [1] - 12:24

**conclusive** [1] - 31:22

**conduct** [4] - 6:12, 38:25, 41:18, 42:23

**conducting** [1] - 27:13

**confer** [3] - 55:25, 57:15, 58:1

**conference** [1] - 3:8

**confidence** [1] - 39:5

**confidential** [16] - 5:10, 5:16, 6:3, 6:19, 6:25, 7:4, 8:7, 8:24, 10:15, 17:14, 26:14, 27:20, 28:5, 53:8, 54:4, 56:3

**confidentiality** [5] - 12:17, 13:14, 25:11, 27:11, 52:7

**confirmation** [1] - 8:20

**confirmed** [1] - 5:20

**conflate** [2] - 15:4, 45:14

**conflates** [1] - 36:14

**conflating** [3] - 13:10, 19:4, 38:14

**conflation** [3] - 25:5, 25:6, 46:3

**conflict** [1] - 18:19

**confusing** [1] - 46:7

**conglomerate** [1] - 21:15

**congratulated** [2] - 13:20, 31:4

**congratulatory** [1] - 26:10

**consensual** [1] - 59:20

**consequence** [1] - 47:13

**considered** [1] - 27:23

**constituencies** [1] - 59:23

**constitutes** [2] - 9:7, 50:9

**consumer** [1] - 9:19

**consumers** [1] - 30:6

**contains** [1] - 15:14

**contend** [4] - 18:4, 22:25, 37:9, 56:3

**contends** [1] - 17:14

**content** [1] - 20:14

**contest** [1] - 18:21

**contesting** [2] - 22:21, 41:1

**continue** [17] - 23:6, 26:4, 28:22, 32:11, 32:21, 32:25, 38:23, 39:7, 42:10, 44:18, 51:9, 51:10, 51:15, 52:4, 54:3, 55:9, 58:17

**continued** [6] - 9:17, 16:10, 26:25, 32:4, 34:8, 40:3

**continuing** [4] - 38:4, 42:21, 55:20, 59:5

**contract** [6] - 29:3, 29:19, 29:20, 29:23, 30:24, 31:9

**contracts** [4] - 30:13, 30:14, 30:21, 58:11

**contractual** [4] - 12:12, 25:11, 27:17, 27:21

**contradicted** [1] - 12:15

**contrary** [3] - 37:22, 41:11, 59:3

**contributions** [1] - 34:10

**controversial** [1] - 55:14

**convention** [2] - 30:19, 36:24

**conversation** [1] - 57:9

**copying** [1] - 52:15

**core** [3] - 5:23, 6:2, 13:12

**Corporation** [2] - 1:13, 40:6

**correct** [7] - 5:2, 7:13, 19:17, 20:9, 31:13, 60:18

**correspondence** [1] - 17:20

**could** [20] - 10:15, 13:21, 15:25, 16:10, 18:13, 20:24, 29:9, 34:1, 42:9, 42:18, 43:19, 43:20, 44:18, 49:10, 51:20, 54:2, 55:4, 55:15,

57:21

couldn't [3] - 28:11, 28:13, 28:15

counsel [21] - 3:7, 10:5, 20:22, 23:16, 23:21, 27:12, 27:16, 27:18, 27:25, 30:8, 39:20, 41:17, 41:25, 44:5, 45:11, 46:15, 55:2, 55:25, 56:4, 57:10

counter [3] - 10:3, 41:25, 42:24

counter-evidence [1] - 10:3

couple [2] - 19:18, 45:9

course [6] - 16:9, 35:13, 36:8, 48:19, 50:19, 58:20

COURT [82] - 1:1, 3:2, 3:12, 3:15, 3:18, 3:22, 3:24, 4:2, 4:5, 4:8, 4:12, 4:14, 4:21, 4:25, 5:3, 5:6, 7:7, 7:11, 7:17, 7:19, 7:22, 7:25, 8:4, 12:24, 13:2, 15:23, 16:18, 16:21, 17:4, 17:8, 17:22, 17:24, 18:9, 21:5, 21:17, 22:6, 22:10, 22:13, 23:1, 23:9, 23:11, 26:8, 27:22, 28:10, 28:13, 28:15, 29:4, 33:2, 34:4, 34:19, 35:5, 35:24, 38:7, 41:21, 42:2, 42:5, 43:5, 43:7, 43:9, 43:13, 43:15, 46:21, 47:7, 48:22, 48:25, 50:11, 50:14, 50:18, 51:12, 51:17, 51:21, 51:25, 52:9, 52:20, 52:23, 53:12, 53:16, 54:5, 54:20, 55:15, 55:22, 59:6

court [5] - 3:5, 32:7, 40:14, 41:10, 41:12

Court [41] - 2:10, 2:11, 2:11, 4:16, 4:18, 4:19, 5:13, 6:9, 10:12, 24:24, 25:8, 25:23, 27:17, 28:9, 32:3, 32:12, 37:13, 37:16, 38:20, 39:2, 40:1, 40:16, 41:14, 42:7, 42:9, 42:18, 42:23, 42:25, 44:1, 48:3, 49:1, 49:4, 50:13, 52:17, 54:12, 60:17, 60:21

courts [4] - 6:6, 9:10, 12:3, 46:5

covenant [1] - 13:15

craft [10] - 32:3, 32:13, 33:11, 38:20, 42:9, 42:25, 54:12, 54:16, 58:16, 59:23

crafted [2] - 39:1, 40:3

created [3] - 35:10, 47:22, 51:3

critiques [1] - 19:19

CRR [2] - 2:10, 60:17

CSR [2] - 2:10, 60:17

cured [1] - 11:16

current [2] - 14:17, 23:25

custodian [1] - 20:18

custodians [1] - 20:2

customer [1] - 14:7

customers [1] - 19:1

cutting [2] - 23:9, 23:12

**D**

D [1] - 3:1

d/b/a [1] - 1:5

damage [9] - 5:14, 14:8, 28:20, 28:21, 43:9, 44:2, 49:5, 50:21, 51:13

damages [10] - 6:17, 28:11, 28:15, 47:3, 51:16, 51:17, 53:13, 59:12, 59:15, 60:1

DARRAH [5] - 2:1, 32:14, 34:3, 34:25, 35:25

Darrah [5] - 3:20, 16:20, 34:3, 35:4, 35:25

data [2] - 42:24, 57:1

date [1] - 46:10

David [3] - 2:10, 60:17, 60:21

Davis [1] - 40:6

day [5] - 24:25, 32:25, 47:15, 51:16

day-to-day [1] - 32:25

days [2] - 33:22, 47:10

dead [1] - 27:10

December [1] - 17:20

decides [1] - 46:16

decisions [2] - 32:25, 51:16

deck [6] - 11:10, 34:13, 39:14, 45:22, 51:3, 51:11

decks [2] - 33:16, 39:12

declaration [6] - 9:24, 18:4, 24:14, 30:7, 44:10, 46:2

declarations [4] - 17:13, 18:18, 19:23, 24:14

decline [1] - 49:20

dedicate [1] - 35:19

deems [1] - 40:16

Defend [1] - 40:14

defendant [5] - 4:1, 4:4, 5:17, 8:9, 15:24

DEFENDANT [2] - 2:1, 2:6

Defendants [1] - 1:14

defendants [29] - 3:17, 3:23, 5:16, 5:20, 6:3, 7:15, 8:12, 9:12, 10:17, 10:20, 11:18, 11:19, 12:17, 16:2, 17:7, 18:6, 21:24, 22:9, 22:12, 24:9, 25:9, 36:1, 44:4, 47:8, 47:9, 55:22, 55:24, 58:7, 60:13

defendants' [8] - 6:12, 10:23, 20:21, 23:14, 34:10, 34:19, 34:20, 34:22

defense [2] - 5:22, 10:17

define [1] - 59:11

defined [1] - 30:16

defines [1] - 19:2

Delaware [3] - 1:4, 1:6, 1:13

delay [12] - 7:16, 11:18, 11:23, 11:25, 12:3, 12:18, 13:9, 14:2, 15:7, 26:9, 27:6

delayed [1] - 14:9

demonstrate [1] - 10:1

demonstrated [10] - 11:12, 25:10, 26:5, 26:24, 27:25, 32:10, 38:24, 52:6, 54:1, 54:18

demonstrates [1] - 10:3

denied [1] - 41:12

denigrate [1] - 34:9

deny [1] - 41:15

departed [1] - 27:23

departure [5] - 18:17, 19:5, 26:11, 45:4, 47:20

departures [1] - 7:12

depend [2] - 43:11, 43:16

deprive [2] - 38:7, 59:24

derivatives [1] - 45:15

derived [1] - 20:14

describe [1] - 52:11

deserves [1] - 51:25

design [1] - 53:4

designed [1] - 15:15

designs [1] - 14:15

desist [1] - 31:4

despite [1] - 46:16

detail [1] - 18:6

detailed [2] - 48:1, 48:5

determine [1] - 27:18

develop [3] - 34:14, 36:22, 48:19

developed [4] - 10:13, 35:12, 36:5, 56:15

devices [4] - 10:20, 10:25, 11:1, 20:1

did [16] - 4:22, 11:9, 16:11, 18:21, 19:20, 23:22, 24:4, 25:17, 26:9, 27:9, 31:2, 38:18, 46:25, 55:18

didn't [9] - 3:12, 13:19, 13:24, 14:9, 25:17, 31:4, 44:2, 47:18, 56:17

dietary [2] - 30:17, 36:22

difference [1] - 16:24

different [8] - 4:18, 18:23, 20:13, 21:12, 23:10, 36:10, 40:23, 58:25

differentiation [2] - 15:24, 46:21

difficult [2] - 23:12, 44:1

digested [2] - 46:13, 48:18

digs [1] - 16:15

dime [1] - 35:13

direct [2] - 14:19, 33:19

directed [2] - 17:2, 17:10

directly [2] - 7:6, 8:9

disclose [4] - 11:13, 54:3, 56:25, 58:13

disclosed [4] - 17:17, 42:21, 48:16, 55:2

disclosing [1] - 45:16

disclosure [7] - 8:18, 9:7, 28:4, 40:11, 46:6, 50:9, 56:11

disclosures [5] - 7:8, 7:9, 7:11, 31:15, 56:2

discourage [1] - 24:3

discovered [1] - 11:23

discovering [1] - 12:21

discovery [1] - 48:19

discrete [1] - 36:17

discuss [1] - 9:14

discussed [4] - 4:15, 14:17, 36:4, 40:25

discussion [9] - 7:13, 9:17, 14:15, 25:6, 25:7, 27:6, 33:9, 38:19, 50:19

discussions [2] - 33:8, 55:8

dispositive [1] - 12:1

dispute [1] - 32:1

disputed [1] - 6:12

distinct [2] - 21:13, 22:17

distinguish [2] - 13:11, 29:2

distribute [1] - 36:22

Distribution [1] - 3:3

DISTRIBUTION [1] - 1:5

District [6] - 2:11, 2:12, 40:7, 40:8, 60:17

DISTRICT [3] - 1:1, 1:1, 1:17

division [1] - 16:24

DIVISION [1] - 1:2

do [42] - 13:8, 13:13, 13:21, 14:20, 14:23, 15:25, 17:19, 19:24, 21:8, 22:14, 23:8, 23:10, 26:16, 27:9, 30:9, 32:2, 32:12, 34:4, 34:13, 34:15, 34:19, 37:21, 38:17, 41:14, 42:22, 43:2, 45:24, 46:13, 46:14, 46:20, 50:10, 53:6, 54:6, 54:7, 54:8, 57:21, 58:12, 59:7, 60:18

Docket [1] - 44:10

doctrine [1] - 46:7

Document [3] - 23:8, 23:13, 36:19

document [7] - 9:8, 20:5, 20:6, 20:12, 20:15, 34:12, 57:22

documents [35] - 14:19, 17:12, 24:21, 34:21, 41:5,

42:16, 45:1, 45:9, 45:14, 46:10, 46:11, 46:12, 46:14, 46:18, 46:24, 47:4, 47:10, 48:4, 49:25, 50:20, 51:5, 52:9, 52:13, 52:14, 52:15, 52:24, 53:16, 55:16, 55:17, 56:2, 56:11, 56:25, 57:4, 57:19

**does** [24] - 9:3, 11:7, 12:24, 15:16, 15:17, 16:25, 23:19, 24:17, 24:19, 27:22, 29:12, 30:23, 33:2, 40:17, 43:1, 44:5, 45:18, 48:22, 50:6, 50:15, 50:24, 54:3, 58:17

**doesn't** [10] - 9:21, 15:2, 15:18, 27:17, 35:21, 37:6, 46:11, 51:6, 58:15, 58:24

**doing** [2] - 16:1, 27:24

**dollars** [3] - 35:19, 43:25, 59:1

**don't** [42] - 8:2, 10:18, 12:13, 13:12, 14:19, 14:21, 14:24, 14:25, 15:1, 15:6, 16:21, 16:22, 22:21, 25:16, 27:13, 27:14, 28:19, 31:19, 32:23, 34:9, 35:1, 37:4, 38:9, 38:15, 38:18, 41:1, 42:16, 43:11, 48:8, 50:12, 51:13, 54:25, 57:12, 57:13, 57:24, 59:6, 59:9, 59:17, 59:25, 60:1

**done** [15] - 5:14, 15:22, 17:16, 19:7, 19:8, 21:1, 28:20, 38:22, 45:19, 48:7, 49:5, 49:12, 50:21, 50:23, 51:13

**door** [2] - 18:3, 54:21

**down** [5] - 41:21, 42:2, 42:3

**drafted** [1] - 12:21

**draw** [2] - 40:5, 40:13

**drink** [4] - 9:15, 9:18, 15:20, 30:19

**DRINK** [2] - 1:12, 2:7

**Drink** [1] - 4:1

**drinks** [3] - 30:18, 30:19, 36:24

**dropped** [1] - 39:13

**DTSA** [1] - 32:2

**during** [6] - 3:7, 36:5, 36:6, 36:8, 43:3, 50:19

**dusted** [1] - 35:22

**duties** [1] - 12:13

### E

**E** [2] - 3:1

**each** [8] - 4:22, 6:9, 19:22, 24:16, 35:11, 40:24

**earlier** [3] - 29:2, 33:9, 60:9

**eating** [1] - 35:11

**economic** [1] - 53:9

**effect** [1] - 54:9

**effectively** [1] - 37:16

**effort** [7] - 20:19, 24:3, 34:14, 41:12, 43:20, 45:6, 48:7

**efforts** [7] - 6:2, 19:18, 31:12, 34:16, 41:10, 45:17, 53:10

**either** [6] - 19:1, 22:23, 27:12, 27:22, 31:17, 52:5

**elements** [1] - 31:20

**Ellison** [2] - 3:3, 50:14

**ELLISON** [1] - 1:17

**else** [8] - 8:2, 19:2, 20:25, 27:19, 32:23, 35:24, 50:15, 55:1

**elsewhere** [1] - 52:5

**email** [12] - 7:6, 8:9, 19:19, 20:3, 24:18, 27:1, 27:2, 45:7, 47:21, 48:1, 48:14, 48:15

**emails** [7] - 10:23, 24:19, 44:21, 45:1, 47:21, 52:14, 55:2

**Embarcadero** [1] - 41:12

**employ** [1] - 26:25

**employed** [3] - 5:15, 7:5, 27:4

**employee** [3] - 6:22, 6:24, 40:9

**employee's** [1] - 7:1

**employees** [13] - 8:19, 8:21, 13:24, 15:23, 16:23, 19:5, 19:11, 31:6, 33:14, 37:17, 41:3, 45:10, 47:15

**employer** [5] - 5:18, 21:6, 26:15, 29:14, 40:12

**employer's** [2] - 40:10, 47:24

**employment** [14] - 21:20, 22:20, 22:23, 23:25, 30:14, 36:8, 36:17, 36:21, 37:11, 37:12, 38:10, 40:18, 43:1, 47:14

**encourage** [2] - 39:16, 52:16

**end** [5] - 6:9, 14:4, 23:3, 58:23, 59:25

**energy** [10] - 9:15, 9:16, 9:18, 9:22, 15:13, 15:18, 15:20, 21:15, 30:19, 36:24

**Energy** [2] - 19:2, 37:22

**enforce** [1] - 28:6

**enjoin** [5] - 29:12, 37:13, 40:11, 40:22

**enjoins** [1] - 42:19

**enjoyed** [2] - 34:11, 43:23

**enough** [4] - 32:9, 38:9, 59:25, 60:2

**ensure** [10] - 20:23, 21:3,

32:3, 40:3, 42:15, 44:1, 46:14, 54:3, 55:19, 58:17

**ensures** [1] - 54:17

**entered** [2] - 8:12, 41:10

**entering** [2] - 28:17, 40:17

**entire** [2] - 19:21, 20:3

**entirely** [1] - 21:13

**entitled** [1] - 60:19

**enumerate** [1] - 37:11

**enumerated** [2] - 30:14, 36:21

**environment** [2] - 5:19, 8:13

**equally** [1] - 5:12

**equities** [1] - 6:13

**escalation** [1] - 12:9

**escaped** [1] - 54:21

**especially** [2] - 15:6, 16:5

**essence** [1] - 20:12

**essentially** [2] - 44:12, 44:22

**establish** [2] - 31:16, 31:20

**established** [4] - 5:12, 6:11, 12:20, 29:24

**establishment** [1] - 50:1

**ET** [1] - 2:1

**et** [3] - 43:24, 47:16, 48:6

**eve** [1] - 46:15

**even** [18] - 6:25, 9:8, 10:9, 10:12, 11:10, 13:22, 15:22, 26:4, 30:25, 31:5, 32:22, 35:10, 41:1, 42:22, 43:19, 46:18, 48:19, 58:22

**event** [1] - 14:13

**events** [2] - 18:22, 19:9

**ever** [1] - 38:15

**every** [7] - 9:8, 20:15, 38:14, 47:14, 51:16, 51:25, 52:2

**everybody** [1] - 5:3

**everything** [1] - 39:21

**evidence** [27] - 10:3, 10:8, 12:15, 15:22, 29:22, 30:1, 30:6, 30:11, 30:22, 31:21, 31:22, 36:25, 37:21, 37:25, 38:9, 39:3, 39:18, 45:6, 45:8, 46:8, 47:4, 48:20, 49:18, 57:13, 59:2, 59:3

**exact** [2] - 20:14, 47:6

**exactly** [4] - 6:6, 31:13, 34:14, 56:18

**example** [6] - 6:18, 13:13, 13:16, 23:19, 36:11, 51:4

**excessive** [1] - 23:23

**execute** [4] - 8:11, 14:11, 51:10, 52:6

**executed** [1] - 11:12

**executives** [1] - 5:9

**exercise** [2] - 19:10, 57:24

**Exhibit** [2] - 23:14, 24:6

**exhibits** [1] - 28:1

**exist** [1] - 20:15

**existed** [1] - 16:2

**existing** [1] - 16:3

**exists** [1] - 6:16

**expectation** [1] - 21:19

**expense** [1] - 59:16

**experience** [3] - 6:23, 16:6, 29:14

**expert** [1] - 59:16

**expertise** [2] - 56:15, 56:22

**experts** [1] - 24:15

**explain** [3] - 18:6, 21:8, 27:9

**explanation** [11] - 25:12, 27:2, 27:14, 27:15, 32:17, 38:16, 39:4, 44:8, 45:22, 46:2, 52:21

**explanations** [1] - 45:11

**exposure** [2] - 19:5, 19:6

**extensive** [3] - 20:19, 21:23, 30:1

**extent** [3] - 17:11, 23:17, 51:5

**extraction** [1] - 8:14

**extreme** [1] - 21:3

**extremely** [2] - 20:18

### F

**fact** [24] - 5:25, 8:16, 13:5, 13:22, 15:7, 15:15, 15:21, 21:21, 29:7, 29:11, 29:25, 30:25, 31:3, 31:19, 35:11, 44:17, 46:4, 46:16, 47:2, 48:18, 49:17, 49:21

**factor** [2] - 7:12, 12:1

**factors** [1] - 12:7

**facts** [4] - 6:21, 11:24, 12:9, 15:5

**factual** [1] - 30:10

**factually** [1] - 5:22

**fairly** [4] - 16:4, 16:13, 22:2, 46:24

**faith** [1] - 27:13

**false** [1] - 12:19

**far** [2] - 19:8, 54:6

**fast** [1] - 41:22

**favor** [1] - 6:13

**federal** [3] - 25:25, 29:7, 32:7

**feel** [1] - 40:1

**feeling** [1] - 9:21

**feels** [1] - 39:2

**fenced** [3] - 11:5, 41:6, 46:9

**fencing** [1] - 46:16

**few** [5] - 5:23, 9:12, 30:14, 54:24, 59:10

**Fifth** [4] - 9:2, 32:7, 50:8, 51:23

**figure** [1] - 59:4
**file** [6] - 11:2, 11:4, 19:21, 20:9, 20:10, 24:19
**filed** [4] - 12:22, 39:17, 46:17
**files** [11] - 17:16, 22:24, 32:17, 32:22, 33:5, 38:16, 42:17, 44:9, 47:21, 57:1
**filings** [1] - 5:20
**finally** [1] - 46:16
**financial** [1] - 33:16
**financials** [3] - 34:4, 44:17
**find** [4] - 26:22, 55:1, 59:17, 59:18
**fine** [2] - 42:9, 57:1
**fingerprint** [1] - 20:14
**finish** [5] - 18:16, 35:5, 43:7, 45:13
**finished** [1] - 7:22
**fire** [1] - 57:11
**first** [17] - 6:10, 6:15, 7:19, 10:11, 10:22, 11:25, 13:4, 13:9, 14:14, 25:18, 26:24, 31:4, 36:2, 38:19, 42:1, 52:21, 59:22
**fitness** [2] - 30:18, 36:23
**five** [4] - 31:1, 36:17, 36:21, 37:10
**fix** [1] - 28:11
**fixes** [2] - 6:1, 51:14
**flavors** [1] - 35:16
**focused** [1] - 31:5
**folder** [1] - 20:17
**folks** [1] - 33:10
**follow** [1] - 19:11
**following** [1] - 18:3
**food** [1] - 30:19
**FOR** [3] - 1:21, 2:1, 2:6
**for** [88] - 3:5, 3:6, 3:16, 3:23, 4:18, 6:1, 6:17, 9:16, 10:14, 10:16, 11:2, 13:13, 13:14, 13:16, 14:1, 14:6, 15:19, 15:20, 16:9, 16:11, 17:6, 18:17, 18:22, 19:1, 19:6, 19:21, 20:12, 20:20, 21:23, 22:2, 23:15, 23:18, 23:22, 23:23, 24:9, 25:8, 28:7, 29:9, 31:1, 31:5, 31:10, 32:9, 33:7, 33:18, 33:22, 33:24, 34:1, 34:5, 35:2, 36:11, 37:17, 38:4, 38:21, 39:14, 40:1, 40:19, 40:20, 41:22, 42:1, 44:9, 45:4, 46:2, 47:22, 48:9, 49:15, 51:4, 53:1, 53:2, 53:6, 55:18, 56:1, 56:14, 56:22, 57:6, 57:10, 57:13, 57:18, 58:3, 59:7, 59:12, 59:14, 59:21
**forbidding** [1] - 38:8
**force** [2] - 22:19, 25:9

**foregoing** [1] - 60:18
**forensic** [5] - 12:15, 24:14, 56:10, 57:3, 57:16
**former** [6] - 7:1, 8:18, 8:21, 40:9, 40:12, 48:10
**formula** [3] - 33:2, 33:4, 36:3
**formulates** [1] - 8:25
**forth** [1] - 19:23
**forward** [6] - 26:7, 27:1, 33:8, 33:22, 35:16, 53:23
**forwarded** [4] - 5:16, 7:4, 8:8, 45:9
**forwarding** [1] - 44:21
**found** [9] - 7:7, 7:9, 8:16, 10:10, 42:18, 48:12, 48:14, 55:2, 55:3
**four** [2] - 10:25, 56:19
**Francisco** [1] - 1:22
**frankly** [3] - 14:16, 14:22, 21:11
**free** [1] - 26:16
**frequently** [1] - 46:5
**friendly** [1] - 60:4
**from** [47] - 3:11, 3:13, 5:10, 11:11, 11:15, 13:2, 17:16, 17:17, 17:20, 18:8, 18:24, 18:25, 21:5, 21:6, 22:2, 22:23, 23:21, 24:1, 24:3, 24:14, 26:6, 26:16, 27:5, 27:16, 28:1, 28:9, 29:7, 29:13, 29:18, 31:9, 34:17, 37:5, 37:14, 37:17, 38:4, 38:24, 39:2, 40:7, 40:17, 40:22, 43:1, 55:8, 56:18, 56:21, 59:4, 60:13, 60:19
**front** [3] - 49:4, 49:22, 49:23
**full** [1] - 12:5
**function** [1] - 30:3
**functional** [5] - 10:9, 37:3, 37:5, 37:6, 37:15
**functions** [1] - 42:19
**further** [6] - 9:14, 10:13, 16:20, 25:21, 42:23, 46:11
**furtherance** [1] - 51:7
**future** [3] - 50:1, 53:2, 60:8

## G

**G** [1] - 3:1
**game** [1] - 10:2
**gathered** [1] - 46:9
**gathering** [1] - 59:1
**gave** [1] - 31:3
**general** [3] - 6:23, 16:13, 29:13
**generalized** [1] - 39:20
**generally** [3] - 21:18, 47:1, 47:12

**genie** [2] - 28:23, 49:13
**get** [15] - 7:14, 7:25, 14:13, 15:5, 33:14, 35:18, 49:3, 49:12, 49:22, 49:23, 50:3, 53:10, 58:15, 58:24, 59:11
**getting** [5] - 7:24, 24:25, 25:14, 38:13, 46:3
**give** [3] - 17:9, 39:10, 59:19
**given** [1] - 54:15
**gives** [1] - 9:20
**giving** [1] - 44:23
**Gmail** [1] - 47:19
**go** [22] - 3:6, 5:4, 8:1, 17:8, 18:1, 18:10, 18:14, 22:2, 22:4, 26:19, 32:9, 32:19, 33:8, 35:7, 40:25, 42:5, 43:15, 44:7, 49:10, 50:12, 53:1, 58:3
**go-to-market** [2] - 33:8, 53:1
**goal** [1] - 59:6
**goes** [1] - 44:12
**going** [34] - 8:11, 13:18, 14:6, 16:12, 16:23, 21:20, 28:3, 32:21, 32:25, 33:8, 34:13, 35:16, 35:17, 35:18, 37:10, 40:3, 41:18, 41:22, 43:17, 44:24, 45:24, 49:4, 49:6, 51:9, 51:18, 52:17, 53:2, 53:4, 53:7, 53:17, 53:19, 53:22, 59:19, 60:8
**gone** [2] - 45:17, 60:7
**gong** [1] - 50:11
**good** [8] - 3:2, 3:10, 3:22, 26:19, 26:22, 27:13, 47:25
**good-faith** [1] - 27:13
**good-job** [1] - 47:25
**Goodwin** [2] - 3:11, 3:13
**GOODWIN** [1] - 1:21
**Google** [2] - 20:4, 24:17
**got** [7] - 4:5, 25:19, 27:10, 33:25, 46:8, 59:2, 60:6
**gotten** [1] - 54:24
**GRACE** [1] - 2:1
**Grace** [4] - 3:20, 34:3, 35:4, 35:25
**grant** [3] - 6:6, 25:8, 40:14
**granted** [2] - 10:12, 52:8
**great** [1] - 50:21
**Greene** [1] - 17:13
**grow** [1] - 16:10
**growing** [2] - 16:14, 56:15
**growth** [8] - 16:1, 16:8, 16:9, 33:11, 33:12, 33:22, 34:9, 53:13
**growth-forward** [1] - 33:22
**guardrails** [2] - 43:2, 53:21
**guess** [1] - 58:23
**gun** [1] - 39:9
**guns** [1] - 39:18

**gut** [1] - 15:17
**guy** [2] - 32:20, 58:19
**Gwen** [1] - 17:13

## H

**had** [27] - 4:19, 7:7, 8:19, 12:11, 12:12, 12:16, 15:8, 16:3, 16:4, 16:6, 16:8, 17:25, 21:23, 27:2, 33:24, 33:25, 35:20, 47:18, 48:15, 49:18, 53:25, 54:18, 55:3, 55:4, 58:25
**hadn't** [1] - 14:4
**half** [3] - 10:23, 19:18, 38:1
**half-hearted** [2] - 10:23, 19:18
**halfway** [3] - 37:18, 38:1
**hand** [4] - 8:13, 17:19, 19:8, 25:15
**handed** [1] - 25:19
**happen** [4] - 7:1, 45:18, 58:17, 59:5
**happened** [1] - 31:15
**happening** [1] - 25:22
**happens** [1] - 5:9
**happy** [9] - 4:20, 14:23, 15:10, 15:11, 16:19, 17:9, 18:15, 21:1, 24:5
**hard** [3] - 15:19, 21:11, 59:12
**hard-pressed** [1] - 21:11
**harm** [49] - 6:10, 6:15, 6:16, 7:14, 7:24, 11:19, 12:1, 12:6, 13:1, 13:8, 13:9, 13:21, 14:3, 14:5, 14:10, 14:11, 15:7, 19:3, 22:22, 29:24, 30:25, 31:18, 31:23, 34:23, 35:2, 35:10, 37:21, 37:25, 41:14, 44:6, 49:2, 49:12, 49:18, 49:22, 49:23, 50:1, 50:2, 50:7, 50:10, 50:23, 51:21, 51:24, 59:9, 59:10, 59:13
**harmed** [1] - 5:25
**has** [63] - 4:16, 5:23, 5:24, 6:10, 9:15, 10:5, 11:12, 14:2, 15:22, 17:10, 18:8, 18:24, 18:25, 24:13, 25:10, 25:12, 25:20, 25:23, 26:5, 27:7, 27:25, 28:1, 28:20, 31:11, 31:12, 31:14, 32:24, 34:8, 34:11, 34:12, 34:21, 35:20, 36:7, 36:25, 37:21, 38:11, 41:9, 42:1, 42:16, 42:18, 44:8, 45:8, 45:11, 46:12, 47:12, 47:22, 48:13, 48:25, 49:19, 49:24, 50:1, 51:13, 52:3, 53:9, 54:18, 54:21, 54:25, 55:1, 55:2, 56:13, 56:20, 58:5

**hash** [1] - 20:11
**hasn't** [2] - 14:6, 15:7
**hats** [1] - 47:23
**have** [132] - 3:24, 4:8, 4:10, 4:15, 4:17, 4:25, 5:20, 6:23, 7:15, 7:22, 8:20, 9:12, 9:13, 10:17, 10:21, 11:5, 11:18, 13:12, 13:16, 13:17, 13:19, 14:9, 14:10, 14:11, 14:17, 14:19, 14:22, 14:25, 15:5, 16:9, 16:19, 17:15, 17:17, 17:18, 19:7, 19:18, 19:20, 20:6, 20:13, 20:19, 20:22, 20:23, 21:2, 21:13, 21:15, 21:25, 22:3, 22:21, 24:9, 24:21, 24:24, 25:1, 25:3, 25:18, 26:1, 26:12, 26:24, 27:13, 27:14, 27:22, 28:7, 29:21, 29:22, 29:23, 29:24, 29:25, 30:1, 30:2, 31:22, 32:11, 32:22, 33:5, 33:20, 34:4, 34:19, 35:1, 35:5, 35:21, 37:21, 37:22, 37:24, 38:16, 38:21, 39:4, 39:5, 39:17, 39:22, 41:5, 42:17, 45:5, 45:11, 45:12, 45:16, 45:17, 45:25, 46:5, 46:10, 46:14, 46:23, 47:15, 48:9, 49:9, 49:17, 49:18, 49:20, 49:21, 49:25, 50:3, 52:5, 52:6, 54:24, 56:23, 57:4, 57:9, 57:13, 57:20, 57:25, 58:3, 58:11, 58:12, 60:8
**having** [6] - 18:9, 18:10, 24:3, 26:15, 38:23, 60:1
**he** [61] - 8:11, 13:18, 13:21, 19:17, 19:18, 19:19, 20:8, 21:22, 21:23, 25:10, 25:13, 25:20, 26:1, 26:4, 26:5, 27:2, 27:3, 27:9, 27:11, 32:23, 32:24, 34:12, 36:6, 38:11, 39:7, 39:8, 39:9, 39:11, 39:13, 39:14, 40:20, 42:16, 42:18, 43:2, 44:11, 44:17, 44:18, 44:21, 44:23, 45:2, 47:20, 48:15, 53:21, 54:1, 54:2, 54:3, 54:18, 54:25, 55:1, 55:5, 55:7, 56:13, 56:14, 56:15, 56:16, 56:17, 57:4
**he'll** [1] - 11:15
**he's** [12] - 24:25, 25:20, 26:4, 26:5, 32:21, 32:24, 46:1, 47:22, 53:22, 53:25, 54:1, 54:17
**head** [9] - 6:23, 11:8, 26:5, 32:24, 33:25, 42:16, 43:22, 44:6, 52:6
**heads** [1] - 11:11
**health** [1] - 15:17

**hear** [6] - 13:2, 23:12, 27:5, 38:14, 38:15, 58:7
**HEARD** [1] - 1:17
**heard** [13] - 19:13, 21:5, 23:5, 23:20, 24:11, 25:6, 32:17, 38:16, 39:4, 44:8, 45:5, 56:6, 59:25
**hearing** [6] - 23:1, 46:16, 47:5, 47:9, 59:1, 60:8
**HEARING** [1] - 1:16
**hearted** [2] - 10:23, 19:18
**HELD** [1] - 1:16
**helm** [1] - 11:14
**help** [3] - 44:18, 51:8, 60:9
**henceforth** [1] - 59:12
**her** [3] - 27:7, 45:5, 45:7
**herd** [1] - 54:23
**Here** [1] - 25:15
**here** [29] - 3:3, 5:15, 6:10, 6:15, 7:3, 8:7, 8:23, 12:7, 21:16, 22:18, 22:21, 25:13, 25:22, 26:3, 31:19, 34:23, 37:4, 37:8, 38:9, 39:1, 39:10, 41:14, 41:17, 46:5, 46:22, 49:24, 51:21, 59:18, 60:4
**Here's** [1] - 45:24
**hereby** [1] - 60:18
**herself** [1] - 45:7
**Hey** [1] - 34:13
**high** [2] - 33:20, 48:6
**high-level** [2] - 33:20, 48:6
**him** [16] - 11:14, 13:20, 18:3, 25:3, 25:19, 27:10, 31:4, 31:5, 42:19, 43:1, 44:20, 47:22, 53:21, 54:25, 55:9, 56:21
**himself** [1] - 26:6
**his** [39] - 5:18, 8:11, 11:15, 12:13, 12:16, 25:11, 25:19, 26:2, 26:3, 26:5, 26:6, 26:10, 27:7, 27:10, 27:11, 32:24, 36:5, 36:8, 39:6, 39:14, 40:10, 42:16, 42:19, 44:18, 44:21, 44:23, 44:24, 45:4, 46:1, 46:2, 47:20, 48:15, 54:4, 55:7, 56:15, 56:19
**history** [2] - 27:22, 27:24
**hit** [1] - 34:15
**hold** [2] - 18:9
**HOLDINGS** [1] - 1:4
**home** [1] - 47:18
**Honor** [63] - 3:10, 3:16, 4:10, 5:8, 6:8, 8:2, 12:13, 13:1, 13:3, 14:4, 15:10, 15:14, 17:2, 17:5, 17:6, 19:13, 21:10, 21:21, 22:8, 22:12, 23:3, 23:5, 23:8, 24:7, 26:12, 28:14, 28:18, 28:24, 31:13, 31:24, 32:14, 33:5, 34:3, 34:24, 34:25, 35:4,

35:25, 36:18, 38:6, 38:13, 40:5, 41:8, 41:16, 43:4, 43:11, 44:3, 45:20, 47:14, 48:21, 48:23, 49:15, 50:5, 50:17, 50:25, 52:16, 53:19, 54:10, 55:23, 57:8, 57:14, 58:7, 60:11, 60:12
**HONORABLE** [1] - 1:17
**hope** [1] - 59:17
**hopefully** [1] - 16:11
**hoping** [1] - 49:1
**horse** [2] - 50:21, 54:21
**horses** [2] - 54:24, 55:10
**hours** [1] - 4:16
**Houston** [2] - 2:4, 2:13
**HOUSTON** [2] - 1:2, 1:9
**how** [32] - 4:8, 8:11, 8:24, 9:1, 9:17, 9:25, 10:1, 12:14, 21:8, 27:9, 33:10, 33:13, 33:14, 33:15, 35:17, 35:18, 43:20, 44:19, 46:13, 46:14, 46:20, 48:5, 48:22, 48:25, 49:5, 51:13, 52:12, 53:5, 53:17, 59:4
**however** [2] - 15:3, 37:4
**huge** [1] - 53:21
**hundreds** [1] - 58:25
**hurt** [2] - 48:22, 48:25
**hurts** [1] - 49:2
**hypothetical** [3] - 8:14, 14:10, 14:11

## I

**I** [112] - 3:1, 3:5, 3:12, 4:17, 4:25, 7:24, 8:2, 8:4, 8:5, 13:8, 14:8, 15:3, 15:13, 16:1, 16:19, 16:21, 16:22, 17:5, 19:13, 19:15, 19:17, 20:22, 21:24, 22:2, 22:3, 22:12, 23:5, 23:11, 25:16, 27:5, 28:24, 29:1, 29:2, 29:4, 31:24, 32:1, 34:6, 34:9, 34:14, 34:15, 35:1, 38:6, 38:9, 38:13, 38:14, 38:15, 39:4, 39:9, 39:16, 39:17, 39:18, 40:5, 40:13, 40:25, 41:24, 42:2, 42:22, 44:13, 45:5, 45:17, 46:23, 46:24, 47:2, 47:9, 47:11, 47:17, 47:18, 48:1, 48:3, 50:5, 50:15, 51:13, 51:20, 52:14, 52:16, 52:17, 52:20, 53:16, 54:20, 54:25, 55:15, 56:12, 57:8, 57:15, 57:17, 57:24, 58:7, 58:23, 58:25, 59:6, 59:7, 59:9, 59:10, 59:11, 59:16, 59:17, 59:22, 59:25, 60:1, 60:6, 60:17
**i** [2] - 17:10, 38:7

**I'd** [3] - 24:10, 41:19, 59:21
**I'll** [7] - 4:18, 6:8, 7:14, 44:12, 52:20, 60:4, 60:5
**i'm** [2] - 18:10, 28:14
**I'm** [30] - 4:20, 8:4, 15:10, 16:19, 17:9, 18:9, 18:15, 23:1, 34:13, 39:21, 41:17, 43:8, 45:24, 47:5, 47:9, 47:10, 47:15, 48:23, 50:14, 50:20, 51:21, 54:23, 54:24, 59:9, 59:11, 59:19, 59:23, 60:6
**I've** [8] - 4:5, 21:5, 32:16, 46:19, 54:11, 54:12, 59:25, 60:7
**iCloud** [2] - 20:2, 24:16
**idea** [1] - 56:19
**identified** [6] - 10:21, 17:12, 20:6, 20:10, 55:3, 55:16
**identify** [2] - 20:15, 46:10
**if** [62] - 4:15, 4:16, 4:18, 4:20, 9:8, 10:6, 10:9, 10:12, 11:10, 12:2, 14:11, 14:22, 15:2, 15:24, 16:22, 16:23, 19:4, 20:4, 20:25, 23:8, 23:9, 23:15, 25:17, 26:4, 26:8, 26:16, 30:13, 31:16, 32:22, 35:10, 36:18, 38:17, 39:20, 40:5, 41:17, 42:18, 42:22, 43:17, 44:1, 44:6, 45:15, 47:3, 49:4, 49:23, 50:20, 51:12, 52:17, 53:12, 53:16, 53:19, 54:16, 57:22, 57:24, 58:20, 59:7, 59:19, 59:20, 60:5, 60:8, 60:9
**If** [1] - 51:20
**imagine** [1] - 15:19
**imbedded** [1] - 11:8
**immediately** [1] - 25:2
**imminent** [4] - 13:8, 14:2, 22:22, 31:17
**impairs** [1] - 43:18
**implement** [1] - 46:19
**implemented** [2] - 26:23, 53:17
**important** [8] - 5:9, 13:11, 14:18, 14:20, 26:24, 28:6, 29:1, 29:2
**importantly** [1] - 10:9
**impossible** [1] - 49:13
**in** [193] - 3:3, 4:11, 4:15, 4:18, 5:23, 6:4, 6:9, 6:23, 7:5, 7:9, 7:13, 7:18, 8:13, 8:16, 9:1, 9:5, 9:14, 10:2, 10:8, 10:11, 11:3, 11:8, 11:11, 11:12, 13:5, 13:22, 14:3, 14:13, 14:17, 14:25, 15:15, 15:21, 15:22, 15:24, 16:1, 16:4, 16:6, 16:8, 16:9,

16:13, 17:11, 17:13, 18:4, 18:6, 18:7, 18:8, 18:18, 18:19, 18:21, 18:23, 19:23, 19:24, 20:10, 20:12, 21:2, 21:9, 21:12, 21:18, 21:19, 21:21, 22:19, 23:7, 23:24, 25:3, 25:13, 25:14, 25:18, 25:19, 26:5, 26:10, 26:13, 26:15, 26:21, 26:23, 27:6, 27:21, 28:1, 28:2, 28:23, 29:7, 29:11, 29:20, 30:1, 30:7, 30:14, 30:15, 30:20, 31:3, 31:4, 31:15, 31:19, 32:8, 32:10, 32:20, 32:24, 33:6, 33:10, 33:14, 33:21, 34:5, 34:7, 35:1, 35:20, 36:3, 36:9, 36:23, 37:1, 37:3, 37:5, 37:7, 37:11, 37:14, 37:16, 37:17, 37:23, 38:19, 38:22, 39:5, 40:12, 41:8, 41:11, 42:1, 42:11, 42:15, 42:20, 43:18, 44:8, 44:10, 44:17, 44:22, 45:3, 45:8, 46:2, 46:12, 46:13, 46:15, 46:17, 46:18, 46:19, 46:23, 47:1, 47:18, 47:20, 48:4, 48:10, 48:14, 48:19, 49:3, 49:7, 49:9, 49:13, 49:20, 49:21, 49:22, 49:23, 50:3, 50:13, 51:3, 51:7, 51:10, 52:3, 52:5, 52:14, 53:3, 53:21, 54:3, 54:14, 54:17, 54:25, 55:5, 55:8, 55:12, 56:13, 56:15, 56:20, 56:23, 57:21, 58:2, 58:4, 59:10, 59:14, 60:8, 60:19

**inability** [2] - 25:11, 52:6
**inaction** [1] - 12:8
**INC** [2] - 1:12, 2:7
**inches** [2] - 39:19, 52:18
**inclined** [1] - 59:24
**include** [1] - 33:6
**includes** [3] - 9:19, 52:25, 53:1
**including** [3] - 20:1, 20:2, 30:19
**incorporated** [2] - 34:13, 45:23
**incorrect** [1] - 44:9
**increase** [3] - 34:5, 49:21, 53:11
**increased** [2] - 37:23, 37:24
**indeed** [1] - 10:4
**indicative** [1] - 14:2
**indisputably** [1] - 8:17
**individual** [20] - 3:17, 6:3, 8:12, 10:23, 17:7, 18:5, 20:21, 21:24, 22:7, 22:9, 22:11, 23:14, 25:9, 29:13, 34:10, 36:1, 39:5, 44:4,

55:24, 60:13
**individually** [3] - 1:10, 1:11, 1:12
**individuals** [14] - 7:5, 11:1, 18:22, 22:2, 22:14, 29:6, 29:16, 29:18, 31:9, 37:5, 38:4, 40:22, 48:16, 51:7
**individuals'** [1] - 22:22
**industries** [1] - 21:19
**industry** [7] - 16:13, 21:18, 22:1, 30:18, 36:24, 37:3, 56:14
**inevitable** [1] - 46:6
**infer** [1] - 24:2
**information** [55] - 5:10, 5:13, 5:19, 6:4, 6:19, 6:23, 7:4, 8:8, 8:10, 8:19, 8:24, 10:11, 10:15, 10:18, 11:13, 14:21, 14:24, 15:1, 17:14, 19:5, 19:6, 20:20, 21:4, 21:7, 22:7, 22:15, 25:13, 25:16, 26:9, 26:14, 27:3, 27:19, 27:20, 28:5, 29:11, 32:22, 32:24, 35:12, 39:7, 39:25, 40:1, 40:4, 42:15, 42:21, 46:12, 47:2, 48:2, 48:11, 52:5, 53:8, 54:4, 54:25, 55:5, 58:14
**informing** [1] - 25:3
**informs** [1] - 8:24
**ingredients** [1] - 15:14
**initially** [1] - 12:14
**injunction** [39] - 6:1, 9:6, 10:12, 10:19, 13:13, 13:15, 15:5, 23:15, 28:7, 28:9, 28:17, 28:19, 29:9, 29:10, 29:12, 29:18, 30:12, 31:16, 31:21, 35:9, 38:3, 40:15, 41:3, 41:10, 41:13, 41:15, 42:9, 44:1, 45:19, 47:3, 48:5, 49:2, 49:3, 49:11, 50:3, 50:23, 51:14, 51:19, 52:1
**injunctive** [10] - 6:7, 13:10, 22:17, 25:8, 32:3, 32:12, 38:21, 40:2, 54:13, 55:13
**injury** [3] - 6:16, 9:8, 50:9
**insider** [1] - 11:15
**insist** [1] - 28:3
**instance** [6] - 20:15, 26:15, 28:3, 47:17, 48:11
**instances** [2] - 10:4, 32:8
**instead** [3] - 7:3, 15:20, 37:2
**integrate** [1] - 33:14
**intend** [2] - 15:1, 25:4
**intended** [1] - 39:11
**intends** [2] - 54:1, 54:18
**intent** [2] - 8:18, 38:17
**intention** [3] - 4:11, 4:16, 4:24

**interest** [6] - 17:11, 21:9, 26:13, 26:18, 56:20
**interested** [1] - 33:10
**interpersonal** [1] - 59:8
**intervened** [1] - 5:13
**interviews** [1] - 36:9
**into** [15] - 5:17, 5:19, 8:10, 8:12, 8:15, 16:16, 16:17, 27:12, 27:15, 34:13, 39:13, 39:14, 40:17, 43:21
**introduce** [1] - 41:18
**investigating** [1] - 12:4
**investment** [1] - 33:17
**invite** [1] - 48:3
**involves** [1] - 36:3
**iota** [1] - 16:16
**iPhones** [2] - 20:1, 24:16
**irreparable** [21] - 6:10, 6:15, 6:16, 7:14, 7:24, 9:8, 11:19, 12:1, 13:1, 13:9, 19:3, 29:24, 30:25, 31:17, 41:13, 50:9, 51:20, 51:21, 51:24, 59:10, 59:13
**is** [240] - 3:2, 3:16, 3:25, 4:10, 4:12, 4:13, 5:3, 5:12, 5:14, 5:22, 6:6, 6:10, 6:15, 6:19, 6:22, 7:11, 7:20, 8:13, 8:14, 8:18, 8:23, 9:5, 9:10, 9:13, 9:15, 9:16, 9:18, 9:22, 10:4, 10:12, 10:15, 10:17, 11:10, 11:20, 11:25, 12:8, 13:3, 14:2, 14:5, 14:10, 14:12, 14:17, 15:18, 15:19, 15:21, 15:24, 16:1, 16:13, 16:14, 16:16, 16:19, 16:22, 17:2, 17:4, 17:6, 19:10, 19:14, 19:22, 20:4, 20:5, 20:9, 20:25, 21:4, 21:7, 21:8, 21:10, 21:14, 21:17, 21:18, 21:19, 21:20, 22:6, 22:8, 22:10, 22:13, 22:14, 22:18, 22:20, 23:1, 23:3, 23:4, 23:7, 23:24, 24:1, 24:2, 24:7, 24:13, 24:25, 25:5, 25:8, 25:22, 26:15, 26:18, 26:24, 27:18, 27:19, 27:24, 28:5, 28:21, 28:25, 29:6, 29:10, 29:17, 29:19, 29:21, 29:25, 30:6, 30:11, 30:16, 30:21, 31:8, 31:13, 31:15, 31:16, 31:17, 31:19, 31:22, 31:24, 32:4, 32:10, 32:12, 32:20, 33:3, 33:9, 33:21, 34:11, 34:19, 35:2, 35:8, 35:10, 35:12, 35:13, 35:16, 37:2, 37:12, 37:15, 38:6, 38:8, 38:20, 38:22, 39:8, 39:9, 39:18, 39:20, 39:21, 40:3, 40:6, 40:10, 40:19, 40:20, 40:23, 41:3, 41:4, 41:7,

41:16, 41:18, 42:6, 42:21, 43:4, 43:13, 43:14, 43:17, 43:22, 44:3, 44:9, 44:15, 44:16, 45:8, 45:11, 45:19, 45:20, 46:4, 46:8, 46:13, 46:25, 47:3, 47:10, 47:20, 47:25, 48:1, 48:6, 48:10, 48:21, 49:4, 49:5, 49:11, 49:12, 49:15, 49:17, 49:24, 49:25, 50:2, 50:13, 50:14, 50:20, 50:21, 50:25, 51:19, 51:24, 52:3, 52:10, 52:17, 52:23, 53:8, 53:17, 54:11, 54:20, 54:23, 55:23, 56:4, 56:5, 57:10, 57:18, 57:19, 57:20, 57:22, 58:8, 58:22, 59:13, 60:4, 60:18
**isn't** [5] - 16:18, 39:9, 47:17, 47:23, 48:8
**issue** [21] - 6:2, 10:14, 10:19, 13:4, 13:12, 13:19, 14:25, 15:6, 15:8, 17:15, 18:1, 18:3, 19:4, 24:23, 25:23, 32:3, 43:19, 47:23, 49:1, 56:12, 56:24
**issued** [2] - 10:25, 44:1
**issues** [6] - 14:22, 22:5, 22:17, 38:14, 40:25, 44:20
**issuing** [1] - 38:3
**it** [129] - 3:5, 4:17, 5:10, 5:20, 5:24, 6:5, 7:11, 8:19, 8:20, 8:25, 9:1, 9:4, 9:6, 9:14, 9:16, 9:20, 9:22, 11:4, 11:6, 11:11, 12:9, 12:17, 12:18, 13:6, 13:12, 13:19, 14:18, 14:20, 15:1, 15:2, 15:3, 15:15, 15:16, 15:17, 15:18, 16:3, 16:18, 16:19, 16:20, 18:2, 19:1, 19:25, 20:13, 20:17, 21:2, 22:6, 22:10, 22:14, 23:19, 24:2, 24:17, 24:18, 25:17, 25:18, 26:5, 26:6, 26:16, 27:19, 27:24, 28:2, 28:21, 29:11, 29:12, 30:23, 32:18, 33:3, 33:23, 34:13, 34:15, 35:22, 36:16, 37:6, 38:17, 38:18, 38:19, 39:10, 39:11, 39:13, 39:18, 39:22, 39:23, 43:11, 43:16, 43:25, 44:12, 45:11, 45:15, 47:16, 47:24, 48:1, 48:12, 48:15, 48:18, 48:19, 49:2, 49:4, 50:2, 50:7, 50:18, 51:6, 51:9, 52:10, 52:11, 52:25, 53:1, 53:4, 54:19, 55:14, 56:22, 56:23, 56:24, 57:2, 57:10, 57:13, 57:18, 58:5, 58:22, 59:4, 59:18, 60:9
**It** [1] - 39:13

10

**it's** [35] - 3:22, 11:21, 12:1, 12:2, 12:18, 14:6, 14:18, 22:2, 24:21, 25:13, 25:16, 28:3, 29:1, 29:2, 32:13, 32:18, 37:19, 38:15, 39:9, 44:6, 46:24, 47:11, 47:24, 47:25, 48:16, 48:17, 49:13, 52:18, 55:11, 56:18, 57:8, 58:18, 59:12, 59:22
**its** [7] - 8:25, 15:15, 53:1, 53:10, 53:11, 56:4, 56:5
**itself** [2] - 34:12, 47:12

## J

**J** [1] - 1:21
**January** [1] - 7:10
**Jason** [2] - 17:13, 45:2
**job** [3] - 38:7, 44:24, 47:25
**jobs** [2] - 46:23, 59:25
**Joe** [3] - 3:16, 13:3, 23:4
**join** [1] - 19:9
**JOSEPH** [1] - 2:1
**JR** [1] - 1:11
**JUDGE** [1] - 1:17
**junior** [1] - 19:11
**just** [22] - 9:15, 9:18, 16:14, 23:6, 24:11, 28:15, 33:25, 35:22, 37:4, 37:10, 39:13, 39:20, 41:24, 44:13, 47:2, 47:9, 48:7, 55:11, 56:7, 57:12, 59:17, 59:22
**justify** [2] - 45:4, 47:3

## K

**keen** [1] - 21:8
**keep** [5] - 38:13, 42:2, 48:1, 52:7, 54:24
**keeping** [1] - 11:14
**keeps** [1] - 57:18
**Keith** [1] - 3:3
**KEITH** [1] - 1:17
**kept** [3] - 42:16, 44:17, 45:1
**key** [3] - 7:11, 16:18, 26:8
**kind** [2] - 30:5, 59:9
**know** [42] - 3:5, 13:16, 14:15, 16:4, 16:5, 16:6, 16:15, 16:20, 17:10, 20:16, 20:23, 21:3, 21:14, 21:15, 21:24, 27:6, 28:20, 29:21, 30:15, 31:8, 32:23, 33:10, 35:11, 37:9, 42:16, 43:12, 46:25, 47:18, 48:8, 51:13, 52:14, 54:25, 57:18, 57:24, 58:2, 58:4, 58:19, 59:7, 59:9, 60:2
**knowledge** [5] - 5:11, 9:9, 11:7, 11:15, 29:13
**known** [5] - 12:6, 13:16,

13:17, 14:1, 31:1
**KORAY** [1] - 1:21
**Koray** [11] - 3:10, 3:13, 4:10, 4:13, 7:20, 24:7, 31:24, 41:16, 43:14, 45:20, 50:25
**kudos** [1] - 47:25
**KYLE** [2] - 1:10, 2:1

## L

**label** [1] - 12:17
**lack** [3] - 12:2, 14:2, 15:12
**language** [1] - 38:22
**laptops** [3] - 10:25, 20:2, 24:15
**large** [4] - 16:8, 16:13, 21:15, 43:2
**largely** [1] - 6:12
**last** [5] - 7:17, 14:3, 17:20, 20:8, 24:25
**lastly** [1] - 11:18
**late** [2] - 7:10, 60:6
**later** [3] - 12:15, 13:6, 13:22
**launch** [4] - 33:13, 35:17, 43:17, 51:9
**launches** [1] - 39:14
**launching** [2] - 11:16, 36:11
**law** [16] - 5:12, 9:2, 9:7, 11:24, 11:25, 19:2, 50:2, 50:6, 50:8, 50:10, 51:23, 51:24, 56:23, 58:9, 58:24
**laws** [1] - 47:11
**lawsuit** [4] - 21:20, 22:14, 23:19, 24:2
**lawyer** [2] - 30:7, 47:14
**lawyers** [1] - 13:22
**leadership** [1] - 48:17
**learn** [2] - 35:21, 56:17
**learned** [2] - 32:22, 36:5
**least** [1] - 21:25
**leave** [4] - 13:18, 19:11, 24:5, 28:2
**leaving** [3] - 14:1, 18:1, 25:20
**left** [8] - 6:22, 18:22, 22:3, 22:14, 37:20, 39:5, 44:5, 46:23
**legal** [2] - 40:19, 40:23
**legitimate** [2] - 17:11, 19:6
**less** [3] - 31:21, 54:16, 57:11
**let** [7] - 7:25, 13:2, 32:18, 35:5, 39:10, 43:7
**let's** [7] - 3:6, 3:9, 5:4, 6:21, 13:10, 49:11, 49:12
**letter** [2] - 24:25, 50:2
**letters** [5] - 13:22, 24:24, 27:7, 28:1, 47:15
**level** [3] - 31:6, 33:20, 48:6

**Lexis** [1] - 40:7
**Liability** [2] - 1:4, 1:6
**lieutenants** [1] - 55:7
**lightning** [1] - 34:16
**like** [20] - 4:20, 16:11, 20:25, 23:19, 24:10, 25:14, 27:5, 33:3, 33:7, 33:22, 35:21, 36:3, 41:12, 43:9, 44:6, 51:8, 53:10, 55:22, 57:10, 59:21
**likelihood** [5] - 13:6, 22:21, 29:23, 31:23, 37:8
**likely** [2] - 11:15, 59:22
**Limited** [2] - 1:4, 1:6
**limited** [2] - 20:16, 20:17
**limits** [2] - 42:14, 42:19
**lines** [2] - 9:19, 43:18
**LinkedIn** [1] - 36:10
**listed** [1] - 30:20
**lists** [1] - 44:11
**literally** [3] - 33:13, 34:12, 45:25
**litigation** [1] - 21:17
**little** [2] - 56:12, 60:9
**lives** [1] - 11:11
**LLC** [2] - 1:4, 1:5
**LLP** [2] - 1:21, 2:7
**located** [1] - 36:19
**long** [5] - 11:20, 26:9, 32:6, 33:21, 35:6
**long-term** [1] - 33:21
**longer** [6] - 17:17, 17:18, 21:4, 24:4, 41:7, 41:13
**look** [7] - 23:16, 25:19, 30:13, 36:18, 39:16, 43:9, 46:5
**looking** [5] - 21:25, 22:1, 36:16, 36:20, 37:8
**looks** [2] - 20:12, 23:8
**loss** [4] - 6:17, 14:7, 14:8
**lot** [9] - 23:9, 23:20, 25:6, 36:10, 38:8, 47:12, 48:7, 59:16, 60:6
**low** [1] - 16:4
**lower** [1] - 31:6
**lower-level** [1] - 31:6
**lulled** [1] - 27:15
**lulling** [1] - 27:12

## M

**machines** [1] - 52:15
**made** [8] - 7:15, 19:25, 21:25, 24:11, 31:14, 42:25, 44:7, 58:22
**MADISON** [1] - 1:11
**main** [2] - 44:13, 44:15
**major** [2] - 33:16, 35:18
**make** [8] - 9:19, 16:24, 20:22, 23:19, 32:25, 45:18,

51:16, 52:17
**makes** [2] - 30:22, 42:20
**making** [1] - 16:8
**mandate** [1] - 8:11
**manufacture** [1] - 36:22
**manufactures** [1] - 37:1
**many** [3] - 14:25, 21:23, 22:3
**map** [9] - 5:10, 6:8, 8:10, 8:13, 34:1, 34:18, 35:16, 48:9, 49:9
**maps** [2] - 43:24, 48:6
**margins** [3] - 53:6, 53:7, 53:25
**Market** [1] - 1:22
**market** [20] - 9:23, 14:8, 14:16, 16:13, 16:14, 16:15, 16:16, 16:24, 19:1, 21:13, 33:8, 33:14, 33:15, 35:11, 37:24, 52:11, 53:1, 53:3, 53:11
**marketing** [11] - 8:25, 9:19, 33:15, 33:17, 34:18, 34:20, 35:19, 43:24, 52:10, 53:12, 53:23
**marketplace** [2] - 9:1, 28:23
**markets** [1] - 15:24
**masters** [1] - 47:23
**match** [1] - 9:21
**material** [1] - 11:5
**materials** [14] - 5:16, 5:17, 6:25, 8:16, 10:21, 26:4, 27:14, 39:19, 42:18, 47:24, 48:12, 48:13, 52:18, 52:19
**mathematically** [1] - 20:14
**MATHEWS** [1] - 1:12
**matter** [11] - 9:6, 11:25, 12:13, 29:25, 30:10, 35:12, 46:4, 49:17, 50:10, 51:24, 60:19
**Matthews** [13] - 13:23, 16:6, 18:5, 18:16, 23:20, 24:4, 37:14, 37:20, 44:14, 45:3, 45:5, 54:8, 56:6
**MAUREEN** [1] - 2:1
**may** [14] - 5:6, 14:18, 15:4, 19:13, 20:13, 20:15, 22:12, 28:24, 40:5, 40:14, 40:24, 57:6, 58:13, 59:25
**maybe** [2] - 18:12, 38:11
**McKinney** [1] - 2:3
**me** [17] - 3:17, 3:20, 7:25, 8:3, 13:2, 28:12, 32:18, 39:10, 41:22, 43:7, 46:24, 50:18, 58:24, 59:12, 60:5
**mean** [3] - 34:6, 46:11, 51:6
**meaningful** [1] - 12:2
**means** [1] - 20:4
**measurable** [1] - 51:18

measure [1] - 51:17
mechanical [1] - 1:24
media [2] - 35:19, 36:9
mediums [1] - 36:10
meet [1] - 31:21
meeting [2] - 35:17, 51:3
meetings [1] - 53:22
men [1] - 21:6
Mensing [1] - 2:3
mention [1] - 37:6
mentioned [2] - 13:24, 45:5
merely [1] - 13:22
merits [4] - 6:11, 9:14, 13:7, 31:23
met [2] - 31:19, 50:4
microphone [1] - 23:12
mid [1] - 7:9
might [5] - 6:22, 6:23, 7:1, 26:17, 57:4
mind [1] - 15:15
minimum [1] - 53:19
minutes [4] - 4:17, 4:21, 4:22, 5:1
misappropriated [1] - 32:11
misappropriates [1] - 40:9
misappropriation [22] - 10:14, 25:7, 26:3, 28:7, 29:10, 29:16, 31:11, 32:4, 32:5, 32:16, 35:3, 38:21, 40:2, 40:16, 40:21, 41:3, 41:5, 42:24, 46:4, 50:7, 51:24, 54:15
misappropriations [1] - 25:24
misconduct [1] - 12:4
misheard [1] - 4:25
mislead [1] - 12:5
misstated [1] - 24:13
misstatements [1] - 24:11
misstates [1] - 11:23
mix [1] - 46:13
mom's [1] - 24:20
momentum [1] - 33:14
month [2] - 14:4, 46:17
months [8] - 14:1, 31:2, 37:18, 37:19, 37:23, 49:18, 59:10
MOORE [1] - 1:11
Moore [14] - 13:23, 16:5, 18:5, 18:16, 21:25, 23:20, 24:4, 37:13, 37:20, 44:13, 45:1, 45:3, 54:7, 56:6
mooted [1] - 31:11
more [23] - 3:12, 4:2, 10:9, 14:22, 15:9, 15:10, 15:11, 19:10, 26:24, 28:5, 33:18, 35:18, 37:19, 37:25, 43:25, 48:20, 55:5, 55:18, 55:20, 59:20, 59:21, 59:22

moreover [1] - 41:4
most [4] - 34:8, 46:23, 52:13, 52:15
motion [10] - 11:3, 12:23, 20:10, 23:15, 29:21, 30:12, 39:17, 57:19, 58:5, 59:1
MOTION [1] - 1:16
motivate [1] - 28:4
motivated [1] - 53:10
motivates [1] - 22:13
motivation [2] - 18:17, 22:6
motivations [1] - 21:16
motive [4] - 7:2, 18:24, 19:9, 23:18
move [1] - 23:11
moved [1] - 49:25
moving [5] - 24:10, 26:6, 33:6, 35:16, 53:23
MR [88] - 1:21, 2:1, 2:2, 3:10, 3:13, 3:16, 3:19, 3:23, 4:10, 4:13, 4:15, 4:24, 5:2, 5:5, 5:7, 7:9, 7:13, 7:18, 7:20, 7:24, 8:2, 8:6, 13:1, 13:3, 15:25, 16:19, 17:2, 17:5, 17:6, 17:9, 17:23, 17:25, 18:15, 22:8, 22:11, 22:16, 23:3, 23:5, 23:13, 24:7, 26:12, 27:25, 28:12, 28:14, 28:18, 31:24, 32:15, 33:5, 34:7, 34:24, 35:1, 35:8, 38:6, 38:13, 41:16, 41:24, 42:4, 42:6, 43:4, 43:6, 43:8, 43:11, 43:14, 43:16, 44:3, 45:20, 47:6, 47:14, 48:23, 49:1, 50:5, 50:25, 51:15, 51:18, 51:23, 52:2, 52:16, 52:22, 52:25, 53:15, 53:19, 54:10, 54:23, 55:16, 55:23, 58:7, 60:12, 60:13
Mr [64] - 3:15, 3:18, 5:4, 7:23, 9:24, 12:11, 12:12, 12:16, 13:17, 13:23, 13:25, 14:16, 16:5, 18:1, 18:5, 18:7, 18:16, 18:20, 19:12, 19:15, 20:25, 21:22, 21:25, 23:11, 23:20, 23:24, 24:4, 24:24, 25:10, 26:1, 27:7, 29:1, 29:15, 31:3, 31:14, 34:11, 36:4, 36:5, 36:7, 36:14, 37:13, 37:20, 39:1, 40:19, 44:10, 44:13, 44:15, 45:1, 45:3, 45:4, 45:9, 45:23, 49:19, 53:20, 54:7, 54:14, 56:5, 56:6, 56:13, 57:18
MS [21] - 2:1, 2:6, 3:25, 4:3, 4:7, 19:13, 21:10, 21:21, 28:24, 29:5, 32:14, 34:3, 34:25, 35:4, 35:25, 40:5, 48:21, 49:15, 50:17, 57:14, 60:11

Ms [19] - 4:5, 12:10, 13:23, 16:6, 16:20, 18:5, 23:20, 24:4, 24:13, 27:5, 28:25, 37:14, 37:20, 42:6, 44:14, 45:3, 45:5, 45:18, 56:6
much [9] - 13:13, 15:5, 31:21, 39:17, 43:20, 43:25, 56:9, 58:21
multiple [1] - 49:19
must [2] - 4:25, 9:4
mute [1] - 18:13
my [13] - 3:6, 4:11, 4:16, 4:24, 16:20, 17:17, 25:16, 28:10, 35:8, 47:18, 47:19, 59:22, 60:18

**N**

N [1] - 3:1
name [6] - 11:4, 19:21, 20:9, 20:11, 20:13, 45:5
names [3] - 11:3, 20:10, 24:19
narrow [1] - 6:13
narrowly [1] - 56:24
narrows [1] - 9:23
NDAs [1] - 36:19
necessary [1] - 28:8
need [21] - 6:1, 9:3, 10:18, 14:21, 18:10, 28:6, 28:8, 28:20, 29:16, 42:23, 48:9, 50:6, 50:10, 53:6, 58:16, 59:4, 59:14, 59:20, 60:5
needed [1] - 19:8
needs [6] - 26:12, 27:19, 39:1, 39:7, 40:2, 55:7
nefarious [1] - 47:4
negates [2] - 6:1, 10:7
negotiate [2] - 48:10, 53:5
negotiating [1] - 48:8
negotiations [1] - 44:19
neither [2] - 31:18
never [4] - 13:20, 14:11, 15:8, 15:9
New [2] - 2:8, 11:9
new [18] - 5:18, 8:11, 16:22, 27:1, 29:14, 33:13, 34:2, 36:11, 37:16, 39:14, 41:18, 43:17, 44:24, 46:1, 47:7, 47:8, 47:24, 51:15
newly [1] - 12:9
next [6] - 10:4, 28:10, 30:10, 37:17, 38:4, 59:10
no [50] - 8:6, 8:23, 9:16, 10:11, 12:11, 15:21, 17:15, 17:17, 17:18, 18:1, 20:20, 20:24, 21:21, 22:22, 24:4, 25:2, 25:7, 25:12, 26:22, 27:2, 29:6, 30:11, 31:8, 36:3, 37:7, 37:25, 38:2, 38:19,

40:19, 41:4, 41:7, 41:13, 45:6, 45:16, 45:22, 46:1, 46:7, 48:7, 49:25, 50:17, 56:22, 56:23, 58:2, 58:25, 59:3, 60:11, 60:12
No [1] - 38:18
noise [2] - 23:1, 23:5
non [1] - 56:22
non-Nutrabolt-related [1] - 56:22
noncompete [21] - 13:25, 15:3, 15:5, 15:8, 25:1, 25:4, 25:7, 26:12, 26:15, 26:16, 26:23, 28:4, 32:15, 36:14, 36:15, 36:16, 37:8, 37:18, 38:2, 38:15, 40:25
noncompetes [2] - 28:6, 37:16
nondisclosure [1] - 27:11
none [5] - 6:1, 21:3, 49:24, 55:11, 60:13
nonetheless [1] - 39:24
nonmoving [1] - 9:5
nonpublic [1] - 57:1
nor [2] - 18:24, 39:5
Not [1] - 23:3
not [167] - 4:11, 4:15, 5:14, 5:22, 5:24, 6:12, 6:22, 7:12, 8:14, 8:18, 9:3, 9:10, 9:13, 9:15, 9:20, 9:22, 10:1, 10:10, 10:12, 10:15, 10:24, 11:1, 11:5, 11:7, 11:20, 11:25, 12:6, 12:8, 13:13, 13:16, 13:23, 14:7, 14:18, 15:16, 15:17, 16:15, 16:16, 16:23, 18:2, 18:12, 18:21, 19:4, 19:20, 19:24, 20:7, 20:9, 20:16, 20:17, 21:7, 21:8, 21:18, 23:20, 24:17, 24:19, 25:16, 25:20, 26:17, 26:22, 27:9, 27:13, 27:18, 27:24, 28:8, 29:12, 29:17, 29:24, 30:1, 30:3, 30:4, 30:6, 30:10, 30:21, 30:23, 31:5, 31:6, 31:22, 32:2, 32:4, 32:8, 32:17, 33:19, 33:20, 34:17, 35:2, 35:9, 36:2, 36:25, 37:12, 37:21, 39:2, 39:4, 39:6, 39:17, 39:20, 39:21, 40:3, 40:11, 40:17, 41:3, 41:4, 41:9, 42:21, 42:22, 43:1, 43:17, 44:8, 44:18, 45:5, 45:12, 45:13, 45:16, 45:18, 46:5, 46:6, 47:3, 47:5, 47:9, 47:10, 47:12, 47:16, 47:25, 48:6, 48:10, 49:11, 49:20, 49:21, 50:1, 50:4, 50:5, 50:6, 50:10, 50:20, 51:18, 51:21, 52:15, 53:8, 53:16, 53:19, 54:3, 54:5,

54:7, 54:17, 55:11, 55:14, 56:6, 56:16, 56:25, 57:10, 57:20, 58:4, 58:13, 58:17, 58:22, 59:11, 59:24, 60:6, 60:7

**note** [1] - 14:18
**noted** [1] - 19:18
**nothing** [6] - 11:22, 13:25, 18:23, 31:2, 49:19, 57:11
**notice** [1] - 31:3
**now** [20] - 6:4, 13:16, 14:1, 14:10, 18:4, 24:10, 25:19, 26:23, 37:2, 43:16, 44:1, 46:12, 46:15, 47:22, 49:12, 54:5, 56:20, 57:11, 58:16
**Number** [3] - 36:19, 56:25, 57:3
**number** [5] - 24:11, 30:8, 41:17, 55:12, 55:13
**numbered** [1] - 60:19
**numerous** [1] - 23:23
**Nutrabolt** [52] - 5:15, 5:24, 9:15, 9:17, 13:24, 14:6, 16:9, 16:16, 17:14, 17:25, 18:7, 18:8, 18:21, 18:24, 19:1, 19:11, 21:14, 21:22, 22:4, 23:25, 24:5, 30:16, 36:8, 36:13, 36:21, 36:24, 37:2, 37:15, 37:20, 37:21, 39:13, 43:21, 44:8, 44:16, 45:3, 45:8, 45:10, 45:15, 55:19, 56:1, 56:4, 56:16, 56:17, 56:18, 56:20, 56:22, 57:1, 57:10, 58:3, 58:20
**NUTRABOLT** [1] - 1:6
**Nutrabolt's** [5] - 6:3, 7:3, 20:20, 23:16, 30:9
**Nutrabolt-specific** [1] - 57:1
**nutrition** [1] - 30:17
**NY** [1] - 2:8

## O

**O** [1] - 3:1
**objectionable** [1] - 9:24
**obligation** [4] - 12:12, 25:1, 25:4, 36:15
**obligations** [10] - 12:17, 25:12, 26:2, 27:8, 27:10, 27:12, 27:17, 27:21, 38:25, 52:7
**obviously** [2] - 16:4, 51:3
**occur** [1] - 44:2
**occurring** [1] - 59:13
**occurs** [1] - 44:7
**October** [1] - 24:25
**of** [313] - 2:8, 2:12, 3:6, 3:7, 3:11, 3:14, 4:1, 4:3, 4:13, 4:17, 5:16, 5:18, 6:2, 6:5,

6:9, 6:18, 6:20, 6:21, 6:25, 7:4, 7:10, 7:20, 7:22, 8:8, 8:12, 8:16, 8:17, 8:20, 8:21, 9:4, 9:6, 9:7, 10:7, 10:14, 10:24, 11:1, 11:2, 11:14, 11:24, 11:25, 12:1, 12:2, 12:5, 12:7, 12:11, 13:4, 13:6, 13:9, 13:10, 13:14, 13:18, 13:21, 14:2, 14:4, 14:5, 14:7, 14:8, 14:14, 14:20, 15:7, 15:11, 15:12, 16:1, 16:2, 16:5, 16:9, 16:14, 16:15, 16:18, 16:22, 16:24, 17:16, 17:20, 18:5, 18:12, 18:22, 19:4, 19:5, 19:6, 19:9, 19:14, 19:16, 19:19, 19:22, 20:2, 20:4, 20:12, 20:14, 20:17, 20:20, 20:21, 21:2, 21:3, 21:5, 21:6, 21:12, 21:20, 22:8, 22:11, 22:17, 22:21, 22:24, 23:7, 23:16, 23:19, 24:6, 24:8, 24:11, 24:16, 24:21, 25:5, 25:6, 25:24, 26:14, 26:18, 27:20, 27:21, 27:22, 28:1, 28:4, 28:18, 28:19, 28:25, 29:10, 29:15, 29:23, 29:25, 30:5, 30:8, 30:11, 30:16, 30:21, 30:22, 31:11, 31:13, 31:14, 31:18, 31:20, 31:21, 31:23, 31:25, 32:4, 32:5, 32:7, 33:21, 34:10, 34:16, 34:21, 34:22, 34:23, 35:2, 35:4, 35:9, 35:11, 35:13, 35:22, 36:1, 36:3, 36:8, 36:10, 36:16, 36:17, 36:18, 37:1, 37:8, 37:9, 37:10, 37:12, 37:21, 37:25, 38:7, 38:8, 38:13, 38:23, 39:6, 39:18, 39:19, 39:25, 40:4, 40:8, 40:11, 40:13, 40:20, 40:23, 40:24, 41:4, 41:5, 41:9, 41:11, 41:13, 41:17, 42:11, 42:13, 42:14, 42:20, 43:3, 43:6, 43:9, 43:14, 43:18, 43:21, 44:3, 44:6, 44:11, 44:16, 44:22, 44:24, 45:3, 45:6, 45:9, 45:14, 45:21, 46:4, 46:20, 46:21, 47:4, 47:5, 47:7, 47:8, 47:12, 47:23, 48:4, 48:7, 48:11, 48:12, 48:16, 48:19, 48:20, 49:3, 49:4, 49:8, 49:10, 49:11, 49:17, 49:18, 49:22, 49:23, 49:24, 50:1, 50:9, 50:10, 50:19, 50:21, 51:1, 51:4, 51:7, 51:17, 51:19, 51:24, 51:25, 52:2, 52:14, 52:18, 53:3, 53:8, 53:25, 54:13, 54:17, 54:23, 54:24, 54:25, 55:4, 55:5, 55:6, 55:10,

55:12, 55:13, 55:20, 55:24, 56:2, 56:10, 56:11, 56:12, 56:19, 56:21, 56:23, 57:11, 57:14, 58:2, 58:23, 58:25, 59:1, 59:2, 59:9, 59:16, 59:24, 60:6, 60:18, 60:18, 60:19
**OF** [2] - 1:1, 1:16
**off** [4] - 35:22, 37:10, 39:8, 44:5
**offer** [1] - 58:22
**offers** [1] - 9:24
**office** [1] - 47:18
**Official** [4] - 2:10, 2:11, 60:17, 60:21
**oh** [1] - 43:8
**Oh** [3] - 47:17, 47:25, 58:18
**okay** [14] - 3:22, 4:5, 5:4, 7:22, 13:2, 18:9, 23:13, 34:19, 35:24, 42:5, 43:15, 50:14, 57:6, 60:10
**Olipop** [1] - 10:4
**on** [120] - 3:11, 3:13, 4:1, 4:3, 4:13, 4:19, 7:14, 7:20, 8:9, 8:11, 9:25, 10:13, 10:24, 11:10, 11:12, 11:20, 11:21, 12:9, 13:1, 13:6, 13:9, 13:11, 13:15, 14:11, 15:15, 16:24, 17:9, 17:19, 18:9, 18:10, 18:13, 19:5, 19:8, 19:14, 19:17, 19:25, 20:5, 20:8, 20:13, 22:8, 22:11, 23:3, 24:7, 24:11, 24:25, 25:10, 25:23, 26:1, 26:3, 26:20, 28:3, 28:22, 28:25, 29:19, 29:20, 29:23, 30:4, 30:10, 30:12, 30:24, 31:5, 31:19, 31:23, 31:25, 32:25, 33:17, 35:4, 35:12, 35:25, 36:9, 36:10, 37:8, 38:22, 39:8, 39:12, 39:13, 40:16, 40:21, 40:24, 41:15, 43:6, 43:9, 43:14, 43:20, 43:25, 44:3, 44:19, 45:20, 45:25, 46:13, 46:15, 48:3, 49:7, 49:20, 50:25, 51:10, 53:20, 53:21, 53:22, 54:5, 54:10, 54:15, 55:13, 55:23, 56:4, 56:8, 57:11, 57:14, 58:3, 58:6, 58:21, 59:1, 59:9, 59:25
**once** [4] - 6:19, 8:19, 8:23, 12:19
**one** [22] - 3:12, 4:2, 6:9, 9:13, 12:1, 13:11, 16:15, 16:16, 16:18, 16:22, 17:11, 21:6, 22:2, 24:1, 24:13, 26:10, 44:13, 44:15, 44:21, 46:7, 56:5, 57:12
**ones** [2] - 55:3, 56:2
**ongoing** [3] - 6:11, 31:17,

50:2
**only** [19] - 10:25, 11:2, 11:6, 12:2, 13:13, 19:15, 19:21, 20:8, 29:10, 29:19, 30:9, 30:14, 30:20, 31:16, 36:16, 42:17, 55:1, 57:18
**onto** [1] - 7:6
**opened** [1] - 48:18
**operate** [1] - 21:12
**operates** [1] - 37:3
**opportunity** [4] - 24:10, 41:19, 41:24, 44:25
**opposing** [2] - 27:25, 55:2
**opposition** [2] - 5:23, 19:24
**or** [77] - 6:23, 6:24, 6:25, 7:1, 10:13, 10:15, 11:5, 11:8, 12:5, 14:8, 14:21, 15:13, 15:17, 15:19, 15:20, 19:2, 21:18, 22:7, 22:14, 22:22, 22:24, 23:21, 23:24, 23:25, 25:13, 27:13, 27:17, 27:18, 27:19, 27:23, 29:13, 30:17, 30:18, 30:19, 30:22, 31:10, 31:15, 31:17, 31:23, 32:2, 32:4, 33:2, 33:19, 34:21, 36:2, 36:15, 36:22, 37:1, 37:19, 38:1, 39:2, 39:3, 40:15, 43:22, 45:7, 47:3, 47:8, 47:18, 48:12, 50:2, 50:22, 51:9, 52:5, 52:10, 52:11, 54:7, 55:3, 55:11, 55:19, 56:2, 56:3, 57:24, 58:13
**oral** [2] - 25:12, 42:1
**order** [14] - 9:5, 14:25, 22:19, 29:20, 37:17, 40:17, 42:19, 48:10, 50:3, 53:16, 53:20, 54:14, 58:8, 59:23
**organization** [3] - 6:5, 39:6, 55:6
**organizational** [2] - 14:15, 16:7
**organized** [1] - 5:17
**originally** [1] - 17:25
**other** [27] - 7:25, 13:2, 13:12, 13:24, 14:8, 14:17, 14:23, 17:19, 18:5, 19:8, 20:12, 21:19, 22:1, 22:3, 30:18, 35:19, 42:18, 46:19, 49:7, 49:10, 55:12, 55:19, 56:17, 56:18, 57:4, 57:16, 57:25
**other's** [1] - 35:11
**others** [2] - 3:4, 33:18
**our** [33] - 10:2, 11:3, 14:3, 14:22, 17:9, 17:23, 19:18, 19:23, 23:3, 24:6, 26:14, 26:23, 26:25, 30:9, 32:19, 33:6, 33:7, 33:12, 33:21, 34:18, 34:23, 35:13, 35:16,

35:19, 39:12, 41:8, 45:23, 45:25, 50:19, 54:10, 55:6, 55:12

**ourselves** [1] - 21:11
**out** [20] - 7:7, 7:9, 9:2, 16:12, 18:3, 23:9, 23:12, 26:22, 39:18, 46:11, 47:7, 47:8, 49:4, 54:8, 54:24, 55:10, 56:12, 56:19, 59:4, 60:3
**Outlook** [1] - 20:17
**outset** [1] - 12:10
**outside** [8] - 5:16, 7:4, 8:8, 8:20, 27:20, 30:8, 48:16, 50:21
**over** [8] - 5:11, 35:13, 40:25, 41:23, 51:8, 53:13, 56:1, 56:14
**overlap** [1] - 10:8
**oversimplified** [1] - 9:18
**owed** [2] - 28:16, 44:15
**own** [4] - 6:12, 33:2, 39:12, 49:9
**owns** [1] - 56:20

## P

**P** [2] - 1:17, 3:1
**Page** [2] - 23:16, 24:5
**Pages** [1] - 40:7
**pages** [1] - 36:9
**paper** [1] - 60:6
**papers** [2] - 25:13, 33:6
**Paragraph** [2] - 44:11, 44:12
**paragraph** [1] - 18:11
**parameters** [7] - 42:14, 54:2, 56:1, 56:10, 56:24, 57:6, 57:9
**pardon** [3] - 7:18, 8:5, 28:12
**part** [5] - 7:17, 7:22, 14:14, 26:3, 34:10
**participate** [2] - 53:22, 54:3
**participating** [2] - 54:17, 55:8
**particular** [4] - 11:12, 34:7, 52:13, 54:14
**particularly** [3] - 25:9, 39:1, 52:23
**parties** [3] - 51:4, 54:5, 54:6
**party** [2] - 9:5, 24:10
**past** [7] - 31:15, 31:16, 35:20, 37:23, 38:25, 58:16
**pattern** [2] - 17:19, 17:25
**Patterson** [2] - 2:7, 3:25
**pause** [1] - 6:9
**pay** [1] - 60:1
**penalty** [1] - 38:8
**pendency** [1] - 43:3

**pending** [1] - 39:8
**people** [8] - 18:3, 22:3, 27:23, 28:2, 31:1, 48:17, 59:24
**people's** [1] - 38:10
**per** [1] - 5:1
**period** [6] - 22:20, 34:5, 37:19, 38:2, 44:23, 56:13
**permit** [1] - 38:20
**permitted** [2] - 31:7, 38:20
**person** [7] - 18:7, 18:19, 26:17, 38:23, 40:17, 45:2, 52:3
**personal** [10] - 10:23, 18:6, 19:19, 20:1, 20:3, 24:16, 24:18, 45:7
**personnel** [2] - 5:21, 52:12
**persuaded** [1] - 10:13
**Petroleum** [1] - 40:6
**phone** [1] - 3:8
**phones** [1] - 18:13
**photos** [1] - 30:8
**PI** [5] - 11:3, 12:22, 39:17, 46:15, 59:1
**pick** [1] - 44:5
**pie** [2] - 16:15, 24:20
**pitches** [1] - 47:8
**place** [6] - 10:11, 11:19, 18:19, 25:18, 26:24, 38:19
**placed** [2] - 9:25, 43:20
**placement** [2] - 53:4, 53:24
**plain** [1] - 30:20
**Plaintiff** [1] - 5:15
**plaintiff** [26] - 3:9, 3:11, 3:14, 4:13, 6:14, 7:5, 7:15, 9:3, 12:4, 12:5, 12:14, 12:20, 15:23, 16:23, 16:25, 19:24, 20:10, 23:7, 24:8, 35:5, 35:7, 38:11, 41:8, 43:14, 45:21, 54:11
**plaintiffs** [11] - 1:7, 7:21, 11:21, 11:22, 20:25, 31:25, 33:24, 41:1, 49:17, 51:1, 57:15
**PLAINTIFFS** [1] - 1:21
**plaintiffs'** [7] - 10:6, 21:8, 23:21, 29:21, 29:22, 33:7, 34:6
**plan** [13] - 3:7, 14:11, 14:12, 16:1, 33:7, 33:9, 33:13, 33:22, 48:9, 53:1, 53:23, 53:24
**planning** [1] - 11:9
**plans** [4] - 43:24, 53:2, 53:12, 53:13
**platform** [1] - 16:7
**play** [2] - 10:2, 49:4
**please** [8] - 4:2, 4:12, 17:4, 17:8, 18:14, 41:23, 43:13, 50:11

**pleased** [1] - 26:20
**PLLC** [1] - 2:3
**podcast** [1] - 36:9
**point** [14] - 19:17, 19:25, 20:8, 21:1, 25:3, 26:8, 30:9, 35:1, 35:8, 37:7, 41:2, 44:7, 54:5, 58:23
**pointed** [1] - 44:21
**points** [3] - 6:9, 42:24, 46:21
**Pop** [8] - 9:15, 11:16, 19:2, 33:24, 34:7, 34:11, 37:22, 53:1
**Pop's** [1] - 10:6
**Poppi** [1] - 10:5
**portion** [1] - 22:17
**position** [3] - 6:5, 9:5, 17:9
**positioning** [1] - 11:7
**positions** [1] - 22:1
**possession** [4] - 6:25, 8:16, 11:6, 46:15
**possible** [3] - 20:24, 57:16
**posted** [1] - 36:9
**potential** [2] - 56:1, 59:7
**potentially** [1] - 53:15
**powders** [2] - 30:17, 36:23
**prebiotic** [2] - 15:13, 15:20
**prebiotics** [2] - 9:17, 15:17
**preclude** [2] - 30:14, 37:4
**preliminary** [9] - 23:15, 30:12, 31:20, 35:9, 48:4, 49:3, 49:11, 50:22, 51:19
**present** [1] - 8:10
**presentation** [3] - 4:17, 5:18, 11:10
**presented** [2] - 24:24, 36:25
**presenting** [2] - 3:21, 46:1
**presents** [1] - 5:8
**pressed** [1] - 21:11
**presumably** [1] - 25:20
**pretty** [1] - 47:10
**prevail** [1] - 29:20
**prevent** [8] - 29:6, 29:18, 31:8, 37:17, 38:3, 40:15, 40:17, 59:4
**previewed** [1] - 51:10
**previously** [1] - 41:19
**pricing** [3] - 53:5, 53:6, 53:24
**primarily** [2] - 22:18, 22:20
**primary** [1] - 52:9
**principle** [2] - 6:15, 6:18
**printed** [1] - 39:18
**prior** [1] - 47:20
**prioritizes** [1] - 9:1
**private** [1] - 23:25
**probiotics** [1] - 15:18
**problem** [7] - 6:1, 6:2, 8:6,

22:13, 25:16, 45:16, 54:20
**problems** [2] - 9:13, 18:6
**proceed** [4] - 4:9, 4:20, 5:6, 28:16
**proceedings** [2] - 60:14, 60:19
**Proceedings** [1] - 1:24
**PROCEEDINGS** [1] - 1:16
**process** [2] - 10:22, 21:17
**processes** [1] - 36:11
**PROCTER** [1] - 1:21
**Proctor** [2] - 3:11, 3:13
**produce** [1] - 21:20
**produced** [2] - 1:25, 31:22
**produces** [1] - 37:1
**product** [15] - 9:22, 10:4, 16:7, 33:13, 33:24, 34:2, 34:8, 34:18, 43:18, 49:9, 51:9, 53:3, 53:4, 53:24
**productive** [1] - 33:18
**products** [13] - 9:25, 21:13, 30:2, 30:9, 30:18, 30:19, 30:23, 35:10, 36:17, 36:23, 37:1, 47:7, 52:11
**prohibit** [1] - 37:11
**prohibits** [1] - 36:16
**promised** [1] - 44:16
**promo** [2] - 53:6, 53:24
**promotions** [1] - 35:20
**proof** [4] - 34:23, 35:2, 43:5, 43:9
**propensity** [2] - 25:21, 26:3
**proposed** [1] - 22:19
**proposition** [1] - 55:12
**proprietary** [1] - 56:20
**prorate** [1] - 44:19
**prorated** [1] - 44:16
**prospective** [1] - 23:25
**protect** [1] - 19:7
**protectable** [3] - 26:13, 26:18
**protecting** [1] - 17:12
**protein** [2] - 30:17, 36:23
**protocol** [2] - 21:18, 57:3
**protocols** [1] - 56:10
**proved** [1] - 30:9
**proven** [1] - 9:10
**provide** [6] - 32:6, 41:20, 41:25, 42:23, 50:6, 54:14
**provided** [4] - 39:17, 40:17, 45:22, 46:2
**providing** [1] - 46:9
**public** [2] - 23:24, 24:2
**publicly** [7] - 14:17, 36:6, 36:7, 36:9, 36:12, 39:21, 53:9
**punitive** [1] - 19:10
**purged** [1] - 11:10
**purpose** [6] - 28:18, 28:21,

35:9, 49:3, 49:11, 51:19
**purposes** [1] - 47:5
**pursue** [2] - 16:25, 25:4
**pursuing** [2] - 21:9, 23:7
**put** [16] - 18:7, 18:13, 18:19, 19:24, 28:23, 30:1, 38:22, 39:8, 43:21, 43:25, 45:3, 45:8, 46:18, 49:13, 53:21, 54:2
**puts** [1] - 43:2
**putting** [1] - 47:4

# Q

**quantifiable** [1] - 44:6
**question** [6] - 5:9, 17:2, 18:17, 22:12, 23:18, 28:10
**questions** [6] - 4:19, 6:10, 15:11, 16:18, 39:3, 60:10
**quite** [2] - 14:6, 24:9
**quote** [3] - 9:20, 40:9

# R

**R** [1] - 3:1
**RACHEL** [1] - 2:6
**Rachel** [6] - 3:25, 4:3, 19:14, 21:10, 48:21, 49:15
**raised** [1] - 21:2
**rather** [3] - 20:18, 28:16, 35:22
**reach** [1] - 15:20
**reaching** [1] - 15:19
**read** [1] - 60:6
**readily** [1] - 36:12
**ready** [1] - 11:12
**real** [1] - 49:24
**really** [9] - 13:12, 14:25, 15:2, 19:10, 41:1, 48:1, 48:3, 58:24, 59:24
**reason** [2] - 10:11, 52:9
**reasonable** [3] - 40:16, 57:9, 57:12
**reasonably** [1] - 24:2
**reasons** [5] - 18:23, 20:20, 20:21, 44:12, 45:4
**recently** [1] - 15:9
**RECESS** [2] - 1:12, 2:7
**Recess** [54] - 4:1, 5:18, 5:21, 6:5, 8:12, 8:17, 10:25, 11:14, 12:10, 13:19, 15:14, 16:1, 16:2, 16:3, 16:11, 18:1, 19:14, 20:4, 21:14, 22:23, 24:15, 24:17, 27:1, 27:2, 27:3, 28:25, 29:7, 29:19, 29:25, 30:22, 31:5, 31:9, 31:12, 33:9, 35:21, 36:25, 37:3, 37:12, 37:14, 38:4, 39:13, 40:22, 42:10, 43:17, 43:23, 44:18, 45:7, 47:21,

48:17, 49:16, 51:4, 53:10, 57:14
**recess** [2] - 43:3, 50:13
**Recess's** [8] - 5:25, 7:6, 8:9, 9:19, 10:5, 11:11, 20:5, 30:10
**Recess-issued** [1] - 10:25
**recipe** [1] - 24:21
**recognized** [1] - 18:2
**record** [10] - 7:3, 8:7, 10:13, 18:23, 19:17, 24:1, 31:19, 44:17, 56:22, 60:19
**recorded** [1] - 1:24
**recruited** [1] - 52:12
**red** [1] - 25:19
**red-handed** [1] - 25:19
**referred** [1] - 47:1
**reframe** [1] - 6:2
**regard** [2] - 49:6, 55:6
**regarding** [7] - 7:14, 7:15, 33:9, 33:16, 42:12, 42:24, 48:5
**regularly** [1] - 6:6
**reject** [1] - 12:3
**related** [2] - 30:18, 56:22
**relationship** [1] - 40:18
**relationships** [1] - 59:8
**relaxation** [2] - 15:12, 15:21
**relaxing** [1] - 9:22
**release** [3] - 15:16, 53:3, 53:4
**relevant** [1] - 34:5
**relief** [12] - 6:7, 6:13, 13:11, 22:17, 25:9, 32:3, 32:12, 38:21, 40:2, 40:24, 54:13, 55:13
**relies** [1] - 20:13
**remains** [1] - 9:10
**remarks** [1] - 12:25
**remedial** [1] - 23:17
**remediated** [2] - 10:18, 42:17
**remediation** [12] - 5:25, 10:22, 11:6, 11:17, 14:20, 14:21, 14:22, 19:16, 20:19, 31:12, 41:9, 41:11
**remedies** [1] - 58:16
**remedy** [5] - 29:8, 29:9, 29:17, 40:10, 41:4
**remember** [1] - 6:22
**renamed** [2] - 24:20
**repeat** [2] - 22:12, 45:17
**repeated** [1] - 25:5
**repeatedly** [1] - 12:16
**replace** [1] - 18:19
**replacement** [1] - 18:7
**replicate** [2] - 33:23, 34:16
**reply** [4] - 10:2, 18:8, 18:21,

30:7
**Reporter** [4] - 2:10, 2:11, 60:17, 60:21
**reporter** [1] - 3:6
**REPORTER** [1] - 23:11
**REPORTER'S** [1] - 60:16
**reporting** [1] - 33:16
**represented** [1] - 12:11
**representing** [1] - 12:10
**repurpose** [2] - 33:23, 34:1
**repurposed** [3] - 33:18, 35:13, 35:23
**repurposing** [1] - 43:23
**reputational** [1] - 14:8
**request** [3] - 22:18, 41:19, 41:24
**requested** [1] - 41:15
**requesting** [1] - 6:14
**requests** [1] - 55:12
**require** [3] - 27:17, 53:8, 59:16
**required** [1] - 35:2
**requires** [1] - 58:8
**research** [2] - 41:18, 42:23
**resignation** [2] - 44:24, 45:4
**resonate** [1] - 47:5
**resources** [1] - 43:21
**respect** [2] - 13:17, 13:25
**respond** [3] - 19:15, 28:24, 55:22
**response** [5] - 7:25, 17:23, 19:25, 23:15, 24:6
**rest** [1] - 54:25
**restrain** [1] - 38:3
**restrained** [1] - 55:8
**restrictions** [1] - 23:23
**restricts** [1] - 36:21
**retailer** [2] - 53:6, 53:25
**retailers** [5] - 10:1, 33:16, 35:18, 53:5, 53:7
**retained** [3] - 6:24, 39:10, 47:15
**retaining** [3] - 8:19, 47:24, 48:11
**return** [3] - 32:18, 33:17, 47:16
**returned** [5] - 9:8, 26:4, 32:23, 51:6, 55:16
**reveal** [1] - 52:10
**revealed** [1] - 12:16
**revenues** [2] - 34:6, 34:22
**review** [2] - 52:20, 57:16
**reviewing** [1] - 52:18
**rewind** [1] - 18:15
**right** [9] - 4:14, 5:5, 10:4, 46:6, 46:18, 51:18, 53:2, 53:14, 55:14
**rights** [2] - 11:21, 27:10

**ring** [4] - 11:5, 41:6, 46:9, 46:16
**ring-fenced** [3] - 11:5, 41:6, 46:9
**ring-fencing** [1] - 46:16
**risk** [5] - 8:14, 12:3, 40:20, 41:4, 49:25
**road** [11] - 5:10, 6:8, 8:10, 8:13, 34:1, 34:18, 35:16, 43:24, 48:6, 48:9, 49:9
**role** [8] - 26:6, 26:20, 32:11, 32:21, 39:14, 51:8, 52:4
**Room** [1] - 2:13
**routinely** [1] - 12:3
**RPR** [2] - 2:10, 60:17
**ruling** [1] - 52:17
**run** [1] - 54:6
**Rusk** [1] - 2:12

# S

**S** [4] - 2:10, 3:1, 60:17, 60:21
**said** [11] - 19:17, 19:19, 20:8, 20:25, 29:1, 33:10, 45:8, 45:18, 46:5, 50:16, 51:12
**sale** [1] - 14:7
**sales** [8] - 16:4, 16:8, 16:9, 16:10, 37:23, 47:8, 49:20, 49:21
**same** [11] - 20:12, 23:5, 24:3, 25:21, 30:3, 30:4, 30:5, 34:14, 41:14, 57:23
**San** [1] - 1:22
**satisfies** [1] - 59:23
**saved** [1] - 20:5
**saving** [1] - 11:4
**savings** [2] - 43:23, 49:7
**say** [22] - 4:21, 4:22, 8:5, 10:18, 10:20, 20:17, 23:24, 29:11, 38:2, 38:11, 39:19, 42:7, 45:15, 50:6, 50:15, 51:23, 54:21, 58:11, 58:13, 58:18, 59:12, 60:2
**saying** [14] - 5:1, 25:1, 25:15, 34:13, 42:6, 44:8, 45:23, 47:11, 47:15, 48:24, 50:22, 54:23, 57:18, 58:7
**says** [6] - 39:13, 40:14, 42:10, 52:11, 56:4, 56:5
**scaling** [1] - 56:16
**scope** [2] - 12:5, 19:16
**scratch** [1] - 34:17
**search** [6] - 19:20, 27:13, 55:18, 55:19, 58:3
**searched** [15] - 10:24, 11:1, 11:2, 19:20, 19:21, 19:25, 20:3, 20:9, 20:11, 24:16, 24:18, 48:15, 57:18, 57:25

seat [1] - 39:6
second [1] - 6:11
secondly [4] - 24:23, 35:15, 42:6, 46:3
secret [25] - 6:18, 8:24, 11:13, 13:14, 14:13, 14:18, 15:4, 19:7, 27:18, 28:5, 28:19, 29:3, 32:5, 32:22, 35:12, 38:23, 39:7, 39:25, 40:4, 42:15, 42:20, 54:4, 58:4, 58:12, 58:13
Secret [2] - 25:25
secretive [1] - 39:23
Secrets [3] - 29:18, 32:2, 40:14
secrets [31] - 9:4, 9:5, 9:7, 17:15, 19:7, 28:21, 29:5, 29:6, 31:10, 32:4, 32:5, 36:15, 38:9, 38:24, 40:10, 40:11, 40:21, 41:2, 42:11, 43:10, 43:21, 43:23, 49:6, 49:14, 50:9, 51:25, 52:2, 52:3, 56:3, 57:20
section [1] - 9:14
sections [1] - 4:18
secure [1] - 9:6
see [9] - 10:13, 14:23, 22:19, 26:20, 48:5, 49:5, 59:10, 59:15, 59:19
seeing [1] - 51:21
seeking [2] - 13:13, 13:15
seem [3] - 23:19, 41:1, 54:5
seems [2] - 50:18, 57:10
seen [4] - 45:11, 49:20, 49:21
segments [1] - 21:12
seize [1] - 22:19
sells [2] - 30:17, 37:1
sending [5] - 27:3, 45:7, 47:15, 47:21, 47:24
senior [1] - 5:9
sensitive [4] - 6:4, 52:10, 52:15, 52:23
sensitivities [1] - 59:9
sensitivity [1] - 52:13
sent [2] - 27:20, 47:18
sentence [1] - 56:5
separate [4] - 22:16, 22:23, 39:2, 40:23
separated [1] - 9:2
September [2] - 13:18, 17:20
sequestered [5] - 10:21, 20:6, 41:6, 49:25, 51:5
servers [2] - 20:5, 58:21
serving [1] - 47:23
set [2] - 4:16, 19:23
setting [2] - 8:15, 30:25
seven [1] - 14:1
several [4] - 16:21, 44:7,

44:11, 46:21
shape [1] - 6:19
shaped [1] - 12:14
share [6] - 14:8, 16:24, 19:1, 35:11, 37:24, 53:11
shared [5] - 5:21, 8:20, 48:13, 51:4, 55:4
sharp [1] - 34:22
she [1] - 45:8
shelf [2] - 30:10, 35:18
shelves [1] - 9:25
SHERMAN [16] - 2:6, 3:25, 4:3, 4:7, 19:13, 21:10, 21:21, 28:24, 29:5, 35:4, 40:5, 48:21, 49:15, 50:17, 57:14, 60:11
Sherman [12] - 3:25, 4:3, 4:5, 12:10, 19:14, 21:10, 24:13, 27:5, 28:25, 42:6, 45:18, 49:15
shifted [1] - 50:19
shoplifter [1] - 25:14
short [1] - 50:11
shortly [1] - 12:21
should [13] - 10:1, 10:12, 21:1, 32:19, 38:3, 39:5, 41:14, 46:7, 52:7, 53:20, 55:14, 57:17, 57:25
shouldn't [4] - 25:18, 53:21, 55:14, 58:21
show [17] - 5:24, 9:3, 9:4, 14:3, 27:19, 29:21, 29:23, 34:5, 34:9, 34:21, 44:22, 45:2, 50:3, 50:7, 50:10, 56:17, 58:21
showing [2] - 30:1, 34:20
shown [2] - 31:23, 59:15
shows [9] - 7:3, 8:7, 8:17, 10:8, 12:8, 12:9, 17:25, 18:23, 19:10
shred [1] - 30:22
side [7] - 4:22, 4:23, 5:1, 13:2, 14:23, 21:5, 49:7
sidelined [1] - 29:17
sidelines [5] - 25:10, 26:1, 39:8, 53:20, 54:15
sides [2] - 57:6, 60:4
sides' [1] - 7:25
sign [1] - 14:7
significant [5] - 11:19, 20:23, 21:7, 21:8, 34:5
similar [1] - 16:1
simple [1] - 48:7
simply [21] - 3:7, 9:4, 9:16, 10:15, 11:4, 11:16, 12:1, 31:22, 32:8, 32:18, 35:8, 37:7, 37:25, 38:2, 38:8, 44:9, 45:12, 47:25, 48:18, 55:14, 58:22
since [6] - 13:17, 15:6,

34:21, 34:22, 37:19, 53:17
single [2] - 20:17, 30:21
sir [1] - 8:1
sit [6] - 25:10, 26:1, 30:10, 35:9, 53:20, 54:15
sits [1] - 47:1
sitting [5] - 6:4, 32:20, 52:3, 53:21, 55:6
situation [2] - 6:6, 12:14
six [5] - 31:2, 37:19, 37:23, 49:18
skill [1] - 29:13
skip [1] - 49:8
sleeping [1] - 25:2
slept [1] - 11:21
slide [6] - 11:10, 34:13, 39:12, 39:14, 51:3, 51:11
slides [1] - 45:25
slow [5] - 41:21, 42:2, 42:3
Smith [3] - 2:10, 60:17, 60:21
smoke [1] - 32:9
smokescreen [1] - 32:15
smoking [2] - 39:9, 39:18
so [55] - 7:11, 8:7, 9:17, 11:4, 15:10, 15:22, 16:10, 16:14, 18:16, 18:22, 19:4, 20:4, 20:16, 22:2, 22:16, 23:7, 24:1, 27:12, 29:3, 29:15, 30:10, 30:24, 31:8, 31:13, 32:12, 33:23, 36:2, 36:20, 37:7, 37:13, 37:25, 38:2, 40:19, 41:7, 42:22, 44:17, 44:18, 45:11, 47:23, 48:15, 48:17, 49:25, 51:25, 52:10, 53:12, 53:16, 54:1, 54:19, 55:7, 56:18, 57:20, 57:22, 58:5, 60:3, 60:6
social [2] - 35:19, 36:9
soda [2] - 9:16, 15:20
sold [1] - 30:4
solely [1] - 31:5
solicit [1] - 13:24
some [23] - 6:22, 7:6, 9:13, 14:10, 14:11, 18:9, 18:10, 21:17, 23:1, 23:16, 24:23, 28:1, 43:18, 44:20, 48:3, 48:11, 51:2, 56:20, 57:5, 57:24, 58:3, 59:20, 60:3
somebody [5] - 8:4, 15:19, 35:24, 38:7, 48:11
somehow [1] - 5:25
someone [1] - 47:17
someone's [1] - 11:8
something [11] - 8:5, 20:25, 23:10, 33:3, 38:11, 39:10, 43:1, 52:12, 54:16, 57:21, 57:25
sometimes [2] - 8:8, 46:25
sorry [5] - 7:15, 8:4, 28:14,

43:8, 48:23
sort [1] - 56:10
sound [1] - 44:6
southern [1] - 2:12
Southern [2] - 40:7, 60:17
SOUTHERN [1] - 1:1
space [3] - 10:9, 35:18, 37:15
spaces [1] - 37:6
speak [3] - 3:7, 35:24, 50:24
speaking [11] - 4:12, 7:19, 8:3, 17:4, 18:12, 24:9, 41:18, 43:13
specific [1] - 57:1
specifically [4] - 9:3, 24:15, 32:8, 50:8
specified [3] - 11:3, 14:12, 33:6
speculation [1] - 7:1
speculative [1] - 44:6
spend [2] - 35:17, 48:3
spent [2] - 36:6, 58:25
spirit [1] - 26:17
spoken [1] - 36:7
sports [2] - 30:17, 36:23
stand [1] - 54:10
standard [1] - 46:24
standards [1] - 31:18
standing [3] - 56:4, 56:8, 57:11
start [10] - 3:9, 4:21, 4:22, 5:4, 33:25, 41:23, 43:22, 44:7, 46:16, 58:5
started [3] - 8:4, 45:13, 46:19
starting [3] - 16:7, 34:17, 34:18
startup [1] - 21:14
state [7] - 18:18, 24:15, 24:18, 24:19, 29:7, 32:8, 51:2
statements [2] - 19:22, 27:6
States [2] - 2:11, 60:17
STATES [2] - 1:1, 1:17
states [4] - 9:3, 9:6, 24:14, 50:8
static [2] - 17:24, 18:10
statute [2] - 29:8, 42:13
statutes [6] - 28:19, 29:11, 38:20, 54:13, 58:12, 58:13
statutory [1] - 38:22
steeper [1] - 38:8
stenography [1] - 1:24
steps [6] - 20:23, 21:3, 23:17, 39:22, 49:8, 49:12
still [15] - 5:15, 7:5, 11:11, 17:1, 26:25, 27:3, 32:16, 37:21, 39:12, 41:10, 42:19,

42:25, 45:10, 45:25, 50:22

**stipulate** [1] - 58:8
**stolen** [1] - 22:15
**stop** [4] - 17:16, 26:6, 28:21, 50:23
**stopping** [1] - 56:21
**storage** [2] - 10:24, 19:20
**stores** [2] - 30:4, 30:9
**straightforward** [2] - 5:8, 5:13
**strategic** [6] - 5:10, 5:18, 8:10, 32:21, 32:25, 34:18
**strategies** [6] - 14:16, 36:4, 36:11, 52:10, 53:5
**strategy** [27] - 6:19, 8:25, 9:9, 11:7, 11:10, 11:14, 26:6, 33:11, 33:12, 34:1, 34:11, 34:20, 39:12, 39:14, 42:12, 43:24, 45:23, 46:13, 48:5, 48:9, 51:2, 51:8, 52:4, 53:4, 53:22, 55:7, 56:13
**Street** [2] - 1:22, 2:3
**string** [1] - 32:7
**strong** [1] - 25:23
**stuck** [1] - 59:9
**stuff** [6] - 14:14, 27:1, 33:21, 47:16, 48:6, 59:3
**submission** [4] - 54:10, 56:5, 56:7
**submissions** [1] - 39:16
**submit** [1] - 41:14
**submitted** [5] - 10:3, 19:23, 48:4, 49:19, 60:9
**substantially** [1] - 37:23
**succeed** [1] - 59:22
**success** [7] - 13:6, 22:21, 29:23, 31:23, 33:24, 34:11, 37:8
**successes** [1] - 35:20
**successors** [1] - 11:16
**such** [4] - 15:24, 38:18, 40:16, 47:4
**suffered** [2] - 14:5, 37:22
**sufficient** [4] - 39:3, 39:24, 39:25, 47:3
**suggest** [2] - 18:25, 23:11
**suing** [2] - 27:23
**Suite** [1] - 2:4
**supervisor** [1] - 18:20
**supplemental** [3] - 32:6, 41:20, 41:25
**supplements** [2] - 30:17, 36:23
**supplication** [1] - 9:21
**supplied** [1] - 44:22
**support** [3] - 29:22, 48:4, 56:23
**supposed** [2] - 33:15, 58:19
**sure** [10] - 26:21, 35:8,

39:21, 41:24, 42:4, 42:20, 45:18, 52:22, 59:11, 59:14
**suspended** [1] - 23:22
**switch** [1] - 25:2
**synthesis** [1] - 8:15
**system** [5] - 7:6, 8:9, 11:4, 11:11, 47:25
**systems** [2] - 48:14, 48:15

**T**

**tag** [1] - 9:19
**tailored** [1] - 56:24
**take** [16] - 4:18, 5:9, 10:11, 13:4, 18:24, 25:15, 25:17, 25:21, 26:20, 38:9, 38:18, 46:20, 49:12, 50:11, 54:6, 60:3
**taken** [24] - 18:25, 20:23, 21:3, 21:7, 25:18, 27:14, 32:17, 33:20, 34:12, 38:17, 39:19, 39:22, 43:22, 44:9, 45:13, 46:23, 48:13, 49:6, 50:21, 55:1, 57:20, 57:23, 59:3
**taking** [1] - 47:10
**talk** [9] - 14:23, 15:11, 15:17, 15:18, 21:1, 56:9, 56:13, 57:2
**talked** [1] - 4:8
**talking** [6] - 34:8, 38:14, 46:6, 49:14, 53:12, 53:13
**talks** [1] - 15:15
**targeted** [1] - 30:5
**TELEPHONICALLY** [1] - 1:16
**tell** [1] - 57:5
**telling** [1] - 57:8
**tension** [1] - 15:16
**term** [2] - 33:21, 58:3
**terms** [12] - 16:1, 21:2, 23:7, 30:21, 33:21, 36:3, 40:13, 40:16, 49:8, 53:3, 55:19, 58:2
**TERRENCE** [1] - 1:11
**terribly** [1] - 54:6
**test** [1] - 10:15
**testimony** [1] - 9:25
**Texas** [10] - 2:4, 2:12, 2:13, 9:2, 25:24, 26:13, 32:2, 32:7, 40:8, 60:18
**TEXAS** [2] - 1:1, 1:9
**text** [4] - 36:16, 36:18, 36:20, 37:9
**textbook** [1] - 6:18
**than** [15] - 14:23, 15:10, 15:11, 28:16, 33:18, 37:19, 38:1, 38:8, 44:1, 54:16, 57:11, 58:25, 59:7, 59:20, 59:22

**thank** [9] - 3:18, 3:19, 4:5, 4:7, 5:7, 12:24, 46:18, 50:17, 58:10
**that** [388] - 3:12, 4:24, 5:3, 5:11, 5:13, 5:19, 5:20, 5:24, 5:25, 6:11, 6:13, 6:18, 6:20, 6:21, 6:23, 7:11, 7:22, 8:7, 8:10, 8:13, 8:16, 8:17, 8:20, 9:3, 9:4, 9:6, 9:13, 9:19, 9:21, 9:25, 10:2, 10:3, 10:6, 10:11, 10:17, 10:21, 11:3, 11:5, 11:10, 11:20, 11:23, 12:2, 12:11, 12:12, 12:16, 12:19, 12:21, 12:22, 12:24, 13:5, 13:6, 13:18, 13:20, 13:23, 14:4, 14:10, 14:12, 14:16, 14:18, 15:1, 15:5, 15:7, 15:8, 15:10, 15:19, 15:22, 16:8, 16:15, 16:16, 16:24, 17:2, 17:12, 17:15, 17:19, 17:20, 18:2, 18:7, 18:21, 18:23, 18:25, 19:2, 19:9, 19:10, 19:16, 19:17, 19:18, 19:19, 19:20, 19:21, 19:23, 19:25, 20:4, 20:5, 20:6, 20:9, 20:10, 20:12, 20:13, 20:15, 20:19, 20:21, 20:22, 20:23, 20:25, 21:3, 21:6, 21:7, 21:11, 21:13, 21:18, 21:19, 22:12, 22:13, 22:18, 22:20, 22:24, 23:2, 23:17, 24:2, 24:11, 24:15, 24:18, 24:19, 24:20, 24:21, 24:24, 25:3, 25:4, 25:16, 26:14, 26:17, 26:18, 26:20, 26:25, 27:9, 27:10, 27:16, 27:17, 27:20, 28:1, 28:4, 28:15, 28:16, 28:23, 29:8, 29:11, 29:15, 29:17, 29:22, 29:24, 30:1, 30:2, 30:3, 30:5, 30:6, 30:8, 30:15, 30:16, 30:22, 31:1, 31:6, 31:11, 31:12, 31:13, 31:14, 31:15, 31:17, 31:22, 32:1, 32:3, 32:8, 32:10, 32:12, 32:20, 32:22, 32:24, 33:3, 33:5, 33:12, 33:23, 34:1, 34:8, 34:10, 34:11, 34:12, 34:14, 35:12, 35:15, 35:16, 35:20, 35:22, 36:4, 36:22, 36:25, 37:2, 37:5, 37:11, 37:21, 38:2, 38:12, 38:22, 38:25, 39:5, 39:16, 39:19, 39:21, 39:24, 40:1, 40:2, 40:3, 40:4, 40:24, 41:19, 42:6, 42:10, 42:13, 42:15, 42:16, 42:17, 42:19, 42:20, 42:25, 43:1, 43:18, 43:19, 43:21, 43:23, 44:2, 44:5, 44:8, 44:9, 44:16, 44:18, 45:8, 45:12, 45:16, 45:18, 45:23, 46:2, 46:7,

46:8, 46:9, 46:10, 46:11, 46:12, 46:14, 46:17, 46:19, 46:20, 46:23, 46:25, 47:2, 47:5, 47:7, 47:8, 47:9, 47:12, 47:18, 47:22, 48:1, 48:4, 48:7, 48:12, 48:13, 48:18, 48:20, 49:1, 49:6, 49:9, 49:10, 49:12, 49:17, 50:2, 50:3, 50:6, 50:8, 50:18, 50:24, 51:2, 51:5, 51:6, 51:10, 51:12, 51:14, 51:16, 51:19, 51:23, 52:5, 52:7, 52:10, 53:7, 53:8, 53:17, 53:25, 54:1, 54:3, 54:5, 54:9, 54:12, 54:13, 54:16, 54:17, 54:20, 54:23, 55:3, 55:4, 55:8, 55:13, 55:19, 55:20, 56:3, 56:5, 56:16, 56:19, 57:6, 57:7, 57:8, 57:9, 57:15, 57:16, 57:20, 57:21, 57:22, 57:23, 57:25, 58:1, 58:6, 58:8, 58:11, 58:13, 58:15, 58:16, 58:17, 58:24, 59:3, 59:6, 59:7, 59:10, 59:12, 59:15, 59:21, 59:23, 59:25, 60:2, 60:4, 60:7, 60:18
**that's** [35] - 5:2, 14:9, 14:14, 15:8, 16:18, 24:5, 28:18, 30:25, 34:17, 35:8, 42:15, 44:7, 46:6, 46:17, 46:24, 47:6, 47:16, 49:2, 50:5, 51:3, 51:12, 53:10, 54:16, 55:15, 56:7, 56:23, 57:12, 58:4, 58:21, 58:22, 58:25
**the** [558] - 2:8, 3:5, 3:7, 3:16, 4:1, 4:3, 4:15, 4:16, 4:18, 5:12, 5:13, 5:14, 5:16, 5:18, 5:22, 5:23, 5:25, 6:1, 6:2, 6:3, 6:5, 6:6, 6:9, 6:10, 6:11, 6:13, 6:14, 6:15, 6:16, 6:17, 6:19, 6:21, 7:1, 7:3, 7:4, 7:11, 7:12, 7:14, 7:15, 7:17, 7:25, 8:7, 8:8, 8:12, 8:15, 8:16, 8:17, 8:21, 8:23, 9:1, 9:4, 9:7, 9:9, 9:14, 9:19, 9:23, 9:25, 10:7, 10:8, 10:11, 10:12, 10:13, 10:14, 10:22, 10:25, 11:2, 11:3, 11:4, 11:9, 11:14, 11:20, 11:23, 11:24, 12:3, 12:5, 12:8, 12:9, 12:10, 12:14, 12:18, 13:2, 13:4, 13:7, 13:8, 13:9, 13:12, 13:22, 14:1, 14:2, 14:4, 14:5, 14:13, 14:14, 14:16, 14:20, 14:23, 15:3, 15:7, 15:8, 15:9, 15:12, 15:15, 16:2, 16:5, 16:10, 16:12, 16:14, 16:15, 16:16, 16:18, 17:6, 17:11, 17:12, 17:13, 17:19, 18:3, 18:4, 18:5, 18:7, 18:19,

18:23, 19:2, 19:4, 19:5, 19:8, 19:16, 19:17, 19:19, 19:21, 19:23, 19:25, 20:1, 20:2, 20:3, 20:8, 20:9, 20:10, 20:11, 20:14, 20:17, 20:20, 20:21, 20:24, 21:5, 21:6, 21:12, 21:18, 21:24, 22:1, 22:6, 22:7, 22:9, 22:11, 22:13, 22:14, 22:17, 23:5, 23:7, 23:14, 23:15, 23:16, 23:17, 23:18, 24:3, 24:8, 24:9, 24:10, 24:11, 24:13, 24:14, 24:15, 24:17, 24:21, 24:23, 24:24, 24:25, 25:2, 25:10, 25:13, 25:14, 25:15, 25:18, 25:20, 25:21, 25:23, 25:24, 25:25, 26:1, 26:4, 26:8, 26:9, 26:10, 26:13, 26:14, 26:17, 26:23, 26:24, 27:14, 27:17, 27:20, 27:23, 28:1, 28:3, 28:5, 28:18, 28:19, 28:20, 28:21, 28:22, 28:23, 29:2, 29:3, 29:5, 29:6, 29:7, 29:8, 29:10, 29:11, 29:15, 29:17, 29:18, 29:19, 29:21, 29:23, 30:2, 30:3, 30:4, 30:5, 30:10, 30:13, 30:14, 30:15, 30:18, 30:20, 30:21, 30:25, 31:6, 31:8, 31:9, 31:10, 31:11, 31:14, 31:15, 31:19, 31:20, 31:22, 31:23, 32:1, 32:2, 32:8, 32:15, 32:16, 32:21, 32:22, 33:5, 33:6, 33:7, 33:14, 33:15, 33:24, 34:4, 34:5, 34:7, 34:8, 34:9, 34:10, 34:12, 34:14, 34:21, 34:22, 35:8, 35:10, 35:11, 35:13, 35:17, 35:20, 36:1, 36:3, 36:6, 36:8, 36:14, 36:15, 36:16, 36:18, 36:19, 36:20, 36:23, 37:3, 37:4, 37:5, 37:6, 37:8, 37:9, 37:10, 37:13, 37:14, 37:15, 37:17, 37:18, 37:22, 37:23, 38:3, 38:4, 38:15, 38:19, 38:20, 38:23, 39:2, 39:3, 39:6, 39:8, 39:12, 39:16, 40:7, 40:10, 40:12, 40:13, 40:14, 40:16, 40:17, 40:20, 40:24, 40:25, 41:2, 41:3, 41:5, 41:10, 41:11, 41:12, 41:14, 41:15, 42:1, 42:6, 42:7, 42:9, 42:14, 42:15, 42:16, 42:17, 42:20, 42:23, 42:25, 43:3, 43:6, 43:9, 43:12, 43:16, 43:19, 43:21, 43:22, 44:1, 44:4, 44:11, 44:13, 44:15, 44:16, 44:17, 44:23, 45:2, 45:14, 45:17, 45:18, 45:22, 45:25, 46:3, 46:4, 46:5, 46:6, 46:10,

46:12, 46:13, 46:14, 46:15, 46:16, 46:17, 46:18, 47:2, 47:6, 47:7, 47:8, 47:20, 48:3, 48:4, 48:5, 48:9, 48:12, 48:18, 48:19, 49:1, 49:2, 49:3, 49:4, 49:5, 49:6, 49:7, 49:11, 49:13, 49:17, 49:24, 50:19, 50:20, 50:21, 50:23, 51:2, 51:3, 51:4, 51:5, 51:12, 51:17, 51:19, 52:2, 52:3, 52:5, 52:9, 52:13, 52:14, 52:17, 52:23, 52:25, 53:2, 53:3, 53:7, 53:16, 53:20, 53:22, 53:23, 53:24, 54:5, 54:6, 54:12, 54:13, 54:15, 54:17, 54:20, 54:21, 54:24, 55:5, 55:6, 55:10, 55:17, 55:24, 56:1, 56:7, 56:16, 56:18, 57:13, 57:23, 58:3, 58:9, 58:20, 58:22, 58:23, 58:24, 59:6, 59:8, 59:10, 59:11, 59:23, 60:8, 60:13, 60:18, 60:18, 60:19

**THE** [84] - 1:17, 1:21, 2:1, 2:6, 3:2, 3:12, 3:15, 3:18, 3:22, 3:24, 4:2, 4:5, 4:8, 4:12, 4:14, 4:21, 4:25, 5:3, 5:6, 7:7, 7:11, 7:17, 7:19, 7:22, 7:25, 8:4, 12:24, 13:2, 15:23, 16:18, 16:21, 17:4, 17:8, 17:22, 17:24, 18:9, 21:5, 21:17, 22:6, 22:10, 22:13, 23:1, 23:9, 26:8, 27:22, 28:10, 28:13, 28:15, 29:4, 33:2, 34:4, 34:19, 35:5, 35:24, 38:7, 41:21, 42:2, 42:5, 43:5, 43:7, 43:9, 43:13, 43:15, 46:21, 47:7, 48:22, 48:25, 50:11, 50:14, 50:18, 51:12, 51:17, 51:21, 51:25, 52:9, 52:20, 52:23, 53:12, 53:16, 54:5, 54:20, 55:15, 55:22, 59:6

**The** [2] - 10:20, 60:14

**theft** [3] - 13:14, 34:21, 34:22

**their** [59] - 5:20, 6:23, 9:21, 10:4, 10:7, 10:24, 11:21, 13:15, 14:21, 14:24, 18:6, 18:17, 18:18, 18:20, 18:21, 20:2, 20:3, 20:10, 21:16, 22:19, 22:20, 23:18, 24:14, 24:16, 24:18, 25:14, 27:6, 29:20, 30:3, 30:5, 30:11, 31:4, 33:24, 34:1, 34:2, 37:23, 37:24, 38:7, 38:17, 38:24, 38:25, 42:14, 45:10, 45:15, 46:15, 49:9, 50:4, 51:7, 52:5, 52:6, 52:7, 57:19, 58:5, 59:24

**them** [28] - 16:22, 17:18, 21:2, 22:19, 23:22, 25:21, 31:21, 33:23, 36:7, 38:14, 38:17, 39:12, 40:24, 44:22, 45:16, 46:1, 46:8, 47:11, 49:7, 52:20, 54:24, 54:25, 57:2, 57:11, 58:1, 58:6, 58:8

**themselves** [3] - 7:12, 30:13, 30:21

**then** [19] - 5:11, 11:22, 20:8, 21:9, 25:17, 26:22, 27:24, 30:13, 34:12, 38:14, 38:18, 39:21, 44:20, 49:5, 51:6, 51:13, 52:3, 54:19, 57:23

**there** [84] - 8:17, 8:23, 10:3, 10:10, 11:22, 11:23, 12:11, 13:23, 14:2, 14:6, 14:10, 15:7, 15:21, 15:24, 17:1, 18:24, 20:5, 20:24, 20:25, 21:17, 21:19, 21:24, 24:1, 25:2, 25:5, 25:12, 27:16, 27:24, 29:6, 29:8, 29:9, 30:1, 30:11, 30:21, 31:1, 31:7, 31:8, 31:17, 32:4, 33:9, 34:15, 35:14, 36:6, 36:20, 40:1, 40:3, 40:19, 40:22, 40:23, 41:4, 41:7, 41:9, 41:11, 41:13, 42:8, 42:13, 42:18, 43:19, 44:20, 45:11, 46:11, 46:21, 49:7, 49:10, 49:12, 49:23, 49:24, 49:25, 50:1, 51:15, 53:20, 54:1, 55:4, 55:6, 55:13, 55:19, 57:4, 57:22, 57:24, 58:15

**there's** [41] - 6:25, 12:2, 16:21, 17:10, 17:11, 17:24, 18:23, 24:23, 26:2, 26:3, 27:1, 32:9, 32:16, 33:16, 37:7, 37:25, 38:2, 38:9, 38:19, 39:2, 39:3, 39:24, 39:25, 40:1, 45:6, 46:4, 47:3, 48:7, 49:2, 49:6, 50:22, 51:2, 54:23, 55:12, 55:13, 56:22, 56:23, 58:2, 59:3, 59:7

**therefore** [1] - 15:2

**these** [43] - 7:5, 7:7, 10:10, 13:5, 14:19, 17:16, 18:22, 21:12, 22:4, 22:22, 22:24, 25:9, 28:6, 29:16, 30:24, 31:1, 32:17, 33:10, 36:4, 36:6, 36:8, 36:10, 36:11, 37:1, 37:16, 37:17, 38:10, 38:16, 39:19, 40:22, 42:11, 45:12, 45:14, 47:10, 48:16, 51:7, 52:13, 53:25, 55:7, 56:2, 57:19, 58:20, 59:24

**They** [1] - 59:25

**they** [116] - 11:2, 12:13, 13:11, 13:13, 13:15, 13:16,

13:17, 13:19, 13:20, 13:22, 13:24, 14:3, 14:4, 14:9, 14:10, 14:11, 14:22, 15:4, 15:8, 15:25, 16:3, 16:4, 16:6, 16:10, 16:11, 16:12, 17:17, 18:1, 18:2, 18:6, 18:18, 19:9, 21:2, 21:13, 21:25, 22:21, 22:24, 22:25, 23:19, 23:22, 23:23, 24:4, 24:5, 24:11, 24:24, 25:3, 28:8, 29:20, 29:22, 29:23, 29:24, 29:25, 30:3, 30:5, 30:7, 30:24, 31:3, 31:5, 31:6, 31:16, 31:20, 31:22, 33:10, 33:12, 33:20, 33:23, 33:25, 34:1, 35:15, 37:11, 38:25, 42:17, 44:21, 45:8, 45:9, 45:19, 47:2, 47:4, 48:14, 48:18, 49:8, 49:18, 49:20, 49:21, 49:22, 49:23, 50:2, 50:3, 51:6, 51:10, 51:16, 52:4, 52:5, 52:6, 52:10, 52:11, 55:3, 56:3, 57:13, 57:16, 57:17, 57:20, 57:22, 57:24, 58:8, 60:2

**they're** [14] - 10:1, 15:6, 16:23, 33:19, 36:19, 37:14, 51:8, 51:9, 51:18, 51:19, 53:7, 53:17, 56:8, 57:10

**they've** [4] - 14:1, 31:1, 38:24, 46:9

**thing** [2] - 25:22, 34:14

**things** [11] - 16:22, 25:21, 33:6, 38:15, 41:17, 45:12, 53:25, 54:17, 55:13, 56:18, 58:12

**think** [34] - 8:2, 14:9, 15:6, 17:5, 17:10, 17:16, 19:7, 22:2, 22:3, 22:14, 22:16, 23:8, 24:1, 29:1, 29:2, 31:20, 34:9, 35:15, 38:9, 39:24, 46:24, 47:2, 47:9, 47:11, 52:14, 57:4, 57:8, 57:12, 57:17, 59:17, 59:22, 59:25, 60:1

**thinking** [1] - 48:12

**thinks** [1] - 26:17

**third** [2] - 6:13, 51:4

**this** [114] - 3:2, 3:16, 3:25, 4:10, 4:13, 5:8, 5:22, 6:6, 6:21, 7:13, 7:20, 8:13, 8:14, 8:18, 8:19, 9:10, 10:18, 11:20, 11:24, 13:3, 13:20, 14:17, 15:14, 16:11, 16:14, 16:25, 17:6, 17:10, 19:10, 19:13, 19:25, 20:16, 21:1, 21:9, 21:10, 22:8, 22:13, 22:19, 23:8, 23:13, 24:2, 24:7, 25:8, 25:13, 26:15, 27:18, 27:19, 28:2, 28:9, 28:11, 28:24, 29:1, 29:21,

30:11, 31:24, 32:2, 32:12, 32:20, 33:20, 33:21, 35:1, 36:2, 36:16, 38:1, 38:6, 38:22, 39:5, 39:9, 39:15, 39:17, 40:1, 40:6, 41:2, 41:9, 41:11, 41:16, 43:3, 43:4, 43:14, 44:3, 44:6, 45:13, 45:20, 47:16, 47:17, 47:23, 47:25, 48:6, 48:8, 48:10, 48:21, 48:22, 48:25, 49:4, 49:11, 49:15, 49:20, 50:14, 50:25, 54:11, 55:23, 56:12, 56:14, 56:19, 57:19, 57:20, 58:17, 58:22, 58:23, 59:2, 59:3, 59:14

**This** [1] - 23:3

**THOMAS** [2] - 1:10, 2:1

**Thomas** [35] - 3:4, 5:17, 8:9, 9:24, 11:9, 11:12, 12:11, 12:12, 12:16, 13:17, 13:25, 14:16, 16:5, 18:1, 18:20, 19:12, 21:22, 23:24, 25:10, 26:1, 27:7, 31:3, 36:5, 36:7, 37:13, 37:20, 39:1, 44:15, 45:9, 45:23, 53:20, 54:7, 54:14, 56:5, 56:13

**Thomas's** [5] - 18:7, 24:24, 34:11, 44:10, 45:4

**those** [39] - 3:7, 4:19, 5:17, 6:2, 7:9, 8:21, 11:1, 12:7, 12:13, 12:15, 12:19, 14:24, 16:9, 18:12, 19:22, 22:16, 30:20, 30:22, 31:18, 33:18, 34:16, 37:9, 37:12, 40:11, 41:15, 43:23, 43:24, 44:9, 46:12, 47:21, 51:5, 51:17, 52:18, 55:8, 57:2, 57:5, 58:12

**though** [1] - 10:9

**thought** [9] - 4:25, 8:4, 13:20, 14:20, 15:25, 16:10, 24:3, 54:20, 55:15

**thousands** [1] - 59:1

**threat** [5] - 16:23, 38:23, 41:7, 41:13, 49:24

**threatened** [22] - 9:7, 10:14, 25:7, 25:24, 26:2, 28:7, 29:16, 31:10, 32:5, 32:16, 35:2, 38:21, 40:2, 40:15, 40:21, 41:5, 42:24, 46:4, 50:7, 50:8, 51:24, 54:15

**three** [14] - 6:9, 8:21, 12:7, 18:22, 29:16, 33:7, 33:8, 33:22, 44:22, 45:1, 48:9, 48:16, 51:7, 57:11

**three-year** [2] - 33:7, 48:9

**through** [10] - 3:5, 3:6, 5:20, 7:24, 37:18, 38:1, 44:12, 45:17, 60:7

**throughout** [1] - 58:19

**tied** [1] - 22:22

**time** [24] - 3:12, 4:2, 12:10, 12:18, 23:17, 25:3, 26:10, 26:16, 28:2, 34:5, 34:14, 35:1, 35:17, 36:5, 37:7, 38:14, 42:1, 43:20, 48:3, 50:22, 59:21, 60:3

**timeline** [2] - 12:8, 19:9

**times** [2] - 44:8, 49:19

**tiny** [1] - 21:14

**tired** [1] - 9:20

**to** [434] - 3:7, 3:24, 4:9, 4:20, 4:21, 4:22, 5:3, 5:11, 5:18, 6:2, 6:5, 6:19, 6:21, 7:1, 7:10, 7:14, 7:15, 8:4, 8:9, 8:10, 8:11, 8:18, 8:19, 8:21, 9:3, 9:5, 9:6, 10:4, 10:10, 10:11, 10:13, 10:18, 11:4, 11:13, 11:22, 12:18, 13:6, 13:8, 13:11, 13:16, 13:17, 13:18, 13:25, 14:13, 14:18, 14:19, 14:20, 14:23, 15:1, 15:3, 15:4, 15:5, 15:10, 15:11, 15:13, 15:15, 15:16, 15:19, 15:23, 16:2, 16:3, 16:12, 16:19, 16:23, 16:24, 16:25, 17:3, 17:9, 17:11, 17:14, 17:16, 17:18, 17:23, 18:1, 18:10, 18:15, 18:16, 18:19, 18:24, 18:25, 19:4, 19:7, 19:8, 19:9, 19:11, 19:15, 19:16, 20:7, 20:14, 20:16, 20:17, 20:22, 20:23, 21:1, 21:3, 21:6, 21:11, 21:14, 21:20, 21:22, 22:2, 22:3, 22:4, 22:12, 22:18, 22:19, 22:22, 22:24, 22:25, 23:11, 23:12, 23:14, 23:15, 23:17, 23:19, 23:22, 23:24, 24:3, 24:5, 24:10, 24:11, 24:24, 25:4, 25:8, 25:9, 25:10, 25:11, 25:13, 25:19, 25:21, 25:23, 26:1, 26:3, 26:4, 26:12, 26:16, 26:19, 26:20, 26:23, 26:25, 27:1, 27:2, 27:3, 27:5, 27:10, 27:14, 27:15, 27:18, 27:19, 28:2, 28:3, 28:6, 28:20, 28:21, 28:22, 29:2, 29:6, 29:10, 29:12, 29:16, 29:18, 29:20, 29:21, 29:22, 29:23, 30:5, 30:10, 30:18, 31:5, 31:7, 31:8, 32:3, 32:11, 32:17, 32:21, 32:23, 32:25, 33:3, 33:8, 33:11, 33:13, 33:14, 33:15, 33:23, 34:8, 34:10, 34:13, 34:14, 35:1, 35:9, 35:17, 35:18, 35:19, 35:21, 35:24, 36:18, 37:13, 37:16, 37:17, 37:22, 38:2, 38:3, 38:4, 38:7, 38:9, 38:11, 38:16, 38:17, 38:19, 38:20, 38:21, 38:24, 39:1, 39:7, 39:11, 39:16, 39:20, 39:22, 40:1, 40:2, 40:3, 40:7, 40:10, 40:11, 40:13, 40:15, 40:20, 40:22, 40:24, 41:1, 41:2, 41:3, 41:10, 41:15, 41:18, 41:19, 41:25, 42:10, 42:15, 42:21, 42:22, 42:23, 43:17, 44:1, 44:5, 44:7, 44:18, 44:19, 44:21, 44:22, 44:24, 45:1, 45:4, 45:7, 45:9, 45:13, 45:15, 45:18, 45:22, 45:24, 46:1, 46:3, 46:7, 46:8, 46:10, 46:16, 46:19, 47:1, 47:3, 47:4, 47:15, 47:18, 47:20, 47:21, 47:24, 48:1, 48:3, 48:9, 48:10, 48:15, 48:17, 49:3, 49:4, 49:6, 49:8, 49:9, 49:11, 49:13, 49:18, 49:22, 49:23, 49:24, 50:3, 50:6, 50:7, 50:10, 50:11, 50:15, 50:16, 50:18, 50:23, 50:24, 51:5, 51:8, 51:9, 51:10, 51:15, 51:18, 52:4, 52:6, 52:11, 52:12, 52:13, 52:17, 53:1, 53:3, 53:4, 53:5, 53:6, 53:7, 53:9, 53:10, 53:16, 53:17, 53:20, 53:22, 54:1, 54:3, 54:6, 54:7, 54:9, 54:14, 54:15, 54:16, 54:18, 54:24, 55:1, 55:5, 55:6, 55:7, 55:9, 55:19, 55:20, 55:22, 55:25, 56:3, 56:9, 56:11, 56:12, 56:16, 56:17, 56:25, 57:2, 57:9, 57:15, 57:23, 58:1, 58:2, 58:5, 58:6, 58:8, 58:12, 58:16, 58:17, 58:18, 58:19, 58:24, 59:4, 59:5, 59:11, 59:12, 59:15, 59:17, 59:19, 59:20, 59:21, 59:22, 59:23, 59:24, 60:1, 60:2, 60:3, 60:4, 60:5, 60:8, 60:18

**today** [6] - 23:21, 27:2, 32:16, 49:20, 56:7

**told** [1] - 11:22

**tomorrow** [1] - 9:9

**too** [4] - 11:20, 33:23, 41:22, 58:21

**took** [13] - 6:3, 12:18, 18:2, 20:9, 25:13, 26:5, 30:8, 32:23, 33:12, 34:14, 47:2, 47:11, 58:19

**top** [1] - 55:6

**totally** [1] - 50:5

**touch** [1] - 42:11

**toward** [1] - 26:10

**trade** [54] - 6:17, 8:24, 9:4,

9:5, 9:7, 11:13, 13:14, 14:13, 15:4, 17:14, 19:6, 19:7, 27:18, 28:5, 28:19, 28:21, 29:3, 29:5, 31:10, 32:4, 32:5, 32:21, 35:12, 36:15, 38:8, 38:23, 38:24, 39:7, 39:25, 40:4, 40:10, 40:21, 41:2, 42:11, 42:15, 42:20, 43:10, 43:21, 43:23, 49:6, 49:14, 50:9, 51:25, 52:2, 52:3, 54:4, 56:3, 57:20, 58:4, 58:12, 58:13

**Trade** [5] - 25:25, 29:17, 32:2, 40:14

**transcript** [2] - 1:25, 60:18

**TRANSCRIPT** [1] - 1:16

**transfer** [2] - 8:15, 21:6

**transition** [1] - 44:24

**treated** [1] - 45:2

**trial** [4] - 43:17, 59:11, 59:14, 59:15

**trouble** [1] - 21:15

**true** [7] - 18:2, 30:3, 30:4, 30:6, 45:12, 50:5, 60:18

**trust** [1] - 26:19

**trusted** [2] - 28:8, 32:10

**truth** [3] - 12:18, 12:19, 14:5

**try** [3] - 59:21, 60:3, 60:5

**trying** [9] - 15:4, 35:24, 46:7, 49:3, 49:22, 49:23, 53:10, 54:24, 59:22

**twice** [1] - 34:16

**two** [22] - 4:16, 10:2, 10:10, 12:22, 13:10, 17:10, 18:3, 18:5, 22:16, 29:11, 31:6, 31:18, 35:10, 39:3, 40:23, 45:14, 47:23, 55:2, 55:7, 57:13

**Tyler** [1] - 2:7

**type** [3] - 13:21, 41:9, 41:11

**types** [2] - 13:10, 56:11

## U

**U.S** [1] - 40:6

**uncontested** [1] - 18:8

**uncover** [1] - 12:18

**uncovered** [1] - 12:9

**undenied** [1] - 44:17

**under** [9] - 5:12, 25:24, 25:25, 26:25, 28:19, 29:3, 29:5, 29:17, 31:9

**undermines** [1] - 12:3

**understand** [3] - 16:21, 16:22, 21:11

**understanding** [2] - 21:16, 60:19

**undertake** [2] - 57:17, 57:23

**undertaken** [2] - 19:16, 31:12
**undertook** [1] - 20:19
**undone** [1] - 6:16
**unenforceably** [1] - 37:10
**unfair** [1] - 10:16
**unfairly** [1] - 35:14
**unfolding** [1] - 59:10
**Uniform** [2] - 25:25, 32:2
**unilaterally** [1] - 42:7
**unique** [1] - 33:3
**United** [2] - 2:11, 60:17
**UNITED** [2] - 1:1, 1:17
**unknowingly** [1] - 47:16
**unlawful** [1] - 8:18
**unrebutted** [2] - 19:24, 30:6
**unringing** [1] - 8:23
**unspooling** [1] - 53:13
**until** [4] - 15:9, 28:20, 35:10, 46:15
**untrue** [1] - 19:22
**unwind** [2] - 15:16, 46:14
**unwinding** [1] - 15:21
**unwittingly** [1] - 6:24
**unwound** [1] - 6:20
**up** [13] - 14:6, 17:22, 35:17, 42:2, 44:5, 46:9, 48:18, 49:18, 56:17, 57:5, 58:21, 59:2, 60:1
**updates** [1] - 44:23
**uplifting** [1] - 9:20
**uptick** [1] - 34:22
**urgency** [1] - 12:2
**us** [8] - 15:2, 27:4, 27:12, 28:22, 32:23, 57:5, 58:3, 58:15
**use** [23] - 6:5, 8:18, 9:4, 9:5, 9:10, 11:13, 15:1, 15:4, 20:20, 20:24, 22:24, 26:4, 28:4, 29:10, 38:8, 40:4, 40:11, 40:20, 45:15, 56:2, 56:11, 56:25, 58:13
**used** [7] - 5:14, 6:19, 10:16, 17:17, 48:18, 52:12, 53:16
**user** [1] - 60:4
**user-friendly** [1] - 60:4
**using** [4] - 29:13, 45:10, 45:16, 56:21
**utility** [2] - 10:7, 42:14
**utilize** [10] - 25:21, 32:21, 38:24, 39:7, 51:9, 52:4, 54:1, 54:18, 55:9, 55:21
**utilized** [9] - 24:19, 28:22, 35:14, 39:11, 42:21, 48:19, 51:7, 52:3, 59:4
**utilizing** [1] - 26:6

## V

**v** [1] - 40:6

**vacuum** [1] - 57:21
**value** [9] - 20:11, 33:20, 35:21, 38:22, 43:20, 43:22, 49:7, 49:9, 53:9
**various** [6] - 30:8, 36:10, 46:19, 49:10, 53:5, 53:7
**venues** [1] - 14:17
**version** [2] - 18:22, 20:12
**versus** [3] - 3:3, 19:5, 35:19
**very** [16] - 13:10, 13:12, 15:5, 15:14, 20:23, 21:3, 21:23, 24:1, 28:3, 29:8, 33:21, 39:6, 42:25, 52:15, 56:9, 59:12
**via** [1] - 1:25
**view** [1] - 50:20
**viewpoints** [1] - 50:19
**violate** [1] - 26:17
**violating** [1] - 27:11
**violation** [2] - 27:21, 37:12
**violative** [1] - 42:13
**vision** [1] - 33:7
**voluntarily** [1] - 18:4
**VS** [1] - 1:9

## W

**wait** [2] - 28:20, 35:9
**waited** [1] - 11:20
**waive** [1] - 26:16
**waived** [1] - 28:2
**waiver** [1] - 24:23
**walk** [1] - 5:11
**want** [23] - 4:21, 4:22, 13:8, 14:21, 14:24, 15:13, 16:2, 16:25, 24:5, 25:16, 25:18, 25:19, 35:6, 36:18, 38:18, 45:19, 48:1, 50:15, 50:24, 52:20, 54:6, 54:16, 56:12
**wanted** [4] - 19:15, 20:22, 23:19, 23:22
**wanting** [1] - 15:19
**wants** [4] - 10:13, 36:18, 38:11, 45:15
**was** [76] - 4:11, 4:16, 4:24, 5:19, 5:20, 7:4, 7:17, 7:24, 8:2, 8:8, 8:11, 8:17, 8:20, 10:22, 11:22, 11:23, 12:4, 12:5, 12:6, 12:19, 13:18, 13:20, 14:15, 14:20, 15:9, 16:3, 16:10, 18:2, 18:17, 18:19, 20:16, 20:17, 20:18, 21:7, 21:22, 22:1, 22:15, 24:2, 24:4, 25:2, 26:8, 26:9, 27:3, 27:11, 27:12, 27:16, 27:20, 33:9, 33:12, 34:15, 35:12, 35:24, 38:17, 38:18, 39:11, 41:9, 41:11, 41:13, 42:22, 42:25, 43:21, 44:15, 44:20, 44:23, 45:2, 45:23,

46:12, 46:17, 48:7, 49:7, 50:21, 51:10, 55:5, 57:23, 57:24
**wasn't** [2] - 16:11, 59:3
**way** [13] - 28:16, 32:19, 41:22, 42:20, 43:18, 45:2, 45:16, 48:8, 56:17, 56:18, 57:25, 58:5, 59:17
**ways** [2] - 14:25, 46:19
**we** [148] - 4:10, 4:15, 7:9, 8:20, 9:13, 10:2, 10:21, 11:3, 11:20, 12:21, 12:22, 13:4, 13:11, 13:12, 13:23, 14:11, 14:13, 14:19, 14:20, 14:21, 14:23, 14:24, 14:25, 15:1, 15:2, 15:5, 15:6, 17:15, 17:19, 18:4, 19:4, 19:7, 19:20, 19:21, 19:23, 19:25, 20:2, 20:3, 20:8, 20:9, 20:19, 20:22, 21:1, 21:2, 21:15, 22:16, 22:18, 23:5, 23:8, 23:18, 24:1, 24:21, 25:4, 25:6, 25:19, 26:19, 26:20, 26:22, 26:23, 27:9, 27:13, 27:14, 27:15, 28:6, 28:8, 28:11, 28:13, 28:15, 28:19, 30:1, 31:19, 32:6, 32:18, 32:22, 32:23, 33:5, 34:4, 34:15, 34:19, 34:21, 35:15, 37:9, 37:20, 38:2, 38:18, 38:21, 39:5, 39:17, 39:24, 41:14, 42:16, 42:17, 43:11, 45:12, 45:13, 45:16, 45:17, 46:10, 46:13, 46:14, 46:20, 48:4, 49:1, 49:9, 49:10, 50:18, 51:2, 52:14, 54:10, 54:13, 55:1, 55:3, 55:4, 55:15, 55:16, 55:20, 55:25, 56:9, 56:23, 57:1, 57:2, 57:3, 57:8, 57:12, 57:15, 57:17, 57:21, 57:23, 58:6, 58:11, 58:12, 58:16, 59:4, 59:11, 59:14, 60:2, 60:5
**We** [1] - 10:18
**we'll** [5] - 9:14, 13:5, 49:5, 57:5, 58:23
**we're** [30] - 3:3, 9:13, 13:10, 14:22, 17:5, 21:11, 22:20, 25:5, 34:8, 35:16, 35:17, 35:18, 37:18, 43:17, 46:3, 46:5, 46:7, 49:3, 50:11, 50:22, 53:2, 53:3, 53:12, 53:13, 54:21, 57:6, 57:25, 58:16, 58:19, 60:8
**we've** [12] - 19:16, 25:18, 27:10, 35:20, 40:25, 41:8, 46:8, 50:18, 55:1, 57:18, 58:15, 59:2
**weaponized** [1] - 28:22
**wearing** [1] - 47:22

**Webb** [1] - 2:7
**week** [2] - 59:19, 59:21
**weeks** [2] - 12:22, 47:20
**weighs** [1] - 11:19
**weight** [1] - 11:20
**WEINING** [1] - 2:2
**Weining** [8] - 3:20, 17:6, 22:8, 22:11, 23:4, 43:6, 44:3, 55:23
**welcome** [3] - 3:2, 3:15, 3:18
**well** [13] - 5:12, 10:2, 10:22, 13:9, 15:25, 25:17, 26:8, 28:10, 29:24, 34:19, 38:18, 43:25, 56:10
**Well** [1] - 33:10
**went** [3] - 11:9, 16:3, 21:22
**were** [38] - 4:25, 7:5, 8:16, 9:8, 10:20, 10:21, 10:24, 11:1, 11:22, 12:15, 15:23, 16:12, 21:25, 24:15, 24:18, 24:19, 24:20, 24:21, 25:3, 26:25, 27:14, 27:15, 32:17, 38:17, 39:19, 43:21, 44:9, 45:9, 45:13, 47:4, 48:12, 48:13, 48:14, 49:6, 49:8, 50:20, 57:20, 60:14
**weren't** [2] - 41:19, 55:4
**what** [54] - 5:9, 7:1, 7:17, 8:25, 12:8, 14:12, 14:23, 15:9, 16:1, 19:8, 20:4, 21:2, 22:6, 22:13, 22:20, 23:1, 23:16, 23:24, 24:13, 26:18, 31:14, 32:23, 35:16, 35:20, 37:2, 38:17, 40:19, 40:20, 43:2, 43:5, 43:9, 43:12, 43:22, 45:17, 45:24, 46:8, 48:23, 49:8, 51:10, 52:23, 53:2, 53:6, 54:2, 54:7, 54:23, 55:1, 57:5, 58:7, 58:19, 58:25, 59:8, 59:15
**what's** [8] - 11:8, 20:11, 34:23, 50:16, 51:12, 51:17, 52:9, 52:13
**whatever** [2] - 21:7, 41:25
**when** [14] - 5:9, 7:7, 12:17, 13:6, 14:13, 15:3, 31:3, 32:9, 40:9, 47:11, 49:13, 50:7, 56:4, 58:3
**where** [28] - 4:17, 6:6, 6:16, 6:22, 6:24, 6:25, 10:4, 11:15, 11:21, 12:4, 13:21, 16:12, 20:15, 36:21, 38:23, 41:9, 41:11, 44:5, 45:13, 45:23, 47:17, 52:2, 52:4, 53:3, 53:22, 56:15, 56:23
**whether** [7] - 10:15, 19:1, 27:18, 33:19, 36:2, 39:2, 50:22
**which** [17] - 10:5, 12:16,

15:3, 17:13, 19:24, 20:11, 24:1, 24:4, 25:8, 30:9, 33:17, 37:9, 39:19, 40:14, 41:1, 42:22, 59:16

**while** [9] - 5:15, 7:5, 26:25, 27:3, 34:15, 39:8, 41:17, 45:9, 47:19

**who** [19] - 3:7, 3:20, 4:12, 8:19, 15:19, 17:2, 17:4, 18:12, 18:19, 22:10, 23:4, 23:20, 27:23, 35:21, 43:13, 52:3, 56:6

**who's** [2] - 7:19

**whoa** [3] - 41:21

**whole** [6] - 16:14, 23:23, 33:25, 47:12, 52:7, 59:16

**why** [31] - 9:10, 14:9, 15:23, 16:21, 16:24, 17:9, 19:8, 23:7, 25:13, 25:17, 26:8, 26:9, 26:23, 27:2, 27:3, 27:14, 27:15, 28:11, 28:13, 28:15, 32:17, 33:9, 38:16, 38:17, 38:18, 38:19, 39:21, 44:9, 45:12, 55:15

**wife** [2] - 44:21, 44:23

**will** [12] - 3:21, 23:6, 23:13, 27:7, 32:11, 34:9, 39:6, 43:25, 48:19, 49:1, 58:8, 59:15

**willing** [7] - 55:25, 56:9, 57:9, 57:15, 57:23, 58:1, 58:6

**willingness** [1] - 11:13

**wipe** [1] - 11:8

**wiped** [1] - 10:20

**wired** [1] - 9:20

**wish** [1] - 4:9

**with** [84] - 3:9, 3:17, 3:20, 3:25, 4:21, 4:22, 5:11, 5:21, 8:13, 8:17, 9:13, 9:17, 11:14, 11:16, 12:12, 13:4, 13:12, 13:17, 13:19, 13:25, 14:3, 14:22, 14:25, 15:6, 15:8, 15:10, 17:15, 18:1, 18:3, 18:6, 18:16, 18:19, 19:23, 23:4, 25:11, 25:14, 26:2, 27:4, 27:7, 27:10, 27:15, 27:16, 28:11, 29:22, 30:7, 30:8, 30:15, 31:21, 33:24, 34:18, 35:17, 36:15, 38:17, 38:25, 39:1, 39:12, 39:17, 40:12, 42:2, 42:23, 44:13, 45:24, 46:24, 48:14, 49:5, 49:18, 50:6, 50:22, 51:4, 53:5, 54:20, 54:25, 55:6, 55:25, 56:24, 57:1, 57:5, 57:6, 57:15, 58:1, 58:5, 58:6, 58:9, 58:24

**within** [2] - 22:1, 36:17

**without** [3] - 22:4, 43:19, 52:18

**witnesses** [1] - 59:16

**Witte's** [1] - 48:14

**won't** [2] - 40:25, 45:17

**WOODBOLT** [2] - 1:4, 1:5

**Woodbolt** [1] - 3:3

**words** [1] - 37:6

**work** [20] - 13:23, 17:16, 22:4, 31:5, 31:7, 32:9, 38:4, 40:11, 42:8, 42:10, 46:24, 46:25, 53:18, 54:8, 56:7, 57:6, 58:6, 60:2, 60:3

**worked** [1] - 56:14

**working** [10] - 29:7, 29:13, 29:19, 31:1, 31:9, 37:5, 37:14, 37:17, 40:22, 56:21

**works** [1] - 46:18

**workspace** [1] - 20:4

**Workspace** [1] - 24:17

**worry** [1] - 11:22

**would** [39] - 4:17, 10:11, 11:5, 15:20, 20:6, 26:13, 26:14, 26:20, 27:5, 31:24, 32:1, 32:3, 39:18, 39:22, 41:14, 41:24, 43:5, 43:9, 43:11, 43:16, 47:5, 49:9, 49:10, 51:2, 51:15, 51:23, 52:16, 52:17, 54:14, 55:9, 55:22, 56:23, 57:15, 57:17, 57:23, 58:6, 59:6, 60:9

**wouldn't** [1] - 42:13

**wrong** [1] - 23:22

**wrongdoing** [1] - 59:2

## Y

**Y** [1] - 2:1

**y'all** [2] - 17:1, 54:8

**yeah** [1] - 29:4

**year** [6] - 17:20, 23:23, 33:7, 38:5, 48:9, 53:2

**years** [11] - 21:23, 33:8, 33:22, 35:13, 36:6, 53:14, 56:14, 56:19, 56:21

**yes** [7] - 3:19, 13:1, 13:3, 35:25, 52:7, 52:25, 55:23

**yesterday** [1] - 60:6

**yet** [8] - 12:6, 14:5, 24:21, 32:17, 42:22, 46:1, 52:11, 60:7

**York** [2] - 2:8, 11:9

**you** [123] - 3:18, 3:19, 3:24, 4:5, 4:6, 4:7, 4:8, 4:21, 4:22, 4:25, 5:4, 5:6, 5:7, 7:7, 7:22, 9:16, 10:18, 11:8, 12:24, 13:16, 14:15, 16:4, 16:5, 16:6, 16:15, 16:19, 17:10, 18:10, 18:12, 20:16, 20:23, 21:3, 21:8, 21:13, 21:15, 21:24, 22:12, 22:14, 22:18,

23:9, 23:10, 23:11, 23:15, 24:12, 25:17, 25:18, 26:8, 26:9, 26:19, 26:20, 26:24, 26:25, 27:5, 28:10, 28:20, 28:23, 29:21, 30:13, 30:15, 31:8, 32:9, 32:10, 32:11, 33:14, 35:5, 35:6, 35:11, 36:2, 36:18, 37:9, 38:16, 38:18, 39:16, 42:2, 42:10, 42:11, 45:24, 46:18, 46:25, 47:15, 48:8, 48:23, 50:6, 50:10, 50:17, 52:16, 53:6, 54:6, 54:14, 54:16, 54:21, 55:16, 55:18, 55:20, 57:17, 58:2, 58:4, 58:10, 58:11, 59:7, 59:17, 59:19, 59:20, 59:21, 60:5, 60:9

**You** [6] - 25:1, 25:3, 32:18, 42:7, 42:10, 58:13

**you'd** [1] - 4:20

**you're** [6] - 17:22, 23:9, 26:22, 33:15, 41:22, 53:19

**You're** [1] - 23:12

**you've** [3] - 3:5, 23:20, 56:6

**your** [25] - 7:22, 8:5, 12:24, 15:11, 16:22, 18:13, 18:17, 21:5, 23:12, 26:21, 27:1, 27:22, 28:16, 33:2, 40:5, 40:13, 47:24, 48:8, 48:10, 48:22, 48:25, 52:20, 58:18, 58:19, 58:21

**Your** [63] - 3:10, 3:16, 4:10, 5:8, 6:8, 8:2, 12:13, 13:1, 13:3, 14:3, 15:10, 15:14, 17:2, 17:5, 17:6, 19:13, 21:10, 21:21, 22:8, 22:12, 23:3, 23:5, 23:8, 24:7, 26:12, 28:14, 28:18, 28:24, 31:13, 31:24, 32:14, 33:5, 34:3, 34:24, 34:25, 35:4, 35:25, 36:18, 38:6, 38:13, 40:5, 41:8, 41:16, 43:4, 43:11, 44:3, 45:20, 47:14, 48:21, 48:23, 49:15, 50:5, 50:17, 50:25, 52:16, 53:19, 54:10, 55:23, 57:8, 57:14, 58:7, 60:11, 60:12

**yourselves** [1] - 4:8

## Z

**Zavitsanos** [1] - 2:2

**zoom** [1] - 56:12