Minute Entry for proceedings held before Judge Keith P Ellison. MOTION HEARING held on 4/15/2026 on Plaintiffs Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 22). The Court took the Motion under advisement. The Court provided parties with one week to confer and attempt to craft an agreement regarding some or all of the relief requested in Plaintiffs proposed Preliminary Injunction. Specifically, the Court encourages the parties to attempt to come to an agreement as to any confidential documents belonging to Nutrabolt and potential limits on Mr. Thomas current role at Recess that could be put in place to prevent him from conveying confidential Nutrabolt information. If the parties are unable to agree as to all of the requested relief, parties should inform the Court of any areas of agreement and their respective positions on any areas of disagreement. If they wish, parties may also submit additional briefing on the issues raised at the hearing and/or seek an extension of the one-week deadline. Appearances: Koray Bulut, Joe Ahmad, Grace Darrah, Weining Bai, Hailey Pulman, Rachel Sherman, Julie Simeone, Stephanie McGraw. (Court reporter: D. Smith) (Law clerk: E. Roberts)., filed. (aar4)

Exhibit

2