United States District Court
Southern District of Texas

**ENTERED**

June 04, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **WOODBOLT HOLDINGS, LLC,** *et al.*, | § § § § | |
| **Plaintiffs,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:26-CV-01669** |
| **KYLE THOMAS,** *et al.*, | § § | |
| **Defendants.** | § § | |

## ORDER TO IDENTIFY TRADE SECRETS

Defendants have requested that the Court set a deadline by which Plaintiffs must identify the purported trade secrets that each Defendant is alleged to have misappropriated. *See* ECF No. 79 at ¶ 22 (Joint Discovery Case Management Plan). Plaintiffs oppose this request. *Id*. At the Initial Conference on June 3, 2026, the Court **GRANTED** Defendants' request and **ORDERED** that Plaintiffs provide this list within twenty days. See Minute Entry for June 3, 2026. The Court agrees with the reasoning in *StoneEagle Servs., Inc. v. Valentine*, 2013 WL 9554563, at *2-3 (N.D. Tex. June 5, 2013) and other cases cited by Defendants. The Court now clarifies its oral ruling as follows.

On or before June 23, 2026, Plaintiffs must:

1. Provide Defendants with a list that separately breaks out each of the individual alleged trade secrets that Plaintiffs claim each Defendant misappropriated;

2. Identify each alleged trade secret with sufficient particularity so that Defendants understand how each claim differs from public domain information.

1 / 2

**IT IS SO ORDERED.**

Signed at Houston, Texas on June 4, 2026.

                                      Keith P. Ellison
                                      United States District Judge